The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,

Defendants, and

POTALA SHORELINE, LLC; and POTALA VILLAGE KIRKLAND, LLC,

Relief Defendants.

Case No. 2:15-cv-01350-JLR

FOURTH STIPULATION AND [PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER

NOTED FOR CONSIDERATION: September 18, 2015

## STIPULATION

WHEREAS, on August 24, 2015 at 4:15 p.m., pursuant to the motion of plaintiff Securities and Exchange Commission (the "Commission"), the Court issued a Temporary Restraining Order and Order Granting Other Ancillary Relief (the "TRO") [Dkt. no. 9],

WHEREAS, Section VI. of the TRO freezes the monies and assets, *inter alia*, held in

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1 the name of or for the benefit of, or over which account authority is held by Defendants,

2 WHEREAS, Section VI. of the TRO freezes those monies and assets that constitute or are derived from the proceeds of, and are otherwise related to, the activities set forth in the Complaint in accounts at any bank, financial institution or brokerage firm, *inter alia,* held in the name of or for the benefit of, or over which account authority is held by Relief Defendants,

6 WHEREAS, Defendants, Relief Defendants, and affiliates of Defendants delivered checks for payment of supplies, goods and services before the issuance of the TRO on August 24, 2015 that were presented by payees for payment after the issuance of the TRO and payment was denied due to the freeze on affected bank accounts, and it is appropriate to allow payment for such previously owing goods and services as identified in the order below,

11 WHEREAS, Defendants, Relief Defendants, and affiliates of Defendants contracted for delivery of and/or obtained supplies, goods and services before August 24, 2015, and have received invoices for amounts due and owing on account of such arrangements, and it is appropriate to allow payment for such previously owing goods and services as identified in the order below,

16 WHEREAS, Dargey Development, an affiliate of Defendants, has provided services to Defendants and Relief Defendants and owes a Business and Occupation tax in the amount of $5,111.10, and it is appropriate to allow payment for such tax,

19 WHEREAS, Dargey Development, Path America, AMDO Construction, Potala Farms, and Everett Public Market Building owe payroll and payroll taxes for the period September 1, 2015 to September 15, 2015, as reflected on Schedule 1 to this Stipulation and in the Order; these payments are subject to return or clawback if later deemed appropriate by the Court,

23 WHEREAS, the TRO has ordered Defendant Path America LLC to prepare and deliver to the Commission a detailed and complete accounting as more fully described in Section IX., Path America LLC lacks employees or regular outside accountants with the capability to perform the accounting, so in order to comply with the Court's order, Path America LLC has

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:     - 2 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1  retained Navigant Consulting to assist the staff of affiliates to perform such accounting for the
2  budgeted amount of $150,000.00,
3      WHEREAS third parties continue to make payments to Defendants and their affiliated
4  companies but the deposit of such checks into appropriate accounts has been blocked by the
5  freeze order in the TRO,
6      WHEREAS, the Dargey family has made a request that the Commission approve a
7  monthly stipend to pay for their reasonable and necessary living expenses notwithstanding the
8  freeze on the funds and assets of Lobsang Dargey, and after review of information submitted
9  by the Dargey family to document their expenses, the Commission has agreed to an amount of
10 $9,634.81 for their living expenses, based upon their current income and expenses,
11     WHEREAS, the Dargeys have control over a cashiers' check in the amount of
12 $100,000, currently maintained by their counsel, and such check is to be deposited into the
13 Bank of America account of Lobsang Dargey (XXXX1856) to provide funds for the family's
14 personal expenses as described in the preceding paragraph,
15     WHEREAS, the Commission and Defendants have conferred in good faith and have
16 agreed that there is good cause to modify the TRO to allow payment for the specific items as
17 scheduled and in the amounts set forth in the order below,
18     THEREFORE the Commission, Defendants and Relief Defendants, by and through
19 their undersigned counsel, hereby stipulate and agree that Section VI. and VII. of the TRO
20 shall be modified to allow for payments as further set out in the Proposed Order, attached
21 hereto for presentation.

