THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>　　　　Defendants, and<br><br>POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; and PATH OTHELLO, LLC,<br><br>　　　　Relief Defendants. | Civil Action No. C-15-1350-JLR<br><br>SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO PATH AMERICA TOWER INVESTORS' MOTIONS TO INTERVE AND TO MODIFY THE PRELIMINARY INJUNCTION<br><br>NOTED ON MOTION CALENDAR:<br><br>October 16, 2015 |

SEC's Resp. to Investors' Motions to Intervene and
to Modify the Preliminary Injunction
Case No. C-15-1350-JLR

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
(415) 705-2500

1    The Securities and Exchange Commission's ("SEC" or "Commission") hereby responds to the motion by certain specified Path America Tower investors who have sought leave to intervene for the limited purpose of obtaining an order directing Defendants to release their funds from escrow. *See* Dkt Nos. 56 (Motion to Intervene) and 57 (Motion to Modify Temporary Restraining Order or Preliminary Injunction).

The Commission responds in order to state that it consents, pursuant to Section 21(g) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(g), to the very limited intervention by the eleven identified investors for the purpose of moving the Court to modify the asset freeze under the Preliminary Injunction to return their funds. The eleven identified investors recently transferred funds amounting to $500,000 per investor to the escrow account held at Central Escrow, and their full deposit remains intact and, pursuant to the asset freeze, should not be transferred to the Defendants. On September 4, 2015, this Court granted the stipulated request to release the funds of five, other similarly-situated investors. *See* Dkt. No. 21. Defendants have filed a notice of non-opposition to the investors' motion. Accordingly, the relief the eleven investors seek should be granted.

Dated: October 9, 2015                    Respectfully submitted,

                                        /s/ Susan F. LaMarca
                                       Susan F. LaMarca
                                       Sheila E. O'Callaghan
                                       SECURITIES AND EXCHANGE COMMISSION
                                       44 Montgomery Street, Suite 2800
                                       San Francisco, CA 94104
                                       (415) 705-2500

SEC's Resp. to Investors' Motions to Intervene and    1    Securities and Exchange Commission
to Modify the Preliminary Injunction                                    44 Montgomery Street, Suite 2800
Case No. C-15-1350-JLR                                                  San Francisco, California 94104
                                                                                     (415) 705-2500

## CERTIFICATE OF SERVICE

I, Susan F. LaMarca, hereby certify that on <u>October 13, 2015</u> I caused the electronic filing of the foregoing:

SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO PATH AMERICA TOWER INVESTORS' MOTIONS TO INTERVE AND TO MODIFY THE PRELIMINARY INJUNCTION

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel J. Dunne, ddunne@orrick.com

George E. Greer, ggreer@orrick.com

David S. Keenan, dkeenan@orrick.com

Charles J. Ha, charlesha@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Attorneys for Defendants and Relief Defendants

Nelson K. H. Lee     nelson.lee@leeandlee-ps.com

Steven W. Fogg     sfogg@corrcronin.com

Kelly H. Sheridan     ksheridan@corrcronin.com

CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
Attorneys for Intervenors

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

[None.]

Dated: October 13, 2015                     /s/ Susan F. LaMarca
                                             Susan F. LaMarca

SEC's Resp. to Investors' Motions to Intervene and
to Modify the Preliminary Injunction
Case No. C-15-1350-JLR

2

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
(415) 705-2500