THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  SECURITIES AND EXCHANGE
   COMMISSION,

10                                        No. 2:15-cv-01350-JLR

11              Plaintiff,

                                          **PATH AMERICA TOWER**
12      v.                                **INVESTORS' REPLY IN SUPPORT OF**
                                          **MOTIONS TO INTERVENE AND TO**
13  PATH AMERICA, LLC; PATH AMERICA       **MODIFY PRELIMINARY**
    SNOCO LLC; PATH AMERICA FARMER'S      **INJUNCTION**
14  MARKET, LP; PATH AMERICA KINGCO
    LLC; PATH AMERICA TOWER, LP; PATH     **Note for Hearing:  October 16, 2015**
    TOWER SEATTLE, LP; POTALA TOWER
15  SEATTLE, LLC; and LOBSANG DARGEY,     **Request for Oral Argument Withdrawn**

16              Defendants, and

17  POTALA SHORELINE, LLC and POTALA
    VILLAGE KIRKLAND, LLC,
18
                Relief Defendants
19

20

21

22

23

24

PATH AMERICA TOWER INVESTORS' REPLY IN
SUPPORT OF MOTIONS TO INTERVENE AND TO
MODIFY PRELIMINARY INJUNCTION
No. 2:15-cv-01350-JLR

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## I.    INTRODUCTION AND REPLY ARGUMENT

As the Court is aware, the undersigned attorneys represent eleven investors in the Path America Tower Project whose $500,000 investments remain in the Path America escrow account (the "Path America Tower Investors").[1]   On October 1, 2015, the Path America Tower Investors filed a motion with the Court to intervene as Plaintiffs on a limited basis, accompanied by a motion to modify the Court's Temporary Restraining Order or Preliminary Injunction, whichever was in effect,[2] to permit the release of their investment principal from escrow.  Dkt. Nos. 56, 57.  On October 8, 2015, Defendants filed notices of non-opposition to the Path America Tower Investors' motions.  Dkt. Nos. 69, 70.  On October 13, 2015, the SEC filed a response to the Path America Tower Investors' motions, noting that it also did not oppose the relief requested therein.  Dkt. No. 72.

Accordingly, the Path America Tower Investors hereby request that the Court grant their motions, permit them to intervene for the limited purpose of seeking the return of their funds, and issue an Order modifying the asset freeze to permit the return of their funds from escrow.  The Path America Tower Investors also hereby withdraw their previous request for oral argument on their motions.

## II.    CONCLUSION

For the reasons set forth above and in the Path America Tower Investors' moving papers, the Path America Tower Investors respectfully request that the Court grant their motions.  Proposed orders granting the relief requested were previously submitted at Dkt. Nos. 56-1 and 57-1.

---

[1] The Path America Tower Investors are Yingli Sun, Jun Yan, Xifeng Zhu, Jian Zhao, Huannong Wang, Yan Xu, Kwok Wah Chun, Io Hou Wu, Yu Zhen Ye, Caiyan Zhuang, and Xin Cao.

[2] On October 6, 2015, the Court granted the United States Securities and Exchange Commission's ("SEC") Motion for Preliminary Injunction.  Dkt. No. 68.

PATH AMERICA TOWER INVESTORS' REPLY IN
SUPPORT OF MOTIONS TO INTERVENE AND TO
MODIFY PRELIMINARY INJUNCTION – Page 1
No. 2:15-cv-01350-JLR

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    DATED this 14th day of October, 2015.

2

3                                         CORR CRONIN MICHELSON
                                          BAUMGARDNER FOGG & MOORE LLP

4

5                                          _s/ Steven W. Fogg_____
                                          Steven W. Fogg, WSBA No. 23528

6                                         Kelly H. Sheridan, WSBA No. 44746
                                          1001 Fourth Avenue, Suite 3900

7                                         Seattle, Washington 98154
                                          (206) 625-8600 Phone

8                                         (206) 625-0900 Fax
                                          sfogg@corrcronin.com

9                                         ksheridan@corrcronin.com

10                                        LEE & LEE, PS

11

12                                         _s/ Nelson K. H. Lee_____
                                          Nelson K. H. Lee, WSBA No. 23590

13                                        1001 Fourth Avenue, Suite 4368
                                          Seattle, Washington  98154-1192

14                                        (206) 458-6986 Phone
                                          nelson.lee@leeandlee-ps.com

15                                        *Attorneys for Plaintiff-Intervenors*
                                          *the Path America Tower Investors*

16

17

18

19

20

21

22

23

24

PATH AMERICA TOWER INVESTORS' REPLY IN                    **CORR CRONIN MICHELSON**
SUPPORT OF MOTIONS TO INTERVENE AND TO                   **BAUMGARDNER FOGG & MOORE LLP**
MODIFY PRELIMINARY INJUNCTION – Page 2                      1001 Fourth Avenue, Suite 3900
No. 2:15-cv-01350-JLR                                         Seattle, Washington 98154-1051
                                                              Tel (206) 625-8600
                                                              Fax (206) 625-0900

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify on October 14, 2015, I caused the foregoing document to be

3 electronically filed with the Clerk of the U.S. District Court for the Western District of

4 Washington using the CM/ECF system, which will send notification of such filing to all

5 counsel of record.

6      DATED this 14th day of October, at Seattle, Washington.

7                                        CORR CRONIN MICHELSON
                                          BAUMGARDNER FOGG & MOORE LLP
8

9                                         *s/ Steven W. Fogg*
                                          Steven W. Fogg, WSBA No. 23528
10                                        1001 Fourth Avenue, Suite 3900
                                          Seattle, Washington 98154-1051
11                                        (206) 625-8600 Phone
                                          (206) 625-0900 Fax
12                                        sfogg@corrcronin.com

13

14

15

16

17

18

19

20

21

22

23

24

PATH AMERICA TOWER INVESTORS' REPLY IN
SUPPORT OF MOTIONS TO INTERVENE AND TO
MODIFY PRELIMINARY INJUNCTION – Page 3
No. 2:15-cv-01350-JLR

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900