THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>Defendants, and<br><br>POTALA SHORELINE, LLC and POTALA VILLAGE KIRKLAND, LLC,<br><br>Relief Defendants | No. 2:15-cv-01350-JLR<br><br>**ORDER GRANTING PATH AMERICA TOWER INVESTORS' MOTION TO MODIFY TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**<br><br>**(PROPOSED)** |

THIS MATTER having come before the Court on Intervenor-Plaintiff Path America Tower Investors' Motion to Modify Temporary Restraining Order to Permit Return of Funds from Escrow, and the Court having reviewed the motion and being fully advised, now therefore,

ORDER GRANTING MOTION
TO MODIFY TRO / PI– Page 1
No. 2:15-cv-01350-JLR

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

IT IS HEREBY ORDERED that Intervenor-Plaintiff Path America Tower Investors' Motion to Modify Temporary Restraining Order to Permit Return of Funds from Escrow is GRANTED.

The Court's ~~Temporary Restraining Order, Dkt. No. 9 [OR]~~ Preliminary Injunction, Dkt. No. 68 is hereby MODIFIED to permit the release of funds belonging to Yingli Sun, Jun Yan, Xifeng Zhu, Jian Zhao, Huannong Wang, Yan Xu, Kwok Wah Chun, Io Hou Wu, Yu Zhen Ye, Caiyan Zhuang, and Xin Cao from their Cental Escrow accounts at East West Bank. Counsel for Defendants and Counsel for the Path America Tower Investors are directed to work together to ensure the prompt release of these funds.

IT IS SO ORDERED.

DATED this 14th day of October, 2015.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Kelly H. Sheridan, WSBA No. 44746
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
ksheridan@corrcronin.com

Nelson K. H. Lee, WSBA No. 23590
LEE & LEE, PS
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154-1192
(206) 458-6986 Phone
nelson.lee@leeandlee-ps.com

*Attorneys for Intervenor-Plaintiffs the Path America Tower Investors*

ORDER GRANTING MOTION
TO MODIFY TRO / PI– Page 2
No. 2:15-cv-01350-JLR

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900