

Statement of Services          Law Offices • Established 1904 • A Professional Service Corporation

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

```
Michael Grassmueck
Grassmueck Group
P.O. Box 230091
Tigard, OR 97281


     Our File Number: 45654-001-DKC, Invoice: 366326

 Please detach here and return upper portion with your payment
 **************************************************************************
                                                         Date: 01/11/16
Re: GRASSMUECK - SEC v. PATH AMERICA, LLC            Invoice: 366326

For Costs Advanced


   Date              Costs Advanced                           Amount
  ........   .............................................   ...........
 10/23/15 CLIENT COST CHECK - UEF/004373,10/23/15 PAY.GOV -     150.00
          E-FILING APPLICATIONS FOR PRO HAC VICE ADMISSION -
          Re: ZARO 10/23/15
 10/23/15 CLIENT COST CHECK - UEF/004374,10/23/15 PAY.GOV -     150.00
          E-FILING OF APPLICATIONS FOR PRO HAC VICE ADMISSION -
          Re: DEL CASTILLO 10/23/15
 10/27/15 COPY CENTER - EXHIBIT TABS                              1.25
 11/30/15 CLIENT COST CHECK - UCH/102715,11/30/15 KEYBANK - FEES 822.00
          FOR DROP BOX DOCUMENT SHARING
 11/30/15 CLIENT COST CHECK - UCH/102715,11/30/15 KEYBANK -     195.00
          CERTIFIED COPIES OF THE APPOINTMENT ORDER
 12/19/15 CLIENT COST CHECK - UCH/102846,12/19/15 FEDEX - FEDEX  33.62
          10/27/15 FROM M.HERNANDEZ /KTC TO JOSH DEL CASTILLO,
          ALLEN MALKINS LECK; LOS ANGELES, CA
 12/28/15 CLIENT COST CHECK - UCH/102897,12/28/15 FEDEX -        27.98
          MELANIE WALKER - BAKER DONELSON BEARMAN
          COLOR PRINTS                                            6.00
          COMPUTER ASSISTED RESEARCH                            349.40
          COPIES                                                519.00
          DOCUMENT SCANNING                                      35.25
                                                              -----------
                               Total Current Costs          $2,289.50

                          Total Fees      $90,461.50

                          Total Invoice   $92,751.00
```

# Exhibit A

## Category 1 - Asset Analysis and Recovery

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/26/15 | DKC | COORDINATE WITH ATTORNEY COHEN IN US ATTORNEYS OFFICE REGARDING MEETING TO DISCUSS FORFEITURE ACTION | 0.30 | $133.50 |
| 10/26/15 | GST | OTHELLO CONTRACT. REVIEW COMMUNICATIONS REGARDING OTHELLO PROPERTY CONTRACT RIGHTS, TELEPHONE MESSAGE TO SEATTLE HOUSING AUTHORITY COMMUNICATIONS DIRECTOR KERRY COUGHLIN TO ARRANGE MEETING. | 0.30 | $133.50 |
| 10/26/15 | GST | SEARCH STATE, COUNTY AND TITLE RECORDS FOR AND REVIEW DARGEY AND PATH AMERICA ENTITIES AND AFFILIATES IN WASHINGTON STATE CORPORATE REGISTRATIONS (1.1 HR.) FORWARD LIST TO TITLE COMPANY FOR REAL PROPERTY SEARCHES OF EACH IN WA AND STATES REFERENCED IN THEIR NAMES (.8) FORWARD COMPREHENSIVE PACKET OF REGISTRATIONS FOR ALL ENTITIES REGISTERED IN WA TO RECEIVERSHIP TEAM. (.2) | 2.10 | $934.50 |
| 10/27/15 | DKC | MEETING WITH RECEIVER AND U.S. ATTORNEYS REGARDING STATUS OF CIVIL MATTERS AND FORFEITURE ACTIONS (1.0) DISCUSS COORDINATION OF DOCUMENT PRODUCTION (.4); FOLLOW-UP RE SAME (.6) | 2.00 | $890.00 |
| 10/27/15 | GST | ASSET ANALYSIS: TELEPHONE MESSAGES FROM/TO STEPHANIE VANDYKE AT SEATTLE HOUSING AUHTORITY RE:MEETING TO DISCUSS OTHELLO PROJECT. TELEPHONE CONFERENCE WITH MICHAEL RE:TIMING FOR CONFERENCE WITH SHA. TELEPHONE CONFERENCE WITH VAN DYKE SETTING CONFERENCE. EMAIL TO MICHAEL WITH INVITE AND ADDRESS FOR SHA MEETING. | 0.70 | $311.50 |
| 10/28/15 | GST | ASSET ANALYSIS: REVIEW KEY TERMS OF OTHELLO PURCHASE AND SALE AGREEMENT BETWEEN SEATTLE HOUSING AUTHORITY AND PATH OTHELLO LLC (1.3); PREPARE FOR CONFERENCE WITH SEATTLE HOUSING AUTHORITY PERSONNEL TO DISCUSS CONTRACT RIGHTS AND STATUS OF PROJECT WITH RECEIVER (2.0). CONFERENCE WITH SEATTLE HOUSING AUTHORITY PERSONNEL TO DISCUSS CONTRACT RIGHTS AND STATUS OF PROJECT WITH RECEIVER (1.0); ULTIMATELY DETERMINE RECEIVERSHIP'S LACK OF EQUITY IN PROEJCT | 4.40 | $1,958.00 |
| 10/28/15 | GST | ASSET ANALYSIS: REVIEW EMAIL, SUMMARY WORKSHEET AND METROSCAN PROFILES FOR EACH PARCEL NUMBER OWNED BY A DARGEY, PATH OR POTALA ENTITY KNOWN OF TO DATE PROVIDED BY TITLE COMPANY AS A RESULT OF MULTI-STATE INQUIRY. EMAILS FROM/TO TITLE COMPANY ON VARIOUS PROPERTY ISSUES IN CONNECTION WITH OBTAINING TITLE COMMITMENTS AND RECORDING ORDER APPOINTING RECEIVER. COMMUNICATIONS WITH PARALEGAL RE:RECORDING ORDER APPOINTING RECEIVER. | 0.90 | $400.50 |
| 10/30/15 | GST | ASSET ANALYSIS: VOICE MESSAGE FROM MARK ROSENCRANTZ RE:PCL LIEN FOR SERVICES. FORWARD MESSAGE TO RECEIVERSHIP TEAM FOR INSTRUCTIONS FROM MICHAEL. | 0.30 | $133.50 |
| 10/30/15 | GST | ASSET ANALYSIS: REVIEW TITLE REPORT FOR OTHELLO PROJECT (.4). REVIEW AND REVISE COVER SHEET DRAFT FOR KING COUNTY (.4) . TELEPHONE CONFERENCES WITH PAUL KEELEY AT TITLE COMPANY AS TO COVERING OTHER ENTITIES (.5) . | 1.30 | $578.50 |

