1                                           The Honorable James L. Robart

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
9                       SEATTLE DIVISION

10  SECURITIES AND EXCHANGE      Case No. 2:15-cv-01350-JLR
    COMMISSION,
11                               JOINT STIPULATION AND ORDER FOR
12          Plaintiff,           LIMITED RELIEF FROM ORDER
                            APPOINTING RECEIVER RE: CLAIM OF
13      v.                         LIEN

14  PATH AMERICA, LLC; PATH AMERICA  NOTED ON MOTION CALENDAR: Date of
15  SNOCO LLC; PATH AMERICA FARMER'S  Filing per [Local Rules: 10(g), 7(d)1]
    MARKET, LP; PATH AMERICA KINGCO
16  LLC; PATH AMERICA TOWER, LP; PATH  [PROPOSED]
    TOWER SEATTLE, LP; POTALA TOWER
17  SEATTLE, LLC; and LOBSANG DARGEY,

18         Defendants, and,

19  POTALA SHORELINE, LLC; POTALA
20  VILLAGE KIRKLAND, LLC; DARGEY
    DEVELOPMENT, LLC; DARGEY
21  ENTERPRISES, LLC; and PATH OTHELLO,
    LLC,
22

23        Relief Defendants.

24

25

26

27

28

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816 F

## JOINT STIPULATION

**PLEASE TAKE NOTICE** that Michael A. Grassmueck, the duly appointed receiver (the "Receiver") for Defendants Path America, LLC, Path America SnoCo, LLC, Path America Farmer's Market, LP, Path America KingCo, LLC, Path America Tower, LP, Path Tower Seattle, LP, and Potala Tower Seattle, LLC and Relief Defendants Potala Shoreline, LLC, and Potala Village Kirkland, LLC (collectively the "Receivership Entities"), and Pacific Coast Electrical Contractors, Inc. ("Pacific Coast"), and the Securities and Exchange Commission, by and through their counsel of record, hereby stipulate to limited relief from this Court's October 22, 2015 Order Appointing Receiver (Dkt. No. 88) as follows:

**WHEREAS** the Receiver was appointed receiver for the Receivership Entities pursuant to the Order Appointing Receiver on October 22, 2015 ("Appointment Order");

**WHEREAS** Section VI of the Order Appointing Receiver expressly restrains and enjoins all persons receiving notice of the Order from taking any action to interfere with the Receiver's efforts to take control, possession, or management of any property of the Receivership Entities, including by way of creating or enforcing a lien upon any such property;

**WHEREAS** property of the Receivership Entities includes the Potala Farmer's Market Project located at 2900 Grand Avenue, Everett, Snohomish County, Washington 98201 (the "Market Project"), which is currently in the final stages of construction;

**WHEREAS** prior to the appointment of the Receiver, Synergy Construction, Inc. ("Synergy") entered into a contract dated February 12, 2015 with Path America Farmer's Market LP and Path America Farmer's Market, LLP ("Potala Tower") to serve as the general contractor for the Market Project;

**WHEREAS** on September 14, 2015, Synergy and Pacific Coast entered into a subcontract under which Pacific Coast agreed to perform work as the electrical subcontractor on the Market Project for the lump sum amount of $636,850.00.

JOINT STIPULATION AND ORDER FOR LIMITED
RELIEF FROM ORDER APPOINTING RECEIVER
Case No. No. 2:15-cv-01350-JLR
1039478.01/LA

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816

-2-

1    **WHEREAS** Pacific Coast alleges that on or about September 8, 2015, Pacific Coast
2    commenced construction on the Market Project and continued working on the project through the
3    date of January 22, 2016;

4    **WHEREAS** Pacific Coast alleges that it has incurred costs of providing labor, materials,
5    equipment, and furnished labor, in the amount of $491,142.50[1] (including $62,108.50 of
6    retainage) in connection with work performed on the Market Project, and that such costs remain
7    unpaid, and that it believes that Washington state law requires it to record a claim of mechanics'
8    and materialmen's lien against the Market Project on or before April 21, 2016 (90 days following
9    that last day of work) or risk losing that right under state law;

