

**TAX NO. 62-1047356**

1900 REPUBLIC CENTRE
633 CHESTNUT STREET
CHATTANOOGA, TENNESSEE 37450
PHONE: 423.756.2010
FAX: 423.756.3447

www.bakerdonelson.com

# SUMMARY

Michael A. Grassmueck
The Grassmueck Group
P.O. Box 5248
Portland, OR 97281

April 5, 2016
Bill No.8194548
Client/Matter: 2935565.000001

RCD

**Client: Grassmueck, Michael A.**
**Matter: Path America Immigration Issues**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 18,873.00 |
| Current Expenses | $ | 5.25 |
| Total Current Amount | $ | 18,878.25 |
| Previously Billed and Outstanding | $ | 27,729.84 |
| TOTAL AMOUNT DUE | $ | 46,608.09 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON D.C.

Exhibit A

**Grassmueck, Michael A.**                        April 5, 2016
**Path America Immigration Issues**          Bill No. 8194548
Client/Matter: 2935565.000001                Page 2 of 17

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/04/16 | KRH | Pull together response package for KingCo's Notice of Intent to Terminate; emails regarding same | 180.00 | 0.50 | 90.00 |
| 01/07/16 | KRH | Work on RFE response package for KingCo | 180.00 | 0.10 | 18.00 |
| 01/07/16 | RCD | Emails with Diana Carey about receiver's web site; send link to agents who inquired | 445.00 | 0.20 | 89.00 |
| 01/08/16 | KRH | Review emails re questions for USCIS | 180.00 | 0.20 | 36.00 |
| 01/08/16 | MCW | Review proposed communication to USCIS; propose minor edits to Robert Divine prior to submission; review I-924A receipt for SnoCo for errors; circulate to team and update electronic record | 250.00 | 0.60 | 150.00 |
| 01/08/16 | RCD | Review immigration issues affecting decisionmaking and discuss with colleagues in other firms; prepare draft policy interpretation questions to USCIS and share same with client team | 445.00 | 1.50 | 667.50 |
| 01/08/16 | RCD | Review comments of David Zaro opposing sending questions to USCIS and prepare reply comments resulting in permission to send; follow up emails | 445.00 | 0.20 | 89.00 |
| 01/09/16 | KRH | Review emails re questions for USCIS and next steps from receiver's perspective | 180.00 | 0.20 | 36.00 |
| 01/09/16 | RCD | Revise and send three key carefully crafted questions (with suggested answers with reasons) to USCIS Investor Program Office about implications of termination of regional center as to investors sponsored by same; forward same to Receiver | 445.00 | 0.60 | 267.00 |
| 01/10/16 | KRH | Review email from Robert Divine regarding future of projects and possible additions to KingCo NOIT response | 180.00 | 0.10 | 18.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/10/16 | RCD | Review and respond to emails about message sent to USCIS | 445.00 | 0.20 | 89.00 |
| 01/11/16 | KRH | Review email from David Zaro regarding survival of the Regional Center and impact on investors | 180.00 | 0.10 | 18.00 |
| 01/12/16 | RCD | Review and prepare response to email of Diana Carey about whether to publish USCIS' cryptic statement about implications of regional center termination | 445.00 | 0.10 | 44.50 |
| 01/18/16 | KRH | Email to Robert Divine re next steps in response to KingCo's Notice of Intent to Terminate (0.1) | 180.00 | 0.10 | 18.00 |
| 01/19/16 | MCW | Review and reply to email from Diana Carey regarding I-829 materials and coordination of documents for file | 250.00 | 0.10 | 25.00 |
| 01/19/16 | KRH | Emails with Robert Divine re next steps in filing NOIT response for KingCo (0.1); finalize PDF copy of NOIT response and circulate to M. Grassmueck, D. Carey, and D. Zaro for final comments (0.3); revise cover letter for NOIT response per comments from M. Grassmueck and D. Carey (0.8) | 180.00 | 1.20 | 216.00 |
| 01/19/16 | RCD | Coordinate with K. Harrison in finalizing NOIT response for KingCo regional center (Tower) to USCIS; review voice message from Black Sky developer re Tower and forward to client representatives with discussion of background immigration issues and possible purpose of interaction with developer; other emails about Black Sky | 445.00 | 0.50 | 222.50 |
| 01/20/16 | MCW | Telephone conference with Marti Munhall regarding strategy for I-829 exhibits and organization (.2); review and reply to emails from Marti Munhall and Kami Erickson regarding documents for I-829 and uploading/organizational strategy for most efficient review (.2); review spreadsheet with cost categories in preparation for call with Marti Munhall (.1) | 250.00 | 0.50 | 125.00 |