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:    - 3 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

1 | STIPULATED AND AGREED TO BY:

2 | Dated September 18, 2015                ORRICK, HERRINGTON & SUTCLIFFE LLP

3 |                                         *s/Daniel J. Dunne*
                                            *s/George E. Greer*
4 |                                     By: *s/David S. Keenan*
                                            Daniel J. Dunne (WSBA No. 16999)
5 |                                         ddunne@orrick.com
                                            George E. Greer (WSBA No. 11050)
6 |                                         ggreer@orrick.com
                                            David S. Keenan (WSBA No. 41359)
7 |                                         dkeenan@orrick.com

8 |                                         701 Fifth Avenue, Suite 5600
                                            Seattle, WA  98104-7097
9 |                                         Telephone:  206-839-4300
                                            Facsimile:  206-839-4301
10 |
                                            *Attorneys for Defendants and Relief Defendants*
11 |

12 |
    Dated September 18, 2015                SECURITIES AND EXCHANGE COMMISSION
13 |

14 |                                        *s/Susan F. LaMarca*
                                        By: *s/Bernard B. Smyth*
15 |                                        Susan F. LaMarca
                                            Bernard B. Smyth
16 |
                                            44 Montgomery Street, Suite 2800
17 |                                        San Francisco, California  94104
                                            Telephone:   415.705.2500
18 |                                        Fax:         415.705.2501
                                            Email:   lamarcas@sec.gov
19 |                                        Email:   smythb@sec.gov

20 |                                        *Attorneys for Plaintiff*
                                            *Securities and Exchange Commission*

Case 2:15-cv-01350-JLR   Document 28   Filed 09/18/15   Page 5 of 14
Case 2:15-cv-01350-JLR   Document 25   Filed 09/18/15   Page 5 of 14

## ORDER

Based upon the Stipulation, good cause appearing, and pending further orders, IT IS ORDERED that:

1. Sections VI. and VII. of the TRO shall be modified to allow for the payments specified below:

| Payee | Amount | Account To Drawn From |
|---|---|---|
| **Potala Tower Seattle** | | |
| Ricca Design | $777.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Ricca Design | $30.80 | Potala Tower Seattle East West Bank XXXXXX2490 |
| McCullough Hill Leary | $11,938.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Golder Associates | $51,637.06 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Greenwood Hospitality | $10,000.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Fairchild | $204.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Integrity Safety Services | $400.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| United Way (escrow payment for FAR) | $8,700.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Seattle Department of Transportation | $559.00 | Potala Tower Seattle East West Bank XXXXXX2490 |
| Morrison Hershfield | $51,137.64 | Potala Tower Seattle East West Bank XXXXXX2490 |
| City of Seattle | $3,080.00 | Potala Tower Seattle East West Bank XXXXXX2490 |

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:        - 5 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| Payee | Amount | Account To Drawn From |
|---|---|---|
| Ascent Law Group | $129,400.95 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| Central Escrow | $1,865.00 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| CCI | $7,781.32 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| CKC | $15,370.25 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| Permit Consultants NW | $1,612.5 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| City of Seattle | $3,600.00 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| Johnson Construction | $390.00 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| K&L Gates | $14,636.50 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| Morrison Hershfield | $3,836.30 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| Studio Lux | $1,445.00 | Potala Tower Seattle<br>East West Bank<br>XXXXXX2490 |
| **Path America Farmers Market** | | |
| Columbia Resource Group, LLC | $5,709.00 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Fuller Sears Architect | $656.56 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Chicago Title | $409.50 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:    - 6 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

| Payee | Amount | Account To Drawn From |
|---|---|---|
| Parker Smith and Feek | $16,400.00 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Marshall and Catherine Cymbaluk Family, LLC | $10,500.00 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Newmark | $101,320.77 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| RafteryCRE Consulting | $23,120.00 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Markuslui and Associates | $1,314.00 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Parker Smith and Feek | $10,146.70 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Abossein Engineering | $4,500.00 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| Ascent Law Group | $19,232.50 | Path America Farmers Market, LP<br>East West Bank<br>XXXXXX3663 |
| **Dargey Development** | | |
| AAT CC Bellevue, LLC | $10,907.03 | Dargey Development LLC<br>East West Bank<br>XXXXXX3589 |
| Bacchus Holdings | $8,596.77 | Dargey Development LLC<br>East West Bank<br>XXXXXX3589 |
| Level 3 Communications | $584.38 | Dargey Development LLC<br>East West Bank<br>XXXXXX3589 |
| August 31, 2015 Employee Bonus as listed in Schedule 1 | As listed in Schedule 1 | Dargey Development LLC<br>East West Bank<br>XXXXXX3589 |