## Category 1 - Asset Analysis and Recovery

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---:|---:|
| 11/02/15 | DKC | REVIEW STATUS OF KIRKLAND PROJECT INCLUDING TITLE REPORT AND RESPOND TO QUERY REGARDING ARCHITECT PAYMENT | 0.50 | $222.50 |
| 11/05/15 | GST | REVIEW EMAIL STRING BY AND BETWEEN SEC COUNSEL, DARGEY COUNSEL AND RECEIVERSHIP COUNSEL RE:VARIOUS ENTITIES AND ASSETS (1.0). EMAILS BY AND BETWEEN RECEIVER TEAM RE:NON-RECEIVERSHIP DEFENDANT AND NON-RECEIVERSHIP RELIEF DEFENDANT ENTITIES OWNED AND MANAGED BY DARGEY (.5). REVISE AND FINALIZE COVER SHEETS TO RECEIVERSHIP ORDER FOR RECORDING IN KING AND SNOHOMISH COUNTIES. REVIEW SUMMARY OF POTALA TOWER LLC OPERATING AGREEMENT (.9). | 2.40 | $1,068.00 |
| 11/17/15 | AWD | RESEARCH FEDERAL EQUITY RECEIVERSHIP AS IN CONFLICT WITH WASHINGTON STATE LAW AND THE ABILITY TO INCLUDE PROSPECTIVE COSTS INCURRED FOR MECHANICS LIEN (1.8); DRAFT MEMO RE RESEARCH FINDINGS AND DISCUSS SAME WITH ATTORNEY CAREY(.8) | 2.60 | $520.00 |
| 11/17/15 | DKC | COORDINATE RESEARCH ON MECHANICS LIEN MATTERS', INCLUDING INTERSECTION OF STATE LAW WITH FEDERAL RECEIVERSHIP, CALCULATION OF LIEN CLAIMS, ETC., AND REVIEW SAME WITH ATTORNEY FARRELL | 0.80 | $356.00 |
| 11/17/15 | JLA | EMAIL EXCHANGES WITH D. CAREY AND A. DURLAND RE COURT AUTHORITY TO ENJOIN LIEN CLAIM FILING AND RE STIPULATION TO ALLOW FILING | 0.70 | $311.50 |
| 11/17/15 | MMF | REVIEW E-MAILS FROM D CAREY RE PCL SITUATION; RESEARCH RE MECHANIC LIEN ISSUE RE PCL AND CONFER WITH A DURLAND RE HIS RESEARCH AND CONFER WITH D CAREY | 0.50 | $195.00 |
| 12/13/15 | DKC | WORK ON RESPONSE TO FORFEITURE ACTION | 0.30 | $133.50 |
| 12/14/15 | DKC | ASSET MANAGEMENT- WORK ON CORRESPONDENCE REGARDING MOVING AMDO EQUIPMENT FROM SHORELINE SITE | 0.30 | $133.50 |
| 12/16/15 | DKC | WORK ON FORFEITURE MATTER; DISCUSS SAME WITH OFFICE OF U.S. ATTORNEY, PREPARE NOTICE OF APPEARANCE, AND EMAILS TO PARTIES RE SAME | 1.00 | $445.00 |
| 12/17/15 | DKC | WORK ON FORFEITURE LITIGATION, INCLUDING NOTICE OF APPEARANCE AND EMAILS TO DARGEY'S COUNSEL | 0.30 | $133.50 |
| 12/17/15 | MJM | DRAFT A NOTICE OF APPEARANCE/DECLARATION OF SERVICE AND FILE IN THE MATTER BROUGHT BY THE UNITED STATES OF AMERICA | 0.50 | $90.00 |
| 12/18/15 | DKC | REVIEW AND RESPOND TO STAY MOTION AND ORDER REGARDING FORFEITURE ACTION | 0.30 | $133.50 |
| | | | 22.50 | $9,215.50 |

## Category 2 - Asset Disposition

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/26/15 | DKC | REVIEW OF TITLE AND PROPERTY INFORMATION REGARDING VARIOUS PATH AMERICA AND RELATED ENTITIES | 0.50 | $222.50 |
| 10/26/15 | GST | TOWER BUILDING: REVIEW PORTIONS OF PATH TOWER SUBSCRIPTION PACKAGE, TO ASSIST IN EVALUATING SALE PROSPECTS, STATUS OF CONSTRUCTION | 1.60 | $712.00 |
| 10/27/15 | GST | REVIEW TITLE REPORT FOR POTALA TOWER - 2116 4TH AVENUE SEATTLE, WA (.5)  EMAILS FROM/TO DIANA CAREY DISCUSSING LIENS AGAINST PROJECT (.3)  CALL WITH RECEIVER, CONTRACTOR AND SUBS ON TOWER RE:POTENTIAL LONG TERM ISSUES WITH TEMPORARY SHORING IN PLACE (.6) | 1.40 | $623.00 |
| 10/27/15 | MJM | REVIEW DOCUMENTS RE: PROPERTIES OWNED BY ENTITIES IN THE RECEIVERSHIP AND DRAFT THE RECORDER'S COVER SHEET FOR KING COUNTY RECORDING (1.5). WORK WITH THE ELECTRONIC DOCUMENTS PROVIDED BY GREG G. (CONSISTING OF NUMEROUS FINANCIAL AND ORGANIZATIONAL DOCUMENTS RECEIVED FROM PATH AM'S ACCOUNTANTS) , ORGANIZE ELECTRONICALLY AND LOAD ONTO A SHARED DROP BOX ACCOUNT (4.5) RECEIVE INSTRUCTION FROM GEORGE T., DIANA C. AND GREG G. RE: ASPECTS OF DOCUMENT HANDLING (.5) | 6.50 | $1,170.00 |
| 10/28/15 | GST | REVIEW TITLE COMMITMENT FOR POTALA KIRKLAND. | 0.30 | $133.50 |
| 10/28/15 | MJM | PREPARE RECORDING COVER SHEETS FOR KING COUNTY AND SNOHOMISH COUNTY. RESEARCH IDENTITY OF PROPERTIES. | 1.00 | $180.00 |
| 10/29/15 | MJM | CONTINUE TO RESEARCH PROPERTIES INCLUDED WITHIN THE RECEIVERSHIP FOR CORRECT IDENTITY ON THE RECORDER'S COVER SHEET. SPEAK WITH P. KEELEY RE: SAME. | 0.90 | $162.00 |
| 11/02/15 | GST | REVIEW DETAIL FOR ALL DARGEY AND PATH ENTITIES TO COMPLY WITH TERMS OF RECEIVERSHIP ORDER WHEN RECORDING THE SAME AGAINST EACH ENTITY AND EXCLUDING ANY ENTITIES NOT PLAINLY INCLUDABLE UNDER THE TERMS OF THE ORDER (1 hr). DRAFT ENTITY DETAIL WORKSHEET (1 HR) . COMMUNICATIONS WITH TITLE COMPANY ON GRANTOR NOTICE RECORDING WORKSHEETS AND ON SPECIFIC PROPERTY RECORDINGS. REVIEW TITLE REPORTS FOR EACH PROPERTY AND REVIEW AGAINST VARIOUS LEGAL DESCRIPTIONS AND TAX PARCEL NUMBERS TO REVISE COVER SHEETS (2.0). DRAFT EMAIL CORRESPONDENCE TO RECEIVER'S TEAM DESCRIBING STRATEGY FOR RECORDINGS AND REQUEST FOR ADDITIONAL INFORMATION ABOUT EXCLUDED ENTITIES WHICH DO NOT SHOW DARGEY OR OTHER DEFENDANTS TO OWN OR MANAGE SUCH EXCLUDED ENTITIES AND WHETHER THERE IS A BASIS TO INCLUDE THE SAME (.7). | 4.70 | $2,091.50 |
| 11/03/15 | DKC | KIRKLAND PROJECT: EMAILS/DISCUSSIONS RELATED TO OBTAINING PROJECT INFORMATION RELATED TO KIRKLAND PROJECT, INCLUDING ARCHITECT AND NEEDED FUNDS FOR DESIGN REVIEW (1.0); CALL FROM ATTORNEY FROM POTENTIAL PURCHASER; REVIEW LOIS (.1) | 1.10 | $489.50 |

## Category 2 - Asset Disposition

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 11/03/15 | GST | EMAILS FROM/TO RECEIVER TEAM MEMBERS RE: KIRKLAND, SHORELINE AND RECORDING RECEIVERSHIP ORDER (.7) . REVIEW TITLE COMMITMENTS ON SHORELINE AND KIRKLAND AND REVIEW FORFEITURE ACTION AND UNDERLYING POSSIBLE TITLE ISSUE RE:SHORELINE (1.0 ). EMAILS FROM/TO JOSH RE:INVESTIGATING KIRKLAND PROJECT AND SPECIAL CIRCUMSTANCES REGARDING PROJECT (.7). | 2.40 | $1,068.00 |
| 11/04/15 | GST | ASSET ANALYSIS: REVIEW EMAILS FROM TEAM MEMBER AND LETTERS OF INTENT ON KIRKLAND PROJECT DATED FROM SEPTEMBER 2015 (.4). EMAILS FROM/TO DEL CASTILLO RE:INVESTIGATING KIRKLAND BACKGROUND INFORMATION (.3). REVIEW EVERETT PUBLIC MARKET TITLE COMMITMENT AND SEARCH FOR INFORMATION ON EMA INVESTMENT LLC THE 1/2 OWNER OF THE PROJECT (.3)  EMAILS FROM/TO DIANA CAREY RE:OWNERSHIP (.2). REVIEW AND ANALYZE WHICH ENTITIES CAN BE INCLUDED IN REAL PROPERTY GRANTOR NOTICE OF RECEIVERSHIP ORDER PER RECEIVERSHIP ORDER (.7) | 1.80 | $801.00 |
| 11/05/15 | DKC | DISCUSSION WITH ATTORNEY BRAIN RE HIS CLIENT'S INTEREST IN POSSIBLE ACQUISITION OF KIRKLAND PROPERTY | 0.30 | $133.50 |
| 11/05/15 | DKC | EMAILS GRASSMEUCK TEAM REGARDING STATUS OF RECEIVERSHIP PROPERTIES AND ADDITIONAL PROPERTIES FOR CONSIDERATION; REVIEW TITLE REPORTS AND RESPOND TO QUERIES RE STATUS OF OWNERSHIP OF PROPERTIES | 0.50 | $222.50 |
| 11/06/15 | DKC | CONTACTS FOR POTENTIAL LIQUIDATION OF PROPERTIES -- SEND INFORMATION TO GRASSMUECK TEAM FROM ENQUIRIES | 0.30 | $133.50 |
| 11/06/15 | GST | ASSET DISPOSITION. EMAILS FROM/TO RECEIVER TEAM RE:INTERESTED PARTIES IN VARIOUS PROJECTS. | 0.20 | $89.00 |
| 11/09/15 | GST | REVIEW NEW TITLE REPORT FOR POTALA TOWER ISSUED BY FIRST AMERICAN TITLE. | 0.30 | $133.50 |
| 11/30/15 | MJM | PRINT DOCUMENTS RE: POTALA TOWER FOR D. CAREY REVIEW | 0.50 | $90.00 |
| 12/01/15 | DKC | EMAILS/DISCUSSIONS REGARDING POSSIBLE LIQUIDATION OF KIRKLAND PROPERTIES, STATUS OF SHORELINE DEMOLITION, RENT OF BELLEVUE OFFICE AND RESPOND TO SAME. | 0.50 | $222.50 |
| 12/01/15 | MJM | DISCUSSION WITH D. CAREY AND SEARCH FOR TITLE DOCUMENT(S) CONCERNING THE FARMER'S MARKET PROPERTY | 0.30 | $54.00 |
| 12/02/15 | MJM | DOWNLOAD THE DOCUMENTS ASSOCIATED WITH THE EVERETT PROPERTY TITLE REPORTS | 1.10 | $198.00 |
| 12/03/15 | DKC | WORK ON EVALUATION OF POTENTIAL BROKERS | 0.40 | $178.00 |
| 12/08/15 | DKC | EMAILS CONCERNING SHORELINE AND PLANS FOR DEMOLITION, COORDINATION WITH CITY | 0.30 | $133.50 |
| 12/09/15 | DKC | ASSET DISPOSITION - REVIEW, FORWARD AND RESPOND TO VARIOUS QUERIES FROM THREE PARTIES ABOUT ACQUIRING RECEIVERSHIP REAL PROPERTY ASSET 1.0) ; EMAILS RE SAME, INCLUDING FORWARDING RELEVANT BACKGROUND DOCUMENTS(.(6) | 1.60 | $712.00 |