10   **WHEREAS** in his reasonable business judgment exercised in accordance with the duties
11   of his appointment, the Receiver believes: (1) in light of Pacific Coast's past and possible future
12   role of the electrical subcontractor for the Market Project; (2) Pacific Coast's ongoing cooperation
13   in providing information to the Receiver; and (3) Pacific Coast's agreement herein that in entering
14   this stipulation the Receiver is not agreeing to the timeliness, amount or basis for claim of lien, it
15   is in the best interest of the receivership estate, to agree that Pacific Coast may record a claim of
16   lien against the Market Project in the amount of $491,142.50, and that such relief does not extend
17   to permit amendments of such lien, the filing of an action to foreclose the lien or any other form of
18   self-help, absent further order of this Court;

19   **WHEREAS** in agreeing to this Stipulation, the Receiver takes no position as to the
20   validity of the claims Pacific Coast asserts against the Receivership Entities, including its claims
21   precipitating its request to record a claim of lien against the Market Project, and expressly reserves
22   his right to contest the timeliness, validity and/or amount of any lien recorded; and

23   **WHEREAS** under the circumstances unique to Pacific Coast and the Market Project, the
24   Receiver believes, in his reasonable business judgment exercised in accordance with the duties of
25   his appointment, limited relief from the Appointment Order is appropriate.

26

27   ---

[1] Pacific Coast has performed work in the amount of $558,976.50 of which $129,942.50 was
28   previously paid.

JOINT STIPULATION AND ORDER FOR LIMITED
RELIEF FROM ORDER APPOINTING RECEIVER
Case No. No. 2:15-cv-01350-JLR
1039478.01/LA

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816

-3-

1  **THEREFORE**, the Receiver and Pacific Coast hereby **STIPULATE** and **AGREE** as

2  follows:

3  1.  Pacific Coast shall be granted limited relief from the prohibitions set forth in the

4  Appointment Order for the sole purpose of recording a claim of lien in Snohomish County of the

5  State of Washington, against the Market Project in the amount of $491,412.50;

6  2.  Such relief from the prohibitions set forth in the Appointment Order shall be

7  limited to Pacific Coast and shall not extend to any other creditor of the Receivership Entities;

8  3.  The authorization for Pacific Coast to record a claim of lien does not include

9  authorization for the recording of any amendments or revisions thereto, or the filing of any action

10  to foreclose on the lien, and does not include any other relief from any other provisions of the

11  Appointment Order, which shall remain in full force and effect until otherwise ordered by the

12  Court;

13  4.  Pacific Coast retains all other rights it currently has, including without limitation

14  the right to petition the Court for further relief from this Court's October 22, 2015 Order

15  Appointing Receiver (Dkt. No. 88) to, *inter alia*, amend its claim of lien and/or file a lawsuit to

16  foreclose its claim of lien; and

17  5.  The Receiver's agreement to such relief provided to Pacific Coast shall not be

18  construed as taking any position as to the validity of any claim Pacific Coast may assert against

19  the Receivership Entities, including its claims precipitating its request to record a claim of lien

20  against the Market Project, and the Receiver expressly reserves all rights to challenge the validity

21  and amount of the claim of lien, any petition, motion, or action filed by Pacific Coast in this or any

22  other court, and of any claims Synergy may assert against the Receivership Entities.

23  \\\
\\\
24  \\\
\\\
25  \\\
\\\
26  \\\
\\\
27  \\\
\\\
28

JOINT STIPULATION AND ORDER FOR LIMITED
RELIEF FROM ORDER APPOINTING RECEIVER
Case No. No. 2:15-cv-01350-JLR
1039478.01/LA

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816

-4-

1  **IT IS SO STIPULATED.**

2  Dated:  April 1, 2016                              ALLEN MATKINS LECK GAMBLE
                                                      MALLORY & NATSIS LLP
3

4
                                                      By:      /s/ David R. Zaro
5                                                         David R. Zaro, Esq. #124334 (CA)
                                                          *(Pro Hac Vice Granted Oct 26, 2015)*
6                                                         Allen Matkins Leck Gamble Mallory
                                                              & Natsis LLP
7                                                         515 S. Figueroa Street, 9th Floor
                                                          Los Angeles, CA  90071-3309
8                                                         213.622.5555 P  |  213.620.8816 F
                                                          E-mail:      dzaro@allenmatkins.com
9                                                         *Attorneys for Receiver*
                                                          *MICHAEL A. GRASSMUECK*
10