**Grassmueck, Michael A.**                                              April 5, 2016
**Path America Immigration Issues**                  Bill No. 8194548
Client/Matter: 2935565.000001                         Page 4 of 17

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/20/16 | KRH | Finalize and send NOIT response package and email copy to M. Grassmueck, D. Carey, and D. Zaro (0.3) | 180.00 | 0.30 | 54.00 |
| 01/21/16 | RCD | Prepare for and participate in extensive conference with Black Sky folks about their proposal to buy Tower project and operate for immigration benefit of investors, and various considerations; brief report to client team; review motion and related filings by receiver about selling Tower | 445.00 | 1.50 | 667.50 |
| 01/21/16 | KRH | Review Receiver's Recovery Plan | 180.00 | 0.20 | 36.00 |
| 01/22/16 | MCW | Analysis with Robert Divine and Kathleen Harrison regarding strategy for I-829 document review, division of labor, and delegation of tasks | 250.00 | 0.40 | 100.00 |
| 01/22/16 | RCD | Guide team about I-829 document review and organization, and issues underlying same | 445.00 | 0.20 | 89.00 |
| 01/22/16 | KRH | Review emails from Robert Divine regarding I-829 petitions for Farmer's Market project (0.1); analysis with Melanie Walker regarding work needed to prepare I-829 petitions (0.2); review and analyze documents for I-829 petitions (0.6) | 180.00 | 0.90 | 162.00 |
| 01/25/16 | KRH | Review project business plan (1.1); begin preparing I-829 cover letter and table of contents (0.8); analysis with Melanie Walker regarding progress and next steps (0.1) | 180.00 | 2.00 | 360.00 |
| 01/26/16 | MCW | Review and analysis of declaration drafted by Robert Divine, proposing revisions | 250.00 | 0.40 | 100.00 |
| 01/26/16 | KRH | Review documents for I-829 petitions (2.3); build table of contents (1.0); draft I-829 support letter (0.6); detailed email to Melanie Walker regarding status of I-829 document review in preparation for conference call on 1/27/2016 (0.4); begin comparing expenditures to business plan (0.2) | 180.00 | 4.50 | 810.00 |