| Payee | Amount | Account To Drawn From |
|---|---|---|
| September 1, 2015 Employee Severance | As listed in Schedule 1 | Dargey Development LLC East West Bank XXXXXX3589 |
| United States Treasury | $29,418.22 | Dargey Development LLC East West Bank XXXXXX3589 |
| Total Benefit Solutions | $5,858.37 | Dargey Development LLC East West Bank XXXXXX3589 |
| Delta Dental | $783.05 | Dargey Development LLC East West Bank XXXXXX3589 |
| Washington State Department of Revenue | $5,117.52 | Dargey Development LLC East West Bank XXXXXX3589 |
| Washington State Department of Revenue | $9,913.37 | Dargey Development LLC East West Bank XXXXXX3589 |
| September 15, 2015 Payroll for the Dargey Development Employees | As Listed in Schedule 1 | Dargey Development LLC East West Bank XXXXXX3589 |
| United States Treasury | $7,212.58 | Dargey Development LLC East West Bank XXXXXX3589 |
| ARC | $369.65 | Dargey Development LLC East West Bank XXXXXX3589 |
| Mark Glass | $278.60 | Dargey Development LLC East West Bank XXXXXX3589 |
| **Path America** | | |
| United State Citizen and Immigration Services | $6,260.00 | Path America LLC East West Bank XXXXXX3648 |
| September 15, 2015 Payroll for the Path America Employees | As Listed in Schedule 1 | Path America LLC East West Bank XXXXXX3648 |
| United States Treasury | $1,907.34 | Path America LLC East West Bank XXXXXX3648 |
| Delta Dental | $224.75 | Path America LLC East West Bank XXXXXX3648 |
| Total Benefit Solutions | $1,452.34 | Path America LLC East West Bank XXXXXX3648 |

FOURTH STIPULATION AND [PROPOSED] ORDER MODIFYING TRO: - 8 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

| Payee | Amount | Account To Drawn From |
|---|---|---|
| Toyota Financial Services | $710.40 | Path America LLC East West Bank XXXXXX3648 |
| US Bank | $1,181.80 | Path America LLC East West Bank XXXXXX3648 |
| **AMDO Construction** | | |
| September 15, 2015 Payroll for the AMDO Construction | As Listed in Schedule 1 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| United States Treasury | $1,705.46 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Washington State Support Registry (garnished child support payment) | $575.00 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Total Benefit Solutions | $722.28 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Delta Dental | $104.70 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| State of Washington – Surety in Lieu of Bond | $12,000.00 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Komatsu Financial | $9,500.00 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Komatsu Financial | $4,969.18 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Washington State Department of Revenue | $21,981.27 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Washington State Department of Revenue | $20,142.00 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| 4T4 Trucking | $48,228.75 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Cedar Mountain Reclamation | $29,539.34 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Wes Roberts/Topgrade Topsoil | $29.104.70 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |

| Payee | Amount | Account To Drawn From |
|---|---|---|
| Cemex | $4,014.02 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Modern Machinery | $1,698.80 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Baker Corp | $1,444.96 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| DeLage Landen | $3,024.17 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| AT&T | $111.86 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| Cedar Mountain Reclamation | $1,0409.60 | AMDO Construction, LLC AmericanWest Bank XXXXXX0766 |
| **Potala Farms** | | |
| September 15, 2015 Payroll for the Potala Farms | As Listed in Schedule 1 | Potala Farms, LLC AmericanWest Bank XXXXXX0933 |
| Alicia Moreno | $1,459.03 | Potala Farms, LLC AmericanWest Bank XXXXXX0933 |
| Employment Security Department | $25.00 | Potala Farms, LLC AmericanWest Bank XXXXXX0933 |
| Department of Labor and Industries | $225.17 | Potala Farms, LLC AmericanWest Bank XXXXXX0933 |
| Cairncross & Hemplemann | $5,877.50 | Potala Farms, LLC AmericanWest Bank XXXXXX0933 |
| Fairchild Records Search | $102.00 | Potala Farms, LLC AmericanWest Bank XXXXXX0933 |
| **Path Othello** | | |
| Fuller Search Arch | $74,229.90 | Path Othello, LLC East West Bank XXXXXX3563 |
| TRA | $1,830.00 | Path Othello, LLC East West Bank XXXXXX3563 |