## Category 2 - Asset Disposition

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 12/23/15 | ARG | DRAFT QUIT CLAIM DEED; REVIEW OF KING COUNTY RECORDS REGARDING SAME; EMAIL TO AND FROM D. CAREY REGARDING SAME; | 0.80 | $160.00 |
| 12/23/15 | DKC | WORK ON QUIT CLAIM DEED TO RELEASE HOUSE FROM FORFEITURE ACTION; COORDINATE WITH TITLE COMPANY TO VERIFY INFORMATION ON TITLE | 0.70 | $311.50 |
| 12/28/15 | DKC | ASSET DISPOSITION - REVIEW TITLE REPORT FOR BELLEVUE HOUSE AND FORWARD QUIT CLAIM DEED TO ATTORNEY DUNNE TO SIGN HOUSE OVER TO THE RECEIVERSHIP | 0.20 | $89.00 |
| 12/29/15 | ARG | RESEARCH REGARDING EXCISE TAX EXEMPTION (.9) ; EMAIL AND TELEPHONE CALL TO D. CAREY REGARDING SAME CONFIRMING REQUIREMENT TO FILE REET (.2) | 1.10 | $220.00 |
| 12/29/15 | DKC | WORK ON OBTAINING TITLE TO BELLEVUE PROPERTY; REVIEW TITLE REPORT; EMAIL TO POTENTIAL REALTOR; EMAILS WITH ATTORNEY ZARO REGARDING PROCEDURE FOR SALES; RESEARCH AND REVIEW POTENTIAL REET ISSUES | 0.90 | $400.50 |
| | | | 32.20 | $11,134.00 |

## Category 3 - Business Operations

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/27/15 | DKC | MEETING AT BELLEVUE OFFICE OF PATH AMERICA TO MEET WITH TOWER PROJECT MANAGER, DARGEY DEVELOPMENT CFO REGARDING CASE FILES FOR DEFENDANT ENTITIES, AND INVESTOR RELATIONS COORDINATOR FOR E(B)5 INVESTORS (1.5 hrs including 1/2 travel time) ; FOLLOWUP RE SAME CONCERNING OVERDUE RENT AT PREMISES, AND OBTAINING PERSON TO PERFORM IMAGING OF COMPUTER (1.0) | 2.50 | $1,112.50 |
| 10/30/15 | DKC | COORDINATE WITH CONSTRUCTION CREDITORS, INCLUDING PC WORK SUSPENSION EXTENSION, COUNSEL FOR CREDITORS; DISCUSSION WITH ATTORNEY FOR LANDLORD OF BELLEVUE, SHORELINE AND POTENTIAL LENDER/INVESTOR AND SHARE INFORMATION WITH RECEIVER'S TEAM | 0.60 | $267.00 |
| 11/03/15 | DKC | WORK ON PAYMENT ON OUTSTANDING PAYABLES RELATED TO BELLEVUE OFFICE RENT; REVIEW REQUEST WITH LANDLORD'S COUNSEL, FORWARD TO GRASSMUECK OFFICE FOR PAYMENT; RESPOND TO QUERY RE JANITORIAL SERVICE | 0.50 | $222.50 |
| 11/06/15 | DKC | REVIEW DOCUMENTS RE CORPORATE STATUS OF VARIOUS DARGEY-RELATED ENTITIES, INCLUDING REVIEW OF LLC AGREEMENTS AND CONTRACTS/AGREEMENTS WITH BINJIANG | 0.50 | $222.50 |
| 12/16/15 | DKC | OBTAIN AND COORDINATE ESTIMATES OF FEES OF INDEPENDENT CONTRACTORS FOR PURPOSES OF RECEIVER'S BUDGETING | 0.40 | $178.00 |
| | | | 4.50 | $2,002.50 |

Category 4 - Case Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/23/15 | DKC | CONFERENCE CALL WITH RECEIVER, FORENSIC ACCOUNTANT AND GENERAL COUNSEL, REGARDING STARTUP MATTERS, INCLUDING APPOINTMENT APPLICATIONS, BANK ACCOUNTS, TOUR OF PROPERTIES, ETC. | 1.00 | $445.00 |
| 10/23/15 | GST | REVIEW ORDER APPOINTING RECEIVER AND PRIOR PRELIMINARY INJUNCTION ORDER (1.0) . EMAILS FROM/TO RECEIVER AND VARIOUS RECEIVER TEAM MEMBERS (.9) . ALL HANDS CONFERENCE CALL WITH RECEIVER AND TEAM (1.5) . COMMUNICATIONS WITH FIRST AMERICAN TITLE COMPANY TO OBTAIN TITLE REPORTS FOR VARIOUS WA RECEIVERSHIP PROPERTIES (.7) | 4.10 | $1,824.50 |
| 10/26/15 | DKC | MEETING WITH RECEIVER GRASSMUECK AND HIS TEAM TO ASSES STATUS AND PREPARE FOR MEETING WITH DARGEY'S COUNSEL DUNNE | 1.00 | $445.00 |
| 10/26/15 | DKC | MEETING WITH RECEIVER'S TEAM (.4) AND then ATTORNEY DUNNE (1.5) TO DISCUSS START UP MATTERS WITH THE RECEIVERSHIP, INCLUDING ACCESS TO RECORDS, ATTORNEY CLIENT PRIVILEGE AND MECHANISM FOR HANDLING, STATUS OF PROJECTS AND INVESTMENTS ; FOLLOWUP ON SAME INCLUDING STEPS FOR DOCUMENT RETRIEVAL (.9) | 2.80 | $1,246.00 |
| 10/26/15 | DKC | WRAP UP CONFERENCE CALL TO DISCUSS DAY'S PROGRESS AND OUTLINE STEPS FOR NEXT DAY (INCLUDING TRIP TO BELLEVUE OFFICE), SET UP OF DROP BOX FILES, MEETING WITH US ATTORNEYS OFFICE, ETC. | 1.50 | $667.50 |
| 10/26/15 | DKC | COORDINATE WITH PARALEGAL REGARDING OBTAINING CERTIFIED COPIES OF ORDERS, CONTACT INFORMATION, ETC. | 0.50 | $222.50 |
| 10/26/15 | GST | CASE ADMINISTRATION: EMAILS FROM/TO VARIOUS RECEIVER TEAM MEMBERS RE:VARIOUS ASSETS, MEETING AND APPOINTMENT ISSUES. | 0.90 | $400.50 |
| 10/26/15 | GST | CASE ADMINISTRATION: CONFERENCES WITH RECEIVER, GREG GADAWSKI, JOSH DEL CASTILLO, THERESA GRASSMUECK, TRAVIS FOXX AND DIANA CAREY BEFORE AND AFTER CONFERENCE WITH PATH AMERICA COUNSE (1.4 hrs) END OF DAY CONFERENCE STATUS CALL WITH RECEIVER, GREG GADAWSKI, JOSH DEL CASTILLO, THERESA GRASSMUECK, TRAVIS FOXX AND DIANA CAREY (1.2) . | 2.60 | $1,157.00 |
| 10/26/15 | GST | CASE ADMINISTRATION: CONFERENCE WITH DARGEY/PATHAMERICA COUNSEL DAN DUNNE, RECEIVER, GREG GADAWSKI, JOSH DEL CASTILLO, THERESA GRASSMUECK, TRAVIS FOXX AND DIANA CAREY. | 2.00 | $890.00 |
| 10/26/15 | GST | CASE ADMINISTRATION: CONFERENCE WITH RECEIVER, THERESA GRASSMUECK, TRAVIS FOXX AND DIANA CAREY. REVIEW SEC STANDARDIZED FUND ACCOUNTING REPORT BILLING INSTRUCTIONS. | 1.30 | $578.50 |
| 10/27/15 | DKC | WRAP UP CONFERENCE CALL WITH RECEIVER'S TEAM REGARDING STATUS OF OUTSTANDING ITEMS, INCLUDING FILES ORGANIZATION AND MANAGEMENT, INVESTOR RELATIONS, FILE REQUESTS, ETC. | 0.80 | $356.00 |