11 Dated:  April 1, 2016                              SCHLEMLEIN GOETZ FICK & SCRUGGS,
                                                      PLLC
12

13
                                                      By:      /s/ Robert L. Olson
14                                                        Robert L. Olson WSBA # 5496
                                                          E-mail:      rlo@soslaw.com
15                                                        *Attorneys for Pacific Coast Electrical*
                                                          *Contractors, Inc..*
16

17

18 Dated:  April 1, 2016                              SECURITIES AND EXCHANGE
                                                      COMMISSION
19

20
                                                      By:      /s/ Susan F. LaMarca
21                                                        Susan F. LaMarca
                                                          Bernard B. Smyth
22                                                        Andrew J. Hefty
                                                          44 Montgomery Street, Suite 2800
23                                                        San Francisco, CA  94104
                                                          Tel: 415-705-2500
24                                                        lamarcas@sec.gov
                                                          smythb@sec.gov
25                                                        heftya@sec.gov
                                                          *Attorneys for Plaintiff Securities and*
26                                                        *Exchange Commission*

27

28
JOINT STIPULATION AND ORDER FOR LIMITED                ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
RELIEF FROM ORDER APPOINTING RECEIVER                            515 S. Figueroa Street, 9th Floor
Case No. No. 2:15-cv-01350-JLR                                     Los Angeles, CA  90071-3309
1039478.01/LA                                                    213.622.5555 P  |  213.620.8816
                                    -5-

1

**[PROPOSED] ORDER**

2     The Court, having read the Joint Stipulation For Limited Relief From Order Appointing

3  Receiver (the "Stipulation") filed by Michael A. Grassmueck (the "Receiver"), court-appointed

4  receiver for Defendants Path America, LLC, Path America SnoCo, LLC, Path America Farmer's

5  Market, LP, Path America KingCo, LLC, Path America Tower, LP, Path Tower Seattle, LP, and

6  Potala Tower Seattle, LLC and Relief Defendants Potala Shoreline, LLC, and Potala Village

7  Kirkland, LLC (collectively the "Receivership Entities"), and Pacific Coast Electrical Contractors,

8  Inc. ("Pacific Coast"), and good cause appearing, hereby **ORDERS** as follows:

9     1.     The Stipulation is approved;

10    2.     Pacific Coast is hereby **GRANTED** limited relief from the October 22, 2015 Order

11  Appointing Receiver (the "Appointment Order") for the sole purpose of recording a claim of lien

12  in Snohomish County in the State of Washington, as against the Market Project in the amount of

13  $491,142.50;

14    3.     This relief from the Appointment Order granted to Pacific Coast is limited to

15  Pacific Coast and does not extend to any other creditor of the Receivership Entities;

16    4.     This relief from the Appointment Order granted to Pacific Coast to record a claim

17  of lien does not authorize the recording of any amendments or revisions thereto, or the filing of

18  any action to foreclose on the lien, and does not include any other relief from any other provisions

19  of the Appointment Order, which shall remain in full force and effect unless otherwise ordered by

20  this Court; and

21    5.     This relief granted to Pacific Coast is not to be viewed by other creditors of the

22  estate of the Receivership Entities as setting any precedent for the administration of creditor

23  claims or the filing of liens, which shall be reviewed by the Court on a case-by-case basis.

24

25  Dated: _April 1_, 2016

26                                       Hon. James L. Robart
                                         Judge, United States District Court

27

28
JOINT STIPULATION AND ORDER FOR LIMITED
RELIEF FROM ORDER APPOINTING RECEIVER
Case No. No. 2:15-cv-01350-JLR
1039478.01/LA

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555  P | 213.620.8816

-6-

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on April 1, 2016, I caused the foregoing document to be electronically

3  filed with the Clerk of the Court using the CM/ECF system which will send notification of the

4  filing to all counsel of record.

5

6  Dated: April 1, 2016                    */s/ **David R. Zaro***
                                          David R. Zaro
7                                          *(Pro Hac Vice Granted October 26, 2015)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
JOINT STIPULATION AND ORDER FOR LIMITED
RELIEF FROM ORDER APPOINTING RECEIVER
Case No. 2:15-cv-01350-JLR
1039478.01/LA                          -7-

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816