**Grassmueck, Michael A.**                                      **April 5, 2016**
**Path America Immigration Issues**                **Bill No. 8194548**
Client/Matter: 2935565.000001                          **Page 5 of 17**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/27/16 | MCW | Telephone conference with Diana Carey, Kami Erickson, Greg Gadawski, Robert Divine, and Kathleen Harrison regarding I-829 materials, strategy, and documents needed (1.1); review and analysis of materials on sharepoint site against business plan and economic report to assess areas requiring additional clarification or support (2.6) | 250.00 | 3.70 | 925.00 |
| 01/27/16 | KRH | Compare actual expenditures to business plan projections (0.6); analyze economic impact report (0.5); review emails from Melanie Walker regarding her review of I-829 documents in preparation for conference call (0.1); review Greg Gadawski's notes in preparation for conference call (0.1); conference call with regarding plan for I-829 petitions (1.2); review Robert Divine's declaration in support of Receiver's motion for authority to sell receivership assets and emails regarding same (0.2) | 180.00 | 2.70 | 486.00 |
| 01/28/16 | MCW | Review communications from Diana Carey and Greg Gadawski with additional I-829 materials (.4); analysis with Robert Divine and Kathleen Harrison regarding financing breakdown and evidence of funds currently shown in the project (.2) | 250.00 | 0.60 | 150.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/28/16 | KRH | Review emails from Robert Divine and Greg Gadawski regarding materials for I-829 filings (0.1); review Voya loan agreement, settlement statement (first draw), and current statement with loan balance (0.9); update I-829 cover letter and table of contents per 1/27/16 conference call (1.7); emails with Robert Divine and Melanie Walker regarding outstanding items needed for I-829 petitions and next steps in preparation (0.4); email to Gregg Gadawski, Diana Carey, and Kami Erickson regarding items still needed for I-829 petitions (0.2); review leasing report and financial reports from apartment management company (0.1); add newly received materials to sharepoint site and review emails regarding same (0.3) | 180.00 | 3.70 | 666.00 |
| 01/29/16 | MCW | Review communications and additional supporting materials for I-829 package from Greg Gadawski; analysis with Kathleen Harrison regarding follow up needed | 250.00 | 0.30 | 75.00 |
| 01/29/16 | KRH | Review and respond to emails regarding status of I-829 documentation (0.2); update files with documentation received (0.1); update I-829 cover letter and table of contents per newly received documentation (0.2) | 180.00 | 0.50 | 90.00 |
| 02/01/16 | KRH | Review and respond to emails regarding I-829 documentation (0.3); analysis with Melanie Walker regarding agreements between Path America and Everett Hospitality to include in I-829 filings (0.1) | 180.00 | 0.40 | 72.00 |
| 02/01/16 | MCW | Review communications and additional supporting documents from Greg Gadawski in preparation for I-829 package | 250.00 | 0.40 | 100.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/01/16 | RCD | Review various documents from Greg Gadawski about expenses and sources and uses of funds for I-829 for Farmers Market; coordinate with Greg and with BDBCB team about further work on I-829 package including need for updated economic report | 445.00 | 1.00 | 445.00 |
| 02/02/16 | KRH | Revise I-829 support letter and table of contents per documentation obtained (0.4); review emails from Diana Carey with additional documentation and update files with same (0.3) | 180.00 | 0.70 | 126.00 |
| 02/02/16 | RCD | Respond to Gadawski and Carey emails about documents for I-829 for Farmers Market | 445.00 | 0.20 | 89.00 |
| 02/03/16 | KRH | Review emails regarding I-829 documentation | 180.00 | 0.10 | 18.00 |
| 02/03/16 | RCD | Monitor USCIS stakeholder meeting and pursue real-time questions, following up on those previously submitted in writing, about implications of regional center termination, prepare summary to Receiver team about the USCIS interaction and comments, and amend declaration per instruction of Mike Farrell to account for new information about USCIS non-response about critical issues and provide to him (1.6); respond to Greg Gadawski about financial statements for Farmers Market (.1) | 445.00 | 1.70 | 756.50 |
| 02/04/16 | KRH | Review email regarding I-829 documentation and update files with revised financial documentation (0.1) | 180.00 | 0.10 | 18.00 |
| 02/04/16 | RCD | Partial time collaborating with other parties who are facing USCIS termination of regional center in effort to coordinate strategies that might help protect investors | 445.00 | 0.50 | 222.50 |

**Grassmueck, Michael A.**     **April 5, 2016**
**Path America Immigration Issues**     **Bill No. 8194548**
Client/Matter: 2935565.000001     **Page 8 of 17**

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/08/16 | MCW | Review communications from Kathleen Harrison regarding status of packages and data to review; review and reply to email from Diana Carey regarding estimated time to finalize materials | 250.00 | 0.30 | 75.00 |
| 02/08/16 | KRH | Update I-829 cover letter and table of contents and organize exhibits (3.4); email to Robert Divine and Melanie Walker with updated letter and table of contents for review and list of items still needed (0.2); review emails from Robert Divine, Melanie Walker, Diana Carey, and Greg Gadawski regarding status of I-829 package (0.1) | 180.00 | 3.70 | 666.00 |
| 02/08/16 | RCD | Coordinate with Greg Gadawski and Diana Carey about communications with investor counsel and I-829 documents and implications | 445.00 | 0.30 | 133.50 |
| 02/09/16 | KRH | Analysis with Melanie Walker (0.3); add discussion of receivership to I-829 cover letter (0.4); pull exhibits for I-829 exhibits from sharepoint (0.1); revise I-829 cover letter to be a separate investor letter and project letter per discussion with Melanie Walker and adjust table of contents (1.4) | 180.00 | 2.20 | 396.00 |
| 02/09/16 | MCW | Analysis with Kathleen Harrison regarding revisions needed to project and investor letters; review and reply to emails from Diana Carey regarding economic supplement and follow up needed | 250.00 | 0.40 | 100.00 |
| 02/09/16 | RCD | Coordinate with D. Carey and internal team about economic analysis and bids for same (.2) | 445.00 | 0.20 | 89.00 |