| Payee | Amount | Account To Drawn From |
|---|---|---|
| Raftery CRE LLC | $34,252.50 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| Fairchild Records Research | $204.00 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| Caron Architecture | $214.58 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| Ascent Law group | $32,305.00 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| Fuller Search Arch | $152,388.76 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| Caron Architecture | $17,518.31 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| KPFF | $4,519.39 | Path Othello, LLC<br>East West Bank<br>XXXXXX3563 |
| **Potala Shoreline** | | |
| Fairchild Records Search | $204.00 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| BRH | $2,834.00 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| Raftery CRE | $15,463.75 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| City of Shoreline | $476.25 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| Raftery CRE | $700.00 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| Ascent Law group | $25,320.00 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| Caron | $152,643.47 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| National Barricade Co | $660.07 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:   - 11 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1-206-839-4300

| Payee | Amount | Account To Drawn From |
|---|---|---|
| Seattle City Light | $7.54 | Potala Shoreline, LLC<br>East West Bank<br>XXXXXX4785 |
| **Everett Public Market Building** | | |
| Stancorp Mortgage (September Mortgage Payment) | $14,720.82 | Everett Public Market/Dargey Enterprises, LLC<br>AmericanWest Bank<br>XXXXXX1481 |
| Snohomish County PUD | $3,974.90 | Everett Public Market/Dargey Enterprises, LLC<br>AmericanWest Bank<br>XXXXXX1481 |
| Abbey Floor & Carpet | $ 628.2 | Everett Public Market/Dargey Enterprises, LLC<br>AmericanWest Bank<br>XXXXXX1481 |
| Kings Heating | $ 846.19 | Everett Public Market/Dargey Enterprises, LLC<br>AmericanWest Bank<br>XXXXXX1481 |
| **Potala Village Kirkland** | | |
| Caron Architecture | $2,255.17 | Potala Village Kirkland, LLC<br>AmericanWest<br>XXXXXXX0150 |
| Earth Solutions | $286.08 | Potala Village Kirkland, LLC<br>AmericanWest<br>XXXXXXX0150 |
| National Construction Rentals | $134.86 | Potala Village Kirkland, LLC<br>AmericanWest<br>XXXXXXX0150 |
| CKC | $3,150.00 | Potala Village Kirkland, LLC<br>AmericanWest<br>XXXXXXX0150 |
| **Dargey Personal Account** | | |
| Lobsang Dargey or Tami Dargey | $9,634.81 | Lobsang Dargey<br>Bank of America<br>XXXX1856 |

2.       The Court ORDERS that Path America LLC is authorized to pay $150,000.00 to Navigant Consulting for services provided in fulfillment of Section IX. of the TRO, from the Potala Tower Seattle account at East West Bank, account no. XXXXXX2490.

3.       The Court ORDERS that the TRO is hereby modified to allow Defendants, Relief Defendants and affiliates to deposit, and the banks affected by the TRO to accept for deposit, third party checks and cashiers' checks, in each and every account identified in or affected by the TRO or any amendment thereto.

4.       The Court finds that Schedule 1 hereto contains Personal Financial Information of individual employees, including their identities and the amounts of their compensation, and good cause exists to files Schedule 1 under seal. Accordingly, the Clerk of the Court is hereby ORDERED to file Schedule 1 hereto under seal. Nothing in this Order shall prohibit any parties hereto from disclosing Schedule 1 to financial institutions to the extent necessary to facilitate the payment of payroll checks in accordance with this Order.

Except as set forth above, the TRO and all provisions set forth therein shall continue in full force and effect unless otherwise ordered by this Court.

DATED this 18th day of September, 2015.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:   - 13 -
2:15-cv-01350-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: September 18, 2015

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Daniel J. Dunne*
Attorney (WSBA No. 16999)
ddunne@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7098
Telephone:  206-839-4300
Facsimile:   206-839-4301

FOURTH STIPULATION AND
[PROPOSED] ORDER MODIFYING TRO:
2:15-cv-01350-JLR

- 14 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1-206-839-4300