## Category 4 - Case Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/27/15 | GST | CASE ADMINISTRATION: EMAILS FROM RECEIVER'S ASSISTANT WITH CONTACTS FOR RECEIVER TEAM (.4) . EMAILS FROM GREG GADAWSKI AND REVIEW OF AP LIST FOR VARIOUS RECEIVERSHIP ENTITIES (.7) . REVIEW EMAILS FROM GADAWSKI AND GLASS RE:CALLS ON TOWER SHORING ISSUES (.4). CONFER WITH GREG GADAWSKI ON VISIT TO BELLEVUE OFFICE AND WITH DARGEY/PATH PERSONNEL (.3) . EMAILS FROM/TO TITLE COMPANY AND MUNHALL ON RECORDING ORDER APPOINTING RECEIVER AS ENCUMBRANCE ON VARIOUS RECEIVERSHIP RELATED REAL PROPERTY (.3) . | 2.10 | $934.50 |
| 10/27/15 | GST | END OF DAY STATUS CALL WITH RECEIVERSHIP TEAM. | 0.90 | $400.50 |
| 10/28/15 | DKC | WRAP UP CONFERENCE CALL WITH RECEIVER AND HIS TEAM REGARDING OUTSTANDING ITEMS (REPORTS, INVESTOR RELATIONS, PROPERTY STATUS, DOCUMENT PRODUCTION) | 1.00 | $445.00 |
| 10/28/15 | GST | CASE ADMINISTRATION: EMAILS FROM/TO RECEIVER,RECEIVER'S ASSISTANT, LA COUNSEL, CO-COUNSEL RE:VARIOUS ADMINISTRATIVE MATTERS AND MEETINGS ABOUT VARIOUS PROJECTS. | 0.40 | $178.00 |
| 10/29/15 | DKC | WRAP UP CALL WITH RECEIVER AND HIS TEAM TO DISCUS DAYS ACTIVITIES, PROGRESS, AND DIRECTION FOR NEXT STEPS RE INVESTORS, CONTRACTORS, DOCUMENT PRODUCTION ETC. | 0.90 | $400.50 |
| 10/29/15 | DKC | CREDITOR COMMUNICATION INCLUDING (A) DISCUSSION WITH ATTORNEY FOR BINJIANG; (B) PHONE CALL AND EMAIL TO ATTORNEY FOR SYNERGY CONSTRUCTION; (C) REVIEW EMAILS TO COUNSEL FOR VARIOUS OTHER CREDITORS; | 0.70 | $311.50 |
| 10/29/15 | GST | CASE ADMINISTRATION: EMAILS FROM/TO RECEIVER AND RECEIVER'S TEAM. EMAILS FROM/TO TITLE COMPANY AND MUNHALL. REVIEW PLEADINGS FILED WITH COURT. DAILY STATUS CALL WITH RECEIVER TEAM. | 0.90 | $400.50 |
| 10/29/15 | MJM | COMPILE PLEADINGS, PROOF FORMATTING, AND FILE WITH THE COURT THE MOTION TO EMPLOY PROFESSIONALS OF THE RECEIVER (1.4). UPLOAD BELLEVUE PROPERTY LEASE DOCUMENTS INTO THE TEAM DROP BOX (.8) | 2.20 | $396.00 |
| 10/30/15 | DKC | DAILY WRAP UP CALL RE BANK ACCOUNTS, COORDINATION WITH BINJIANG COUNSEL, EB(5) STATUS, ETC. | 0.70 | $311.50 |
| 10/30/15 | GST | CASE ADMINISTRATION: EMAILS FROM/TO RECEIVER AND VARIOUS RECEIVER TEAM MEMBERS AS TO OPEN ISSUES. | 0.50 | $222.50 |
| 10/30/15 | MJM | MEET WITH D. CAREY RE: CASE STATUS (.4). DRAFT A DECLARATION OF SERVICE RE: THE EMPLOYMENT PLEADINGS (.6). | 1.00 | $180.00 |
| 11/02/15 | DKC | WRAP UP CONFERENCE CALL WITH RECEIVER'S TEAM RE DOCUMENT PRODUCTION, DUE DILIGENCE, INVESTOR ISSUES, ETC. | 0.80 | $356.00 |
| 11/02/15 | GST | CASE ADMINISTRATION: REVIEW AND RESPOND TO EMAILS FROM RECEIVER AND RECEIVER'S TEAMS REGARDING VARIOUS MATTERS. REVIEW PLEADINGS FILED WITHIN LAST 2 BUSINESS DAYS. | 1.30 | $578.50 |

## Category 4 - Case Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 11/03/15 | DKC | DAILY WRAP UP CALL WITH RECEIVER AND TEAM TO DISCUSS STATUS OF EB(5) PROGRAM, KIRKLAND, TOWER AND EVERETT FARMER'S MARKET STATUS (1.1) ; DISCUSSION WITH SEVERAL CONTRACTOR ATTORNEYS (PCL AND POTENTIAL PURCHASERS) (.7) | 1.80 | $801.00 |
| 11/04/15 | DKC | EMAILS REGARDING CASE ADMINISTRATION, INCLUDING STIPULATION TO BE FILED, TURNOVER OF RECORDS, EXTENSION OF TOWER CONTRACT, ETC. | 0.80 | $356.00 |
| 11/04/15 | GST | CASE ADMINISTRATION: EMAILS FROM/TO VARIOUS RECEIVERSHIP TEAM MEMBERS REGARDING INFORMATION RELATING TO VARIOUS ASSETS AND ENTITIES. REVIEW DRAFT JOINT STATUS REPORT FROM SEC. | 0.60 | $267.00 |
| 11/05/15 | DKC | NIGHTLY WRAP UP CALL WITH GRASSMUECK TEAM REGARDING STATUS OF CONSULTANTS, EB5 PROGRAM, SCHEDULED MEETINGS WITH STAKEHOLDERS, ETC. | 0.60 | $267.00 |
| 11/06/15 | DKC | NIGHTLY WRAP UP CALL WITH GRASSMUECK TEAM TO DISCUSS DAY'S MEETING AND PROGRESS RE MEETING WITH CONTRACTORS, BINJIANG AND EB(5) UPDATE | 0.60 | $267.00 |
| 11/09/15 | GST | REVIEW MOTION OF VOYA FOR INTERVENTION RE:FARMER'S MARKET LOAN. REVIEW DARGEY CORPORATE DISCLOSURE AND REQUEST FOR JURY TRIAL. REVIEW JOINT STATUS REPORT. | 0.50 | $222.50 |
| 11/10/15 | DKC | DAILY WRAP UP CONFERENCE CALL WITH RECEIVER'S TEAM, INCLUDING RECEIVER'S ASSESSMENT OF STRATEGIES MOVING FORWARD FOR EACH PROPERTY, DOCUMENT PRODUCTION STATUS, FINANCIAL REVIEW OF INTERMINGLING OF ACCOUNTS, INVESTOR RELATIONS, ETC. | 1.60 | $712.00 |
| 11/10/15 | GST | REVIEW DARGEY RULE 26 DISCLOSURE. REVIEW SEC RESPONSE TO MOTION TO INTERVENE. | 0.30 | $133.50 |
| 11/17/15 | DKC | NIGHTLY CONFERENCE CALL TO ASSESS STATUS INCLUDING PRODUCTION OF DOCUMENTS, EB 5 MATTERS, MEETING WITH INVESTORS' COUNSEL, RECENTLY FILED INITIAL REPORT AND NEED FOR ADDITIONAL REPORTING, STATUS OF INVESTIGATION INTO PROPERTIES | 1.00 | $445.00 |
| 11/17/15 | GST | CASE ADMINISTRATION. REVIEW VARIOUS PLEADINGS DOCKETED WITH COURT OVER PAST WEEK. | 0.30 | $133.50 |
| 11/23/15 | DKC | WRAP UP CALL WITH RECEIVER'S TEAM TO DISCUSS EB-5 ISSUES WITH IMMIGRATION COUNSE (1.0), PREPARATION FOR SAME AND FOLLOWUP (.5) | 1.50 | $667.50 |
| 11/23/15 | DKC | NIGHTLY WRAP UP CALL WITH RECEIVER'S TEAM TO DISCUSS STATUS OF FINANCIAL ANALYSES, OPTIONS FOR VARIOUS PROPERTIES, STATUS OF RECEIVERSHIP FILINGS, ETC. | 1.20 | $534.00 |
| 11/30/15 | DKC | WRAP UP CONFERENCE CALL WITH RECEIVER'S TEAM TO DISCUSS ASSET DISPOSITION, EB-5 INVESTOR STATUS, VARIOUS PENDING MATTERS, | 1.30 | $578.50 |
| 12/02/15 | DKC | NIGHTLY CONFERENCE WITH GRASSMUECK TEAM TO DISCUSS STATUS OF PROPERTY DISPOSITION, RESPONSE TO LETTER REQUESTING RELEASE OF FUNDS, EB5 SUMMARY OF PROGRESS, ETC. | 1.50 | $667.50 |