**Grassmueck, Michael A.**                                              April 5, 2016
**Path America Immigration Issues**                   Bill No. 8194548
Client/Matter: 2935565.000001                          Page 9 of 17

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/10/16 | MCW | Review and analysis of I-829 exhibits and draft letter and exhibit list (1.8); draft revisions to project support letter, investor letter, and exhibit list for I-829 package (.6); emails to economist to coordinate update for I-829 package (.1); analysis with Kathleen Harrison and Robert Divine regarding follow up needed and next steps to finalize I-829 package (.3); draft template I-829 form with proposed responses regarding transfers of funds (.7) | 250.00 | 3.40 | 850.00 |
| 02/10/16 | KRH | Review emails regarding plans for updated economic report (0.1); analysis with Melanie Walker (0.2); review Melanie Walker's revisions to the I-829 project letter, investor letter, and table of contents (0.1); email to Greg Gadawski and Diana Carey with update about updated economic report and list of missing pieces (0.2); update project cover letter and table of contents per conversation with Melanie Walker (0.3); organize exhibits for I-829 filing, including pulling key construction invoices and permits (2.9); review Robert Divine's revisions and comments to the I-829 project letter, table of contents, and template form I-829 (0.1); revise documents per Robert Divine's comments (0.6); review Greg Gadawski's draft declaration to include in I-829 filing (0.1); | 180.00 | 4.60 | 828.00 |
| 02/10/16 | RCD | Coordinate with team, Greg Gadawski and Diana Carey, and Jeff Carr about Farmers Market I-829 documents, Gadawski declaration, and reviewing and revising support letters; | 445.00 | 1.50 | 667.50 |
| 02/11/16 | MCW | Review and revise I-829 form to incorporate responses from declaration (.2); review and reply to emails from Greg Gadawski regarding supporting materials and information needed (.1); analysis with Kathleen Harrison regarding strategy for I-829 package finalization and follow up (.4) | 250.00 | 0.70 | 175.00 |

**Grassmueck, Michael A.**                                                           April 5, 2016
**Path America Immigration Issues**                                 Bill No. 8194548
Client/Matter: 2935565.000001                                         Page 10 of 17