## Category 4 - Case Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 12/04/15 | DKC | CONFERENCE CALL WITH GRASSMUECK TEAM REGARDING STATUS OF LIQUIDATION ANALYSES, EB5 DOCUMENT COLLECTION, OBTAINING FILES FROM CENTRAL ESCROW, ETC. | 1.00 | $445.00 |
| 12/08/15 | DKC | NIGHTLY WRAP UP CALL WITH RECEIVER'S TEAM RE STATUS OF PENDING MATTERS, POTENTIAL MOTIONS, EB-5, ETC. | 1.00 | $445.00 |
| 12/11/15 | DKC | NIGHTLY WRAP UP CALL WITH RECEIVER'S TEAM RE DISCUSSIONS WITH BINJIANG, CANSINE, AMDO EQUIPMENT, FORFEITURE ACTIONS, ETC. AND STATUS OF PENDING MATTERS | 1.40 | $623.00 |
| 12/15/15 | DKC | NIGHTLY WRAP UP CALL RE STATUS OF DOCUMENT PRODUCTION, VISIT TO FBI FOR RECORDS, AMDO EQUIPMENT, OPTIONS FOR TOWER LIQUIDATION, STATUS OF EB5 APPLICATIONS | 1.40 | $623.00 |
| 12/17/15 | DKC | NIGHTLY WRAP UP CALL TO DISCUSS STATUS OF TOWER DISPOSITION OPTIONS, WEBSITE FOR RECEIVER, EB 5 MATTERS, DOCUMENT REVIEW AND PAYMENT FOR ADDITIONAL FORENSIC WORK | 1.00 | $445.00 |
| 12/22/15 | DKC | NIGHTLY WRAP UP CALL TO DISCUSS COMMUNICATIONS WITH MR. DARGEY'S COUNSEL, WEBSITES, NOIT RESPONSES, SALE PROSPECTS, TRANSFER OF HOUSE, PLAN FOR TOWER, ETC. | 1.30 | $578.50 |
| 12/29/15 | DKC | NIGHTLY WRAP UP CALL WITH RECEIVER'S TEAM TO DISCUSS STATUS OF EACH PROPERTY, DOCUMENT PRODUCTION, EB5 PRODUCTION AND STATUS, POTENTIAL MOTIONS TO PRESENT TO COURT. | 1.50 | $667.50 |
| 12/30/15 | DKC | COORDINATE ON MEETINGS NEXT WEEK WITH VARIOUS INVESTORS, STAKEHOLDERS AND INTERESTED PARTIES | 0.40 | $178.00 |
| | | | 54.50 | $23,404.50 |

## Category 6 - Data Analysis and Retrieval

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/27/15 | DKC | COORDINATE WITH FORENSIC ACCOUNT GADAWSKI AND PARALEGAL MUNHALL REGARDING SET UP OF DROP BOX AND OTHER SHARED FILES; COORDINATE SAME WITH OTHER PARTIES | 0.50 | $222.50 |
| 10/28/15 | MJM | GENERAL ADMINISTRATIVE SUPPORT: FINISH LOADING DOCUMENTS ONTO DROP BOX. | 1.80 | $324.00 |
| 11/02/15 | MJM | PROOF READ THE RECEIVER'S RESPONSE TO MOTION TO INTERVENE AND MOTION TO MODIFY PRELIMINARY INJUNCTION OF INVESTORS HUANG FU YUN NING, HAN LIDE, LIANG XUE YIN AND LIU WEN JUN (NO CHARGE) | 0.10 | $0.00 |
| 11/04/15 | MJM | POST TO THE SHARED DROP BOX ADDITIONAL TITLE REPORTS | 0.20 | $36.00 |
| 11/11/15 | DKC | COORDINATE ON OBTAINING DOCUMENTS FROM ORRICK (FILES OF INVESTOR AND CORPORATE DOCUMENTS) AND EVALUATE PROJECT FOR INDEXING SAME | 0.50 | $222.50 |
| 11/11/15 | MJM | DISCUSSION WITH D. CAREY AND EMAIL RE: THE DOCUMENTS PROVIDED TO US BY ORRICK FROM THE FBI. | 0.20 | $36.00 |
| 11/12/15 | DKC | DOCUMENT PRODUCTION - REVIEW DOCUMENTS PRODUCED BY ORRICK AND IDENTIFY RELEVANT ONES FOR SCANNING TO SUPPORT CONSULTANTS' WORK EVALUATING STRATEGIES FOR PROPERTIES; CREATE INDEX | 1.00 | $445.00 |
| 11/13/15 | DKC | CONTINUED REVIEW/INDEXING OF 9 BOXES OF CORPORATE AND INVESTOR DOCUMENTS RECEIVED FROM ORRICK | 3.00 | $1,335.00 |
| 11/13/15 | MJM | PREPARE, SCAN AND EMAIL TO M. FARRELL CERTAIN OF THE FBI/ORRICK DOCUMENTS HE REQUESTED. | 1.80 | $324.00 |
| 12/08/15 | MJM | MEET WITH SEAN CONLON OF ALTEP DIGITAL FORENSICS, AND RECEIVE THREE USB DRIVES WITH DATA | 0.20 | $36.00 |
| 12/15/15 | DKC | FOLLOWUP ON TURNOVER OF COMPUTER HARD DRIVES' COORDINATE WITH ALTEC ON DOCUMENT COPYING | 0.30 | $133.50 |
| | | | 9.60 | $3,114.50 |