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/11/16 | KRH | Revise project cover letter per Robert Divine's revisions (0.4); revise template investor letter and table of contents per Robert Divine's revisions (0.3); prepare exhibits to be compiled in project package (0.6); analysis with Melanie Walker regarding items to include in I-829 project package (0.1); draft email circulating cover letter, table of contents, and template Form I-829 to Greg Gadawski and Diana Carey for review (0.4); compile I-829 project package (0.9); respond to Greg Gadawski's email about gross and net income figures for Form I-829 (0.1) | 180.00 | 2.90 | 522.00 |
| 02/12/16 | KRH | Compile I-829 project package (0.4); review Ed Kim's statement and add to I-829 package (0.2); discuss next steps with Melanie Walker (0.1); upload project package and other materials to SharePoint for review by Greg Gadawski, Diana Carey, and Michael Grassmueck, and send email to team (0.4) | 180.00 | 1.10 | 198.00 |
| 02/12/16 | MCW | Analysis with Kathleen Harrison regarding tax returns and I-829 completion, status of economic update; review updated packages | 250.00 | 0.30 | 75.00 |
| 02/12/16 | RCD | Coordinate with Diana Carey and with internal team about I-829 package preparation for Farmers Market investors | 445.00 | 0.30 | 133.50 |
| 02/13/16 | KRH | Review emails regarding distribution of I-829 project package to investors' counsel (0.1) | 180.00 | 0.10 | 18.00 |
| 02/14/16 | KRH | Review email from Robert re strategy for completing I-829 package | 180.00 | 0.10 | 18.00 |
| 02/14/16 | RCD | Guide staff concerning I-829 documents | 445.00 | 0.20 | 89.00 |
| 02/15/16 | KRH | Review emails regarding investor contacts for I-829 filings | 180.00 | 0.10 | 18.00 |
| 02/15/16 | RCD | Coordinate with M. Walker about incongruity of escrow numbers and implications | 445.00 | 0.10 | 44.50 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/16/16 | MCW | Emails to Jeff Carr to coordinate updated report; review and revise project letter; analysis with Kathleen Harrison regarding follow up needed with investors' counsel and file distribution with instructions | 250.00 | 0.90 | 225.00 |
| 02/16/16 | KRH | Finalize I-829 materials and coordinate distribution to investors' counsel (1.4) | 180.00 | 1.40 | 252.00 |
| 02/18/16 | KRH | Phone call with Greg Gadawski regarding I-829 project package (0.3); analysis with Melanie Walker and revisions to I-829 package per Greg Gadawski's comments (0.5); emails to investors' counsel regarding revisions to I-829 package (0.2); distribute updated project package to investors' counsel and update all files and file-sharing sites (0.3) | 180.00 | 1.30 | 234.00 |
| 02/18/16 | MCW | Analysis with Kathleen Harrison regarding revisions and updates needed to I-829 package; emails to Greg Gadawski | 250.00 | 0.20 | 50.00 |
| 02/19/16 | RCD | Coordinate communications with Jeff Carr about billing, etc. | 445.00 | 0.10 | 44.50 |
| 02/22/16 | RCD | Guide staff about updating I-829 numbers based on Gadawski's discovery of $3 million more expenditures of bank money on Farmer's Market project | 445.00 | 0.10 | 44.50 |
| 02/22/16 | MCW | Review emails from Kelly Sheridan; analysis with Kathleen Harrison regarding follow up needed and strategy for distribution of K-1s; review and reply to email from Jeff Carr | 250.00 | 0.30 | 75.00 |
| 02/22/16 | KRH | Pull K-1s from 2012, 2013, and 2014 for Kelly Sheridan's investor clients and send copies to her (1.5); coordinate completion of K-1s with Amy Mullens (0.2) | 180.00 | 1.70 | 306.00 |
| 02/22/16 | ASM | Prepare pdfs of individual K-1s | 210.00 | 1.90 | 399.00 |
| 02/23/16 | MCW | Analysis with Kathleen Harrison regarding K-1s and distribution to investors' counsel | 250.00 | 0.20 | 50.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/23/16 | KRH | Review 2012-2014 tax returns for K-1s for Li Du (0.2); analysis with Melanie Walker regarding next steps (0.1); send email to Greg Gadawski and Diana Carey regarding Li Du's K-1 (0.1); compile Li Du's 2012-2014 K-1s and send to Kelly Sheridan and Sara Wang (0.2) | 180.00 | 0.60 | 108.00 |
| 02/24/16 | MCW | Review emails from Greg Gadawski regarding revisions needed; analysis with Kathleen Harrison regarding status of I-829 packages and strategy for interfiling revised materials | 250.00 | 0.30 | 75.00 |
| 02/24/16 | KRH | Phone call with Greg Gadawski regarding additional hard cost expenses (0.1); review emails from Greg Gadawski and Robert Divine regarding additional hard cost expenses (0.1); draft and send email to Jeff Carr regarding additional hard cost expenses and impact on economic report (0.1); draft and send email to investors' counsel regarding the need to revise the I-829 package with updated financial statements (0.1); review emails from investors' counsel (0.1) | 180.00 | 0.50 | 90.00 |
| 02/24/16 | RCD | Review and prepare response to email of Greg Gadawski re Farmers Market construction costs; direct staff about revision to I-829 reports for investors | 445.00 | 0.20 | 89.00 |
| 02/25/16 | KRH | Review emails from Melanie Walker and Jeff Carr regarding updated economic report (0.1); draft and send email to investors' counsel regarding timing of updated economic report and revised I-829 package (0.2); | 180.00 | 0.30 | 54.00 |
| 02/26/16 | KRH | Review emails from Greg Gadawski regarding updated documents for I-829 project package and other changes needed (0.1) | 180.00 | 0.10 | 18.00 |