## Category 7 - Employment and Fee Applications

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/22/15 | DKC | ATTEND HEARING ON APPOINTMENT OF GRASSMUECK AS RECEIVER (1.4); CONFER WITH SEC COUNSEL AND OTHER PARTIES AFTER HEARING (.2);  AND CONFERENCE CALL WITH GRASSMUECK AND LA COUNSEL RE RESULTS OF HEARING (.4); | 2.00 | $890.00 |
| 10/23/15 | DKC | WORK ON/EDIT APPOINTMENT AND PRO HAC VICE MOTIONS/ORDERS (1.1) AND COORDINATE SAME WITH VARIOUS PARTIES AND THE COURT (.8) | 1.90 | $845.50 |
| 10/23/15 | MJM | CONTACT THE CLERK OF THE COURT AND ORDER 10 CERTIFIED COPIES OF THE APPOINTMENT ORDER (.3) EDIT THE PRO HAC VICE APPLICATIONS AND FILE WITH THE COURT (.5) TALK WITH THE CLERK OF THE COURT ABOUT CM/ECF NOTIFICATION FOR THE CLIENT (.2) DRAFT A NOTICE OF APPEARANCE OF M. GRASSMUECK (.6) REVIEW THE COMPLAINT ORIGINALLY FILED IN THIS PROCEEDING, THE MOTION TO APPOINT RECEIVER AND APPOINTMENT ORDER (.8) | 2.40 | $432.00 |
| 10/23/15 | MJM | DRAFT THE MOTION OF THE RECEIVER TO ENGAGE GENERAL COUNSEL, LOCAL COUNSEL AND A FORENSIC ACCOUNTANT, INCLUDING CHECKING ON REQUIREMENTS FOR APPOINTMENT (2.3). DRAFT DECLARATIONS OF J. DEL CASTILLO, D. CAREY AND G. GADAWSKI (2.0) | 4.30 | $774.00 |
| 10/24/15 | DKC | WORK ON EMPLOYMENT APPLICATIONS FOR GENERAL COUNSEL, SPECIAL COUNSEL AND FORENSIC ACCOUNTANT (MOTION, DECLARATIONS, ORDER) | 3.50 | $1,557.50 |
| 10/28/15 | DKC | WORK ON FINALIZING ALL DOCUMENTS FOR APPLICATION TO EMPLOY COUNSEL AND FORENSIC ACCOUNTANTS; COORDINATE SAME WITH ALL PROFESSIONALS; WORK ON ORDER, MOTION AND DECLARATIONS, PLUS EXHIBITS OF QUALIFICATIONS, BIOGRAPHIES | 3.70 | $1,646.50 |
| 10/29/15 | DKC | FINALIZE ALL PLEADINGS RELATED TO APPLICATION TO EMPLOY COUNSEL AND FINANCIAL ACCOUNTANT, AND COORDINATE REVIEW AND SIGNING OF SAME | 0.80 | $356.00 |
| 11/03/15 | SRL | CONFERENCE WITH D. CAREY AND RECEIVER REGARDING INDEPENDENT CONTRACTOR AGREEMENTS FOR CONSULTANTS KANNER AND SUN. | 0.30 | $63.00 |
| 11/06/15 | SRL | REVIEW CLIENT DOCUMENTS WITH REGARD TO CONTRACTING YUJING SUN TO PROVIDE EB-5 SERVICES (.2); DRAFT AND REVISE INDEPENDENT CONTRACTOR AGREEMENT (.5). | 0.70 | $147.00 |
| 11/09/15 | SRL | DRAFT AND REVISE INDEPENDENT CONTRACTOR AGREEMENTS BETWEEN PATH AMERICA LLC AND SAM KENNER AND YUJING SUN (1 HOUR EACH FOR TOTAL OF 2  HOURS); ATTEND TELECONFERENCE WITH D. CAREY AND RECEIVER REGARDING INDEPENDENT CONTRACTOR AGREEMENT FOR YUJING SUN (.3). | 2.30 | $483.00 |
| 11/10/15 | DKC | REVIEW OF AND COORDINATION OF TWO INDEPENDENT CONTRACTOR AGREEMENTS | 0.40 | $178.00 |
| 11/10/15 | SRL | REVISE CONSULTANT AGREEMENT FOR YUJING SUN PURSUANT TO SUN'S REVIEW OF CONTRACT. | 0.10 | $21.00 |

## Category 7 - Employment and Fee Applications

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 11/11/15 | SRL | PREPARE INDEPENDENT CONTRACTOR AGREEMENT FOR YUJING SUN: REVIEW PRIOR NONDISCLOSURE AGREEMENT (.5); PHONE CALL WITH Y. SUN REGARDING SAME (.4); DRAFT AND REVISE INDEPENDENT CONTRACTOR AGREEMENT FOLLOWING DISCUSSION (.8). | 1.70 | $357.00 |
| 11/16/15 | SRL | DRAFT AND REVISE INDEPENDENT CONTRACTOR AGREEMENT WITH YUJING SUN: INCLUDE LANGUAGE REGARDING INVESTOR CONFIDENTIAL INFORMATION. | 0.30 | $63.00 |
| 11/17/15 | DKC | COORDINATE WITH POTENTIAL SPECIAL COUNSEL DIVINE (.7); REVIEW AND EDIT ENGAGEMENT LETTER (.5); EMAIL REGARDING TASKS TO BE PERFORMED AND QUERY REGARDING ADVICE CONCERNING TRANSFERS (.3) | 1.50 | $667.50 |
| 11/17/15 | SRL | DRAFT AND REVISE NONDISCLOSURE AGREEMENT FOR CONTRACTOR WITH REGARD TO DUE DILIGENCE ON SALE. | 1.50 | $315.00 |
| 11/18/15 | DKC | WORK ON INDEPENDENT CONTRACTOR AGREEMENTS FOR PERSONS ASSISTING ON IMMIGRATION AND EB5 MATTERS | 0.40 | $178.00 |
| 11/19/15 | SRL | EMAIL CORRESPONDENCE WITH YUJING SUN REGARDING UPDATES TO INDEPENDENT CONTRACTOR AGREEMENT. | 0.10 | $21.00 |
| 12/03/15 | SRL | DRAFT AND REVISE INDEPENDENT CONTRACTOR AGREEMENT FOR KAMI ERICKSON. | 0.40 | $84.00 |
| 12/08/15 | DKC | WORK ON EMPLOYMENT MATTERS, INCLUDING FINALIZING AND OBTAINING SIGNATURES ON INDEPENDENT CONTRACTOR AGREEMENT FOR MS. ERICKSON (.4); REVIEW OF PROPOSED MOTION IN AID OF RECEIVERSHIP (APPOINTMENT OF SPECIAL COUNSEL) (.4) | 0.80 | $356.00 |
| | | | 29.10 | $9,435.00 |

Category 8 - Investor Relations

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 10/23/15 | DKC | DISCUSSION WITH ATTORNEY FOGG RE E(B)5 INVESTORS AND RELAY SAME TO RECEIVER | 0.30 | $133.50 |
| 10/29/15 | DKC | REVIEW EB(5) MATERIALS AND ANALYZE STRATEGIES FOR RESPONDING TO SAME | 0.70 | $311.50 |
| 10/30/15 | DKC | WORK ON EB(5) MATTERS; EXTENSIVE REVIEW of AMICUSbBRIEF, PROJECT SUMMARIES, TASK LIST (1.4 hrs); AND MEET WITH EB(5) ATTORNEY WANG AND RECEIVER RE SAME (.7) | 2.10 | $934.50 |
| 10/30/15 | XQW | REVIEW DOCS; MEETING WITH MICHAEL GRASSMUECK AND DIANA CAREY. | 1.00 | $425.00 |
| 11/02/15 | DKC | REVIEW PENDING MOTIONS BY FOUR INVESTORS TO INTERVENE AND OBTAIN REFUND OF FUNDS INVESTED IN TOWER (.6) ; COORDINATE RESPONSE TO SAME WITH RECEIVER AND HIS GENERAL COUNSEL (4) ; PREPARE AND FILE RESPONSE WITH THE COURT (.8) | 1.80 | $801.00 |
| 11/03/15 | DKC | WORK ON EB(5) MATTERS; MEETING WITH ATTORNEY WANG AND RECEIVER REGARDING STATUS OF APPLICATIONS AND STEPS NEEDED FOR FUTURE APPLICATIONS (1.0);: CALL FROM ATTORNEY FOR ONE INVESTOR REGARDING QUERY FOR STIPULATION AS TO RELEASE OF FUNDS AND RESPOND TO SAME REGARDING CORRECT PROCEDURE (.4) | 1.40 | $623.00 |
| 11/03/15 | XQW | PHONE CALL AND FOLLOW UP EMAIL WITH YUJING SUN; AND OFFICE MEETING WITH RECEIVER. | 0.70 | $297.50 |
| 11/04/15 | DKC | WORK ON EB(5) PROGRAM ISSUES; EXPLORE REFUND QUESTION ON PRIOR INVESTORS' RETURN FROM ESCROW | 0.60 | $267.00 |
| 11/05/15 | DKC | OFFICE CONFERENCE AND REVIEW OF EMAILS REGARDING STATUS OF EB(5) PROGRAM AND POSSIBLE COURSES OF ACTION | 0.50 | $222.50 |
| 11/07/15 | DKC | DISCUSSION WITH RECEIVER RE REQUIRED STEPS AND ANALYSES FOR EB(5) INVESTORS AND MAINTAINING STATUS OF SAME | 0.30 | $133.50 |
| 11/08/15 | DKC | INSTRUCTIONS TO RESEARCHER REGARDING INFORMATION ON EB(5) CASES | 0.30 | $133.50 |
| 11/09/15 | DKC | WORK ON (B)(5) MATTERS; CONFER WITH ATTORNEY WANG AND MS. SUN REGARDING STATUS OF VARIOUS APPLICATIONS, INCLUDING STEPS NEEDED TO BE DONE | 3.00 | $1,335.00 |
| 11/09/15 | DKC | CONFERENCE CALL WITH RECEIVER AND ATTORNEY DEL COSTILLO REGARDING EB(5) MATTERS, INCLUDING REVIEW OF PROPOSED INDEPENDENT CONTRACTOR AGREEMENT FOR CONSULTANT ON EB(5) MATTERS (.7 hrs); REVIEW AND EDIT PROPOSED AGREEMENT (.8) | 1.50 | $667.50 |
| 11/09/15 | XQW | CONFERENCE CALL WITH YUJING SUN (.5); REVIEW CURRENT EB-5 CASES UNDER SEC INVESTIGATION (.5) | 1.20 | $510.00 |
| 11/10/15 | DKC | WORK ON EB(5) MATTERS, INCLUDING COORDINATION WITH COUNSEL FOR VARIOUS INVESTORS, | 0.60 | $267.00 |
| 11/10/15 | XQW | REVIEW 12 CITED CASES PENDING WITH SEC, DISTRICT COURTS, AND USCIS THAT ARE RELATED TO EB5 REGIONAL CENTERS AND INVESTORS; PROVIDE A SUMMARY TO DIANA. | 0.60 | $255.00 |