| 02/26/16 | RCD | Review more documents from reg Gadawski and coordinate with team about adding to I-829 package | 445.00 | 0.10 | 44.50 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/27/16 | RCD | Review emails and direct staff about more documents for Farmers Market I-829 package update | 445.00 | 0.10 | 44.50 |
| 02/28/16 | KRH | Review emails regarding 2015 Everett Hospitality tax returns and inclusion in I-829 package | 180.00 | 0.10 | 18.00 |
| 02/29/16 | MCW | Review emails with updated materials and follow up questions from Greg Gadawski regarding I-829 package; analysis with Kathleen Harrison regarding revisions and strategy | 250.00 | 0.30 | 75.00 |
| 02/29/16 | KRH | Email to Jeff Carr with updated financial statements (0.1); revise project cover letter (0.2); add materials to I-829 project package (1.1); analysis with Melanie Walker regarding changes needed to I-829 package (0.1); draft and send email to Greg Gadawski regarding strategy for revisions to I-829 package and items still needed (0.2); | 180.00 | 1.70 | 306.00 |
| 03/01/16 | KRH | Revise I-829 project package per Greg Gadawski's comments (0.8); revise I-829 cover letter with updated hard cost numbers (0.3); emails to Greg Gadawski regarding his declaration and the project package cover letter (0.2); finalize I-829 package and post to file-sharing site for review (0.4); emails with investors' counsel, Melanie Walker, Greg Gadawski, and Robert Divine regarding amending K-1s (0.2) | 180.00 | 1.90 | 342.00 |
| 03/02/16 | MCW | Review I-829 package and updated exhibits; analysis with Kathleen Harrison regarding revisions needed (.6); review and reply to email from Mike Ferrell regarding USCIS correspondence (.1) | 250.00 | 0.70 | 175.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/02/16 | KRH | Review and send emails regarding correspondence with USCIS for response to Lobsang Dargey's counsel (0.3); email to investors' counsel regarding K-1s (0.1); finalize revised I-829 package per comments from Melanie Walker and Greg Gadawski and provide to investors' counsel (0.6) | 180.00 | 1.00 | 180.00 |
| 03/04/16 | KRH | Emails with investors' counsel regarding K-1s | 180.00 | 0.20 | 36.00 |
| 03/05/16 | KRH | Emails to Greg Gadawski regarding K-1s (0.1) | 180.00 | 0.10 | 18.00 |
| 03/07/16 | KRH | Emails with Greg Gadawski and investors' counsel Kelly Sheridan regarding 2015 K-1s (0.1) | 180.00 | 0.10 | 18.00 |
| 03/09/16 | MCW | Review status of I-829 petitions; review and reply to email from Diana Carey regarding status of project materials | 250.00 | 0.30 | 75.00 |
| 03/09/16 | KRH | Emails with Diana Carey regarding status of EB-5 related issues | 180.00 | 0.10 | 18.00 |
| 03/10/16 | KRH | Emails regarding the grant of access to I-829 materials to L. Dargey's counsel and coordinate same with knowledge management team (0.3) | 180.00 | 0.30 | 54.00 |
| 03/10/16 | RCD | Review and prepare responses to emails of Diana Carey about sharing materials with Dargey representatives at their request | 445.00 | 0.10 | 44.50 |
| 03/11/16 | KRH | Emails setting up access for L. Dargey's counsel to I-829 materials | 180.00 | 0.10 | 18.00 |
| 03/14/16 | MCW | Analysis with Kathleen Harrison regarding tax returns and documentation requested by investors' counsel | 250.00 | 0.10 | 25.00 |
| 03/14/16 | KRH | Review email from investors' counsel regarding 2015 K-1 preparation and analysis with Melanie Walker re same (0.1); emails with Diana Carey regarding access to I-829 materials and coordination of access with knowledge management team (0.4) | 180.00 | 0.50 | 90.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/15/16 | KRH | Review emails regarding tax update letter and add to files and file-sharing site accessible to investors' counsel (0.1); email to Jeff Carr regarding status of economic impact update (0.1); emails regarding SEC access to I-829 materials and coordinate same with knowledge management team (0.2) | 180.00 | 0.40 | 72.00 |
| 03/15/16 | RCD | Coordinate inquiry about economist work product status | 445.00 | 0.10 | 44.50 |
| 03/16/16 | KRH | Emails with Bob Chase of EPR and Diana Carey regarding status of economic report (0.1) | 180.00 | 0.10 | 18.00 |
| 03/16/16 | MCW | Review term sheet; analysis with Robert Divine regarding follow up needed | 250.00 | 0.20 | 50.00 |
| 03/16/16 | RCD | Review term sheet from SRC proposing purchase of Tower project and effort to meet immigration requirements; prepare detailed analysis about same at request of Mike Farrell; follow up email | 445.00 | 1.00 | 445.00 |
| 03/17/16 | KRH | Review Potala Reorganization Term Sheet; review emails regarding same | 180.00 | 0.30 | 54.00 |
| 03/18/16 | RCD | Review emails about K-1 problems and briefly reply to Receiver legal team re same | 445.00 | 0.10 | 44.50 |
| 03/18/16 | KRH | Review emails regarding tax returns and K-1s (0.3) | 180.00 | 0.30 | 54.00 |
| 03/21/16 | KRH | Review email and article from Diana Carey (0.1) | 180.00 | 0.10 | 18.00 |
| 03/22/16 | KRH | Review email from Diana Carey regarding K-1s | 180.00 | 0.10 | 18.00 |
| 03/22/16 | RCD | Coordinate about tax K-1 problems | 445.00 | 0.10 | 44.50 |
| 03/23/16 | KRH | Review emails from Robert Divine and Diana Carey regarding investors' K-1s | 180.00 | 0.10 | 18.00 |
| 03/25/16 | KRH | Review email from CPA regarding investor information for K-1s (0.1) | 180.00 | 0.10 | 18.00 |
| 03/28/16 | KRH | Review termination notice issued to KingCo and emails regarding same (0.4) | 180.00 | 0.40 | 72.00 |