## Category 8 - Investor Relations

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---:|---:|
| 11/11/15 | DKC | WORK ON (B)5 MATTERS, INCLUDING CONTACTING ATTORNEY DIVINE RE CONTINUED SERVICES AND TERMS FOR SAME; (1.8 HOURS); COORDINATION OF TERMS FOR CONSULTANT AGREEMENT(.4); EMAILS WITH AND COORDINATION WITH RECEIVER AND GENERAL COUNSEL REGARDING CONTINUED STEPS TO ADDRESS EB5 INVESTOR ISSUES (.5) | 2.70 | $1,201.50 |
| 11/11/15 | XQW | REVIEW AND COMMENT ON THE STIPULATION TO PERMIT FOR RETURN OF INVESTOR FUNDS IN ESCROW. | 0.20 | $85.00 |
| 11/12/15 | DKC | WORK ON EB5 MATTERS, INCLUDING (1) SETTING UP MEETING IN SEATTLE FOR INVESTORS' COUNSEL (IDENTIFY AND SEND EMAILS TO 5 SETS OF COUNSEL. COORDINATE WITH RECEIVER ON AGENDA AND FORMAT) (1.9 HOURS); (2) COMMUNICATING WITH CHINESE AGENTS RE STATUS OF FOREIGN ACCOUNTS (.7) ; (3) FURTHER WORK ON CONSULTANT'S CONTRACT (.3); REVIEW RECENT MOTION TO INTERVENE BY INVESTOR LI (.4) | 3.30 | $1,468.50 |
| 11/13/15 | DKC | COORDINATION WITH INVESTORS' COUNSEL RE MEETING IN SEATTLE, AND WITH AGENTS CONCERNING REFUND OF ADMIN FEES | 0.80 | $356.00 |
| 11/13/15 | DKC | DISCUSSION WITH COUNSEL FOR ZHOU YAN REGARDING REFUND OF ADMIN FEES TO INVESTORS; EMAIL TO RECEIVER'S TEAM RE SAME | 0.40 | $178.00 |
| 11/13/15 | XQW | DISCUSSION WITH COUNSEL REGARDING RC/PROJECT SUBSTITUTES. | 0.10 | $42.50 |
| 11/16/15 | DKC | WORK ON EB-5 MATTERS INCLUDING COORDINATION WITH OUTSIDE IMMIGRATION COUNSEL (.7), AND EMAILS WITH MS. SUN, REGARDING RETENTION OF SPECIAL COUNSEL AND STEPS TO BE TAKEN CONCERNING EB-5 REPORTING REQUIREMENTS (.5) | 1.20 | $534.00 |
| 11/17/15 | DKC | COORDINATE WITH RECEIVER, MS. SUN, MS. ERICKSON AND ATTORNEY FOR AGENT ON EB5 MATTERS INCLUDING NECESSARY DOCUMENTATION FOR NEXT TASKS | 1.00 | $445.00 |
| 11/17/15 | DKC | WORK ON MEETING WITH INVESTORS' COUNSEL, INCLUDING NOTIFYING ALL COUNSEL OF CALL IN INFORMATION; EXCHANGE OF EMAILS REGARDING THE MEETING | 1.00 | $445.00 |
| 11/17/15 | XQW | DISCUSSION WITH ATTORNEY CAREY RE SUBSTITUTES FOR PATH AMERICA. | 0.40 | $170.00 |
| 11/18/15 | DKC | WORK ON COORDINATION OF EB(5) MATTERS INCLUDING(A) INSTRUCTIONS TO CONSULTANT REGARDING REQUIRED STEPS (.7); (B) COORDINATION WITH IMMIGRATION COUNSEL (.8); (C) DRAW UP LIST OF INVESTOR'S COUNSEL FOR UPCOMING MEETING AND COORDINATE WITH COUNSEL (.7); | 2.20 | $979.00 |
| 11/19/15 | DKC | WORK ON EB(5) MATTERS INCLUDING COORDINATION WITH ATTORNEY DIVINE REGARDING I829 APPLICATION REQUIREMENT (.6); DOCUMENT REVIEW TO GATHER DOCUMENTATION OF CONSTRUCTION EXPENDITURES AND JOB CREATION (EVALUATE SOURCES OF NECESSARY DOCUMENTS AND IDENTIFY SPECIFIC TASKS ) (2 HOURS) | 2.60 | $1,157.00 |

## Category 8 - Investor Relations

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 11/20/15 | DKC | REVIEW AND EVALUATE MEMO BY ATTORNEY DIVINE REGARDING EB(5) CONSIDERATIONS IN RECEIVERSHIP, AND REVIEW RELATED DOCUMENTATION (BUSINESS PLANS, ETC.(1.2 HRS) AND DISCUSS SAME WITH RECEIVER (.8) | 2.00 | $890.00 |
| 11/20/15 | DKC | MEETING WITH COUNSEL FOR INVESTORS TO HEAR THEIR CONCERNS AND DISCUSS STATUS OF RECEIVERSHIP (2.0) AND FOLLOWUP WITH RECEIVER (1.0) AND MEETING WITH ONE INVESTOR GROUP REGARDING POTENTIAL PLAN FOR TOWER DEVELOPMENT (.5) | 3.50 | $1,557.50 |
| 11/23/15 | DKC | WORK ON EB-5 MATTERS, INCLUDING (A) EMAILS RELATED TO REQUESTS FOR REFUND OF INVESTOR ESCROWED MONIES FROM CENTER ESCROW (.9 HOURS) ; (B) COORDINATION WITH IMMIGRATION COUNSEL AT BAKER DONELSON ON NEEDED STEPS FOR 829 APPLICATION (1.2) ; (C)COORDINATION WITH MS. SUN ON NEEDED DOCUMENTATION (.4); (D) DISCUSSION WITH RECEIVER, IMMIGRATION COUNSEL AND GENERAL COUNSEL ABOUT RESPONDING TO USCIS NOTICE OF INTENT (1.2) ; WORK ON I924A AMENDMENT AND EMAILS RE SAME (.9) | 4.60 | $2,047.00 |
| 11/23/15 | DKC | FOLLOWUP ON USCIS COORDINATION, COMMUNICATIONS; REVIEW SAME WITH IMMIGRATION COUNSEL | 1.00 | $445.00 |
| 11/24/15 | DKC | REVIEW EMAILS REGARDING DOCUMENTS REQUIRED FOR SUBMISSION TO USCIS RE INVESTORS | 0.40 | $178.00 |
| 11/25/15 | DKC | EMAILS REGARDING EB(5) DOCUMENTATION NEEDED FOR SUBMISSION TO USCIS AND COORDINATION OF SAME | 0.40 | $178.00 |
| 11/27/15 | DKC | REVIEW EMAILS RE EB5 REQUIREMENTS AND RESPONSE FROM USCIS; COORDINATE SAME WITH IMMIGRATION COUNSEL, ACCOUNTANT AND OTHERS | 0.40 | $178.00 |
| 11/29/15 | DKC | SET UP CONFERENCE CALLS TO DISCUSS OBTAINING REQUIRED DOCUMENTS FOR SUBMISSION TO USCIS RE INVESTOR STATUS/JOB CREATION | 0.30 | $133.50 |
| 11/30/15 | DKC | CONFERENCE CALL WITH IMMIGRATION COUNSEL DIVINE AND FORENSIC ACCOUNTANT TO DISCUSS STATUS OF FUNDS (INVESTMENTS, EXPENDITURES, ETC.) IN FARMER'S MARKET PROJECT AND TOWER (1.0); REVIEW DOCUMENTATION FOR SAME(.3) | 1.30 | $578.50 |
| 12/01/15 | DKC | WORK ON EB5 MATTERS INCLUDING TEAM DISCUSSION (DIVINE, SUN, WANG, GADAWSKI) OF TASK LIST FOR 829 APPLICATION (.9) AND FOLLOW UP ON TASKS FOR LOCATING REQUIRED DOCUMENTS, INCLUDING CONTACTING HOSPITALITY OWNER, FORMER EMPLOYEES CONTRACTORS, VENDORS (1.7) ; DISCUSSION WITH US ATTORNEY RE FILE ACCESS (.4) | 3.00 | $1,335.00 |
| 12/01/15 | DKC | CORRESPONDENCE AND MAILS REGARDING REFUND OF INVESTOR MONIES WRONGFULLY RELEASED | 0.40 | $178.00 |