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/29/16 | MCW | Review notice of termination; analysis with Robert Divine and Kathleen Harrison regarding follow up needed | 250.00 | 0.10 | 25.00 |
| 03/30/16 | KRH | Emails with Diana Carey regarding SnoCo NOIT response materials | 180.00 | 0.10 | 18.00 |
| 03/31/16 | KRH | Review Path America SoCal NOID and emails regarding same (0.3) | 180.00 | 0.30 | 54.00 |
| 03/31/16 | RCD | Review USCIS notice of Intent to Deny Path America SoCal and notify Receiver contacts re same; reorganize files about various regional centers associated with Path America and related projects | 445.00 | 0.40 | 178.00 |
| | | TOTAL CURRENT FEES | | 78.70 | $ 18,873.00 |

**FEE RECAP**

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| ASM | A S Mullens | 210.00 | 1.90 | 399.00 |
| KRH | K R Harrison | 180.00 | 47.70 | 8,586.00 |
| MCW | M C Walker | 250.00 | 15.70 | 3,925.00 |
| RCD | R C Divine | 445.00 | 13.40 | 5,963.00 |
| | TOTAL CURRENT FEES | | 78.70 | $ 18,873.00 |

**ITEMIZED EXPENSES**

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Telephone Number Dialed: 1(703)603-3400, Destination: Arlingto, VA | 01/27/16 | 0.35 |
| Telephone Number Dialed: 1(503)636-7999, Destination: Lake Osw, OR | 02/18/16 | 4.90 |
| | TOTAL CURRENT EXPENSES | $ 5.25 |

TOTAL CURRENT AMOUNT DUE $ 18,878.25

**Grassmueck, Michael A.**                                                                                **April 5, 2016**
**Path America Immigration Issues**                                            **Bill No. 8194548**
Client/Matter: 2935565.000001                                                   **Page 17 of 17**

**PREVIOUSLY BILLED AND OUTSTANDING**

| BILL NUMBER | BILL DATE | BALANCE |
|---|---|---|
| 8167383 | January 15, 2016 | 27,729.84 |
| | TOTAL PREVIOUSLY BILLED AND OUTSTANDING $ | 27,729.84 |
| | TOTAL AMOUNT DUE $ | 46,608.09 |



1900 REPUBLIC CENTRE
633 CHESTNUT STREET
CHATTANOOGA, TENNESSEE 37450
PHONE: 423.756.2010
FAX: 423.756.3447

www.bakerdonelson.com

**TAX NO. 62-1047356**

# REMITTANCE

Michael A. Grassmueck  
The Grassmueck Group  
P.O. Box 5248  
Portland, OR 97281

April 5, 2016  
Bill No.8194548  
Client/Matter: 2935565.000001

RCD

**Client: Grassmueck, Michael A.**
**Matter: Path America Immigration Issues**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 18,873.00 |
| Current Expenses | $ | 5.25 |
| Total Current Amount | $ | 18,878.25 |
| Previously Billed and Outstanding | $ | 27,729.84 |
| TOTAL AMOUNT DUE | $ | 46,608.09 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT
WWW.BAKERDONELSON.COM/PAYMENT**

Exhibit A