## Category 8 - Investor Relations

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 12/02/15 | DKC | CONFERENCE CALL WITH ATTORNEY DIVINE, MS. SUN AND MS. ERICKSON, AND ACCOUNTANT GADAWSKI REGARDING ITEMS NEEDED FOR 829 APPLICATION (.8.HRS) ; UPDATE OF RECORDS(.3) ; EMAILS TO VARIOUS PARTIES TO OBTAIN NEEDED DOCUMENTS (.5); CONTACT WITH U.S. ATTORNEYS OFFICE RE ACCESS TO FBI FILES (.4) ; OBTAIN CERTIFIED CORPORATE DOCUMENTS (.3) ; EMAILS TO MANAGER OF EVERETT HOSPITALITY TO OBTAIN NEEDED DOCUMENTS FOR APPLICATION (.2) | 2.50 | $1,112.50 |
| 12/02/15 | DKC | REVIEW OF ATTORNEY DIVINE'S SUMMARY OF RECENT EMAILS/DISCUSSIONS REGARDING EB(5) INVESTOR QUERIES (.6) AND CORRESPONDENCE AND CONFERENCE WITH RECEIVER RE SAME (.4) | 1.00 | $445.00 |
| 12/02/15 | MLA | DISCUSSION WITH D. CAREY REGARDING CERTIFIED FORMATION DOCUMENTS NEEDED FOR 829 APPLICATION; ORDER GOOD STANDINGS AND CERTIFIED FORMATION DOCUMENTS AND ALL AMENDMENTS FOR EACH OF: EVERETT HOSPITALITY COMPANY, LLC, PATH FARMER'S MARKET, LLC AND PATH AMERICA FARMER'S MARKET, LP; FOLLOW UP WITH ACCOUNTING REGARDING PAYING OF INVOICES FOR SAME. | 0.40 | $80.00 |
| 12/02/15 | XQW | CORRESPONDENCE WITH ROBERT DIVINE RE INVESTORS TAKING OVER NCE. | 0.10 | $42.50 |
| 12/03/15 | DKC | WORK ON AND COORDINATE DOCUMENT PRODUCTION FOR EB(5) 829 PACKAGE (1.0 HOURS); CONTACT US ATTORNEYS OFFICE ABOUT RETRIEVING FBI FILES (.4); EMAILS/DISCUSSIONS WITH ATTORNEYS FOR INVESTORS, INCLUDING RESPONDING TO REQUEST FOR RETURN OF WRONGFULLY RELEASED ESCROW MONIES (.5); INVITE ALL INVESTOR'S COUNSEL TO TELECON NEXT WEEK (.5); REVIEW QUERIES RE SYNERGY INVOICES AND DOCUMENTATION OF SAME (.3); REVIEW AND FORWARD EVERETT HOSPITALITY CORPORATE DOCUMENTS RELATED TO 829 APPLICATION (.4) | 3.10 | $1,379.50 |
| 12/04/15 | DKC | WORK ON EB5 MATTERS, INCLUDING CALL FROM POTENTIAL INVESTORS (.6), EMAILS REGARDING ATTORNEY DIVINE'S EFFORTS WITH OMBUDSMAN (.3); COORDINATE WITH US ATTORNEYS OFFICE REGARDING ACCESS TO FBI SEIZED FILES; OBTAINING TAX RETURNS OF ENTITIES (.4) ; OBTAIN RECEIVER'S SIGNATURE ON VARIOUS DOCUMENTS (G-28 AND I-924 AND FORWARD TO BAKER DONELSON (.2) | 1.50 | $667.50 |
| 12/07/15 | DKC | EB-5 INVESTOR MATTERS, INCLUDING (A) CONFERENCE CALL WITH SEC RE STATUS (.5) (B) CALL WITH RECEIVER AND ATTORNEY FARRELL RE INVESTOR MEETING (.3) ; (C) EMAILS WITH FBI RE DOCUMENT REVIEW (.4); EMAILS RE STATUS OF 829 APPLICATION (.3) | 1.50 | $667.50 |
| 12/08/15 | DKC | WORK ON EB-5 MATTERS INCLUDING (A) CONFERNCE CALL WITH INVESTORS COUNSEL (.8); (B) PREPARATION FOR SAME, INCLUDING DISCUSSIONS WITH RECEIVER AND ATTORNEYS DIVINE AND FARRELL (1.4); (C) REVIEW EMAILS FROM MS. SUN REGARDING INVESTOR RELATIONS (.5) | 2.70 | $1,201.50 |

## Category 8 - Investor Relations

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---:|---:|
| 12/09/15 | DKC | REVIEW AND WORK ON EB5 MATTERS, INCLUDING RESPONDING TO INVESTOR QUERIES (.3), REVIEWING PROPOSED LEGISLATION (.4) | 0.70 | $311.50 |
| 12/14/15 | DKC | EB-5 MATTERS: GO TO FBI OFFICE AND REVIEW DOCUMENTS FOR COPYING/PRIVILEGE; TAG DOCUMENTS FOR COPYING AND COORDINATE SAME WITH ALTEP | 2.00 | $890.00 |
| 12/15/15 | DKC | DISCUSSION WITH INVESTORS' COUNSEL SHERIDAN REGARDING STATUS OF APPLICATIONS, LEGISLATION, DOCUMENT REVIEW FOR 829 APPLICATION | 0.30 | $133.50 |
| 12/17/15 | DKC | WORK ON COORDINATING TRANSLATING RECEIVER'S WEBSITE RE GENERAL RECEIVERSHIP FAQS AND INVESTOR ISSUES INTO CHINESE | 0.50 | $222.50 |
| 12/17/15 | XQW | REVIEW Q&A THAT IS TO BE POSTED IN RECEIVER'S WEBSITE; REVISE TRANSLATION; EMAIL WITH COMMENTS. | 0.50 | $212.50 |
| 12/18/15 | DKC | REVIEW AND EDIT PROPOSED RESPONSES TO NOIT RE EVERETT FARMERS MARKET | 0.50 | $222.50 |
| 12/21/15 | DKC | EB-5 MATTERS ; WORK ON PROPOSED SUBMISSIONS FOR USCIS; UPDATES TO WEBSITE | 0.50 | $222.50 |
| 12/22/15 | XQW | CORRESPOND WITH YUJING SUN AND DIANA CAREY TO FINALIZE Q&A. | 0.10 | $42.50 |
| 12/22/15 | DKC | REVIEW EMAILS REGARDING 401K MATTERS AND DISPOSITION OF RECORDS | 0.20 | $89.00 |
| 12/22/15 | DKC | E-B 5 MATTERS, INCLUDING REVIEW OF AND FORWARD FOR POSTING ON WEBSITE FAQS RELATING TO RECEIVER'S ROLE AND STATUS OF PROJECTS | 0.60 | $267.00 |
| 12/23/15 | DKC | WORK ON AND DRAFT MESSAGES FOR INVESTORS TO BE PLACED ON RECEIVER'S WEBSITE CONCERNING FAQS ON RECEIVERSHIP PLUS STATUS OF PROJECTS (.7); COORDINATE SAME WITH TRANSLATOR AND ALL PARTIES (.5) | 1.20 | $534.00 |
| 12/24/15 | DKC | WORK ON MISCELLANEOUS MATTERS RELATED TO APPLICATION FOR 924 (.3), REVIEW OF PROPOSALS FOR FARMERS MARKET (.4) , WEBSITE STATUS (.3) | 1.00 | $445.00 |
| 12/28/15 | DKC | RESPOND TO QUERIES FROM INVESTORS AND THEIR COUNSEL (.3) EMAILS WITH ATTORNEY DIVINE RE RESPONDING TO LATEST NOTICE OF INTENT TO TERMINATE (KINGCO) (.3) ; COORDINATE RETRIEVAL OF DOCUMENT COPIES FROM FBI RECORDS (.3); COORDINATE WITH YUJING SUN RE WINDUP OF TASKS (.1) | 1.00 | $445.00 |
| 12/29/15 | DKC | EMAILS/CALLS FROM INVESTORS' COUNSEL RE POTENTIAL MEETINGS, QUESTIONS RE STATUS OF RECEIVER'S INVESTIGATION, SALE PLANS | 0.30 | $133.50 |
| 12/30/15 | DKC | COORDINATE WITH MS. SUN ON PUTTING INFORMATION ON RECEIVER'S WEBSITE IN CHINESE TO ADVISE INVESTORS OF STATUS OF REQUIRED SUBMISSIONS TO USCIS, AND NOIT FOR TOWER | 0.70 | $311.50 |
| | | | 72.70 | $32,155.50 |