Statement of Services          Law Offices • Established 1904 • A Professional Service Corporation



KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
**Tax ID No. : 91-1006438**
T: (206)223-1313
F: (206) 682-7100

Michael Grassmueck
Grassmueck Group
P.O. Box 230091
Tigard, OR 97281

Our File Number: 45654-001-DKC, Invoice: 369633

Please detach here and return upper portion with your payment
**************************************************************************

Date: 04/07/16
Re: GRASSMUECK - SEC v. PATH AMERICA, LLC          Invoice: 369633

For Costs Advanced

| Date | Costs Advanced | Amount |
|---|---|---|
| 01/05/16 | CLIENT COST CHECK - UCH/102956,01/05/16 KEYBANK - 12.2.15 WASHINGTON SECRETARY OF STATE: STATUTORY FEES FOR ISSUING CERTIFICATES OF EXISTENCE/AUTHORIZATION (GOOD STANDINGS) AND CERTIFIED FORMATION DOCUMENTS AND ALL AMENDMENTS FOR PATH AMERICA FARMER'S MARKET, LP, PATH FARMER'S MARKET, LLC AND EVERETT HOSPITALITY COMPANY, LLC | 310.00 |
| 01/12/16 | CLIENT COST CHECK - UCH/103022,01/12/16 FEDEX - 1.5.16 DIANA CAREY; KARR TUTTLE CAMPBELL | 20.42 |
| 01/20/16 | COPY CENTER - SCAN DOCUMENTS | 390.72 |
| 01/26/16 | COPY CENTER - COPY CENTER: USER:SUPPORT SERVICE 10:54:09 5 UNITS | 0.40 |
| 02/10/16 | CLIENT COST CHECK - UCH/103237,02/10/16 CHICAGO TITLE - RECORDING FEES OF QUIT CLAIM DEED | 86.00 |
| 02/10/16 | CLIENT COST CHECK - UCH/103260,02/10/16 ACCUFACTS RESEARCH - PATH AMERICA, OBTAIN GOOD STANDING, INV #2015120201 | 279.00 |
| 02/10/16 | CLIENT COST CHECK - UCH/103267,02/11/16 ABC-LEGAL MESSENGERS INC. - 11.13.15 MESSENGER SERVICE TO FIRST AMERICAN TITLE, SEATTLE WA | 20.00 |
| 02/16/16 | CLIENT COST CHECK - UCH/103328,02/16/16 FEDEX - STANDARD OVERNIGHT CHARGES - MARYA - INV# 5-296-37978 | 22.01 |
| 02/18/16 | CLIENT COST CHECK - UCH/103370,02/18/16 ABC-LEGAL MESSENGERS INC. - 1.27.16 MESSENGER SERVICE TO PETERSON SULLIVAN | 68.50 |
| 03/29/16 | CLIENT COST CHECK - UCH/103691,03/29/16 ABC-LEGAL MESSENGERS INC. - ORD# 20909871 - DOCUMENTS TO CANDI PFLUGER | 15.00 |
|  | COMPUTER ASSISTED RESEARCH | 54.50 |
|  | COPIES | 134.55 |
|  | DOCUMENT SCANNING | 142.70 |
|  | Total Current Costs | $1,543.80 |

# Exhibit A

Category 1 - Asset Analysis and Recovery

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---:|---:|
| 01/11/16 | DKC | WORK ON RECOVERY OF HOUSE PURCHASED WITH FRAUDULENTLY CONVEYED FUNDS; CHECK ON FORFEITURE ACTION | 0.50 | 222.50 |
| 03/29/16 | DKC | REVIEW EMAILS REGARDING EFFORTS TO ASSUME CONTROL OF PATH AMERICA WEBSITE HOSTED BY GO DADDY; CONFER WITH IP COUNSEL STRAUSS, PROJECT COORDINATOR FOXX, AND DARGEY'S COUNSEL; FOLLOW-UP EMAIL REQUEST FOR ASSISTANCE. | 1.00 | 445.00 |
| 03/29/16 | NSS | CONFER WITH ATTORNEY CAREY RE STRATEGY AND TECHNICALITIES OF TRANSFERRING PATHAMERICA.COM DOMAIN FROM DEBTOR | 1.00 | 225.00 |
| 03/30/16 | DKC | WORK ON OBTAINING ACCESS TO GODADDY WEBSITE; COORDINATE WITH DARGEY'S COUNSEL AND RECEIVER'S PROJECT MANAGER | 0.50 | 222.50 |
| 03/30/16 | NSS | CORRESPOND WITH DEBTOR'S COUNSEL RE RECOVERY OF PATHAMERICA.COM DOMAIN NAME, MEET WITH CLIENT RE SAME | 0.50 | 112.50 |
| 03/31/16 | DKC | WORK ON OBTAINING ACCESS TO THE PATHAM.COM SITE; DISCUSSIONS WITH ATTORNEY STRAUSS AND RECEIVER; EMAILS DARGEY'S COUNSEL | 1.00 | 445.00 |
| 03/31/16 | NSS | REVIEW TECHNICAL REQUIREMENTS FOR TRANSFER OF PATHAMERICA.COM DOMAIN FROM DEBTOR, CORRESPOND WITH CLIENT | 0.30 | 67.50 |
| | | | 4.80 | 1,740.00 |

Category 2 - Asset Disposition

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/04/16 | AWD | Tower: RESEARCH MECHANICS' AND MATERIALMEN'S LIEN STATUTE NOTICE AND RECORDING REQUIREMENTS (Tower project) | 1.30 | 312.00 |
| 01/04/16 | DKC | Tower: REVIEW PROPOSED PLEADING RE SALE OF TOWER AND FORWARD EB5 PORTION RE TOWER TO ATTORNEY DIVINE FOR FURTHER REVIEW | 0.40 | 178.00 |
| 01/04/16 | DKC | Everett: EMAILS RECEIVER AND COUNSEL REGARDING PROPOSAL REGARDING FARMERS MARKET (POTENTIAL INFUSION OF EQUITY) AND EVALUATE AND COMPARE WITH EARLIER PROPOSAL | 0.40 | 178.00 |
| 01/05/16 | DKC | Tower/Misc.MEETING WITH INVESTORS' COUNSEL NELSON LEE AND CORR CRONIN REGARDING STATUS OF RECEIVERSHIP ASSETS AND PLANS FOR GOING FORWARD; DISCUSS POTENTIAL DISPOSITION OF TOWER | 1.00 | 445.00 |
| 01/07/16 | DKC | Bellevue: WORK ON TRANSFER OF BELLEVUE PROPERTY TO RECEIVER; DRAFT STIPULATED MOTION AND ORDER FOR RELIEF FROM THE PRELIMINARY INJUNCTION; FORWARD FOR REVIEW | 2.00 | 890.00 |
| 01/08/16 | DKC | Bellevue: DISCUSSION WITH LOCAL COUNSEL FOR CONSORTIUM RE SALE PROCEDURES (.2); WORK ON TRANSFER OF BELLEVUE PROPERTY TO RECEIVERSHIP (.3) | 0.50 | 222.50 |
| 01/12/16 | DKC | Bellevue: EMAILS WITH REALTOR, RECEIVER'S CONSULTANT AND DEFENDANT'S COUNSEL RELATED TO TRANSFER OF BELLEVUE PROPERTY, INSURANCE FOR SAME, AND POTENTIAL COURT APPROVAL | 1.00 | 445.00 |
| 01/14/16 | DKC | Bellevue: EMAILS REGARDING TRANSFER OF BELLEVUE PROPERTY, INSURANCE STATUS | 0.30 | 133.50 |
| 01/15/16 | DKC | Bellevue: WORK ON TRANSITION OF BELLEVUE PROPERTY TO RECEIVER; CHECK ON STATUS OF LISTING, INSURANCE, ETC. COORDINATE SAME INCLUDING STIPULATION/MOTION | 1.00 | 445.00 |
| 01/18/16 | DKC | Bellevue: DRAFT STIPULATION AND ORDER BETWEEN SEC, DARGEY AND RECEIVER TO TRANSFER BELLEVUE PROPERTY TO RECEIVER (1.2), AND COORDINATE SAME WITH RECEIVER AND GENERAL COUNSEL (.3) | 1.50 | 667.50 |
| 01/18/16 | DKC | Bellevue House; COORDINATE BETWEEN LISTING AGENT, RECEIVER, AND RECEIVER'S PROJECT MANAGER CONCERNING MATTERS RELATED TO TRANSITION OF BELLEVUE PROPERTY (INSURANCE, TITLE, SUCCESSOR TRUSTEES, STATUS OF PROPERTY, ETC.) | 0.60 | 267.00 |
| 01/24/16 | GST | Shoreline: EMAILS FROM/TO DIANA CAREY AND TRAVIS FOXX RE: CONTRACT TO DEMOLISH SHORELINE IMPROVEMENTS (.3). REVIEW BID (.2), CONFIRM WRECKING BALL IS LICENSED AND BONDED AND IN GOOD STANDING WITH STATE(.4). BEGIN DRAFTING CONTRACT (.4). | 1.30 | 578.50 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/25/16 | DKC | Bellevue House: REVISE PROPOSED STIPULATION AND ORDER RE RELEASE OF BELLEVUE HOUSE FROM THE PRELIMINARY INJUNCTION TO REFLECT CHANGE OF DEFENDANT'S COUNSEL; FORWARD TO RECEIVER AND COUNSEL; EMAILS TO/FROM GENERAL COUNSEL REGARDING COORDINATION WITH DARGEY'S NEW COUNSEL | 0.70 | 311.50 |
| 01/25/16 | GST | Shoreline: REVIEW SCOPE OF WORK FROM CITY OF SHORELINE FOR DEMOLITION WORK AND CONTRACTOR ESTIMATE. EMAILS FROM/TO MICHAEL AND TRAVIS AND MAKE SUGGESTED REVISIONS TO AGREEMENT. | 1.20 | 534.00 |
| 01/25/16 | GST | Shoreline: DRAFT DEMOLITION AND CLEANUP CONTRACT FOR SHORELINE PROPERTY. | 4.60 | 2,047.00 |
| 01/26/16 | GST | Shoreline: REVIEW AND REVISE SHORELINE DEMOLITION AGREEMENT. FORWARD SAME TO RECEIVER TEAM FOR REVIEW. | 0.50 | 222.50 |
| 01/28/16 | GST | Shoreline: REVIEW SHORELINE DEMO PLAN FOR SHORELINE POTALA. | 0.30 | 133.50 |
| 01/28/16 | GST | Shoreline: EMAILS FROM/TO FOX. REVISE DEMOLITION CONTACT TO EXCLUDE AMDO EQUIPMENT AND INCLUDE SHORELINE DEMO PLAN. | 0.40 | 178.00 |
| 01/29/16 | DKC | Bellevue: DISCUSSION WITH RECEIVER RE STATUS OF BELLEVUE HOUSE AND SEND LETTER TO DARGEY'S NEW COUNSEL AT DORSEY & WHITNEY REGARDING SIGNING OF QUIT CLAIM DEED TO TRANSFER PROPERTY; REQUEST TO PROMPTLY SIGN TRANSFER DOCUMENTATION AND STIPULATION/ORDER FOR RELIEF FROM PRELIMINARY INJUNCTION; DISCUSSION WITH DARGEY'S COUNSEL SHAWN BRIGHT-LARSON RE SAME | 1.20 | 534.00 |
| 01/29/16 | GST | Shoreline: MESSAGES FROM/TO RECEIVER RE: DEMO CONTRACT. TELEPHONE CONFERENCE WITH RECEIVER TO DISCUSS ADDITIONAL REVISIONS TO DEMO AGREEMENT. REVISE, FINALIZE AND CIRCULATE FINAL FORM OF AGREEMENT FOR PRESENTATION TO CONTRACTOR. | 0.60 | 267.00 |
| 01/30/16 | DKC | Personal Property: EMAILS WITH DARGEY'S COUNSEL AND RECEIVER RE AUTOMOBILE REPOSSESSION | 0.20 | 89.00 |
| 01/31/16 | DKC | Personal Property: EMAIL TO DARGEY'S' COUNSEL REGARDING ATTEMPTS TO REPOSSESS VEHICLE; COORDINATE SAME WITH RECEIVER, M. FARRELL AND T. FOXX. | 0.50 | 222.50 |
| 01/31/16 | DKC | Misc.: EMAILS WITH AUSA FORFEITURE UNIT RE RELEASE OF ASSETS FROM FORFEITURE ACTION | 0.10 | 44.50 |
| 02/01/16 | DKC | Bellevue: WORK ON TRANSFER OF BELLEVUE PROPERTY TO RECEIVER; CONFIRM AUSA'S AGREEMENT TO RELEASE FROM FORFEITURE ACTION ONCE TRANSFER DOCUMENTS ARE SIGNED; FORWARD TO SEC FOR REVIEW AND SIGNATURE. COORDINATE SAME WITH DARGEY'S COUNSEL | 1.00 | 445.00 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 02/02/16 | DKC | Bellevue: FINALIZE AND SUBMIT STIPULATION AND ORDER TO TRANSFER BELLEVUE HOUSE TO RECEIVER; EMAILS WITH DARGEY'S COUNSEL AND RECEIVER RE STATUS AND INSURANCE | 0.50 | 222.50 |
| 02/02/16 | MJM | Bellevue: FILE WITH THE COURT THE STIPULATION AND PROPOSED ORDER TO MODIFY PRELIMINARY INJUNCTION TO PERMIT CONVEYANCE OF REAL PROPERTY TO RECEIVER AND AUTHORIZE LIQUIDATION (NO CHARGE) | 0.80 | - |
| 02/03/16 | GST | Bellevue: REVIEW STIPULATION AND ORDER TRANSFERRING RESIDENCE TO RECEIVER. | 0.10 | 44.50 |
| 02/04/16 | ARG | Bellevue: REVIEW OF ASSESSED VALUE OF BELLEVUE HOUSE; EMAIL AND TELEPHONE CONFERENCE WITH D. CAREY REGARDING SAME; | 0.90 | 189.00 |
| 02/04/16 | DKC | Bellevue: CONTINUED COORDINATION ON TRANSFER OF BELLEVUE HOUSE; CHECK ON EXCISE TAX AND INSURANCE MATTERS | 0.90 | 400.50 |
| 02/04/16 | GST | Bellevue: COMMUNICATIONS WITH DIANA CAREY, TRAVIS FOXX AND RECEIVER RE: EXCISE TAX ON CONVEYANCE OF RESIDENCE AND INSURANCE OF RESIDENCE POST-TRANSFER. | 0.30 | 133.50 |
| 02/05/16 | ARG | Bellevue: FINALIZE QUIT CLAIM DEED; MULTIPLE TELEPHONE CONFERENCES AND EMAILS WITH TITLE COMPANY TO COORDINATE RECORDING AND SUFFICIENCY OF SAME; | 2.80 | 588.00 |
| 02/05/16 | DKC | Bellevue: WORK ON TRANSFER OF BELLEVUE PROPERTY INCLUDING DISCUSSION WITH AUSA COHEN RE PROCEDURES, COORDINATE WITH TITLE COMPANY ON RECORDING, AND WITH DARGEY'S COUNSEL ON REET; OFFICE CONFERENCES REGARDING REET EXEMPTION AND RECORDING REQUIREMENTS | 1.00 | 445.00 |
| 02/05/16 | GST | Bellevue: EMAILS FROM/TO D. CAREY, RECEIVER AND BROKER RE: LISTING AGREEMENT TO SELL RESIDENCE AND RELATED COMMUNICATIONS. | 0.40 | 178.00 |
| 02/05/16 | GST | Bellevue: REVIEW MOTION, SUPPORTING DECLARATIONS AND PROPOSED ORDER TO SELL TOWER PROJECT. | 0.60 | 267.00 |
| 02/05/16 | GST | Bellevue: CONFER WITH DIANA CAREY. RESEARCH EXCISE TAX EXEMPTION ON TRANSFER OF RESIDENCE (~$34,000 SAVING TO ESTATE) AND COMMUNICATIONS WITH PARALEGAL ON PREPARATION OF EXCISE TAX AFFIDAVIT RELATED TO TRANSFER. | 0.90 | 400.50 |
| 02/05/16 | GST | Bellevue: REVIEW DEED FOR RESIDENCE AND AMENDMENT TO UNDERLYING TRUST TO ADDRESS HOLE IN TITLE. CONFER WITH PARALEGAL RE: RECORDING AMENDMENT TO ADDRESS HOLE IN TITLE. | 0.40 | 178.00 |
| 02/08/16 | ARG | Bellevue: EMAIL WITH D. CAREY REGARDING RECORDATION OF QUIT CLAIM DEED AND REAL ESTATE EXCISE TAX AFFIDAVIT; | 0.90 | 189.00 |

Category 2 - Asset Disposition

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 02/08/16 | GST | Bellevue: EMAILS AND CALLS FROM/TO DIANA CAREY, LEGAL ASSISTANT AND TITLE COMPANY RE: CHAIN OF TITLE ISSUES AND RECORDING DEED, EXCISE TAX AFFIDAVIT AND EXEMPTION FROM PAYING EXCISE TAX. | 0.40 | 178.00 |
| 02/08/16 | PEF | Bellevue: FOLLOW UP WITH ATTORNEYS AND DELIVER DEED TO CHICAGO TITLE | 0.40 | 84.00 |
| 02/09/16 | DKC | Bellevue: COORDINATE FORFEITURE ACTION RE BELLEVUE HOUSE; FORWARD RECORDING INFORMATION TO U.S. ATTORNEY'S OFFICE TO DISMISS ACTION; DISCUSSION WITH REALTOR RE NEXT STEPS TO PREPARE HOUSE FOR MARKETING; EMAILS RE SAME | 0.80 | 356.00 |
| 02/09/16 | GST | Tower: TELEPHONE MESSAGE TO BRIAN O'CONNOR TO DISCUSS POSSIBLE ENGAGEMENT TO APPRAISE DARGEY PROPERTIES. TELEPHONE CONFERENCE WITH BRIAN O'CONNOR ABOUT APPRAISING ESTATE PROPERTIES. | 0.60 | 267.00 |
| 02/09/16 | GST | Bellevue: EMAILS FROM/TO DIANA CAREY, REAL ESTATE AGENT AND RECEIVER TEAM RE: BELLEVUE HOUSE LISTING AND RELATED ISSUES. | 0.40 | 178.00 |
| 02/10/16 | ARG | Bellevue: OBTAIN RECORDED COPY OF QUIT CLAIM DEED; EMAIL SAME TO D. CAREY | 0.40 | 84.00 |
| 02/10/16 | DKC | Bellevue:CONFERENCE CALL WITH SELLER'S AGENT AND RECEIVER'S TEAM REGARDING SELLING THE BELLEVUE HOUSE (.6) ; REVIEW AND FORWARD RELEASE OF LIS PENDENS AND CIVIL FORFEITURE ACTION ON HOUSE (.3) ; COORDINATE WITH RECEIVER'S PROJECT MANAGER ON PROPERTY MATTERS (HEAT, WATER, MECHANIC'S LIEN) (.3); DRAFT SUMMARY OF BELLEVUE HOUSE BACKGROUND FOR SELLER'S LISTING AGENT (.3) | 1.50 | 667.50 |
| 02/10/16 | GST | Bellevue: EMAILS FROM/TO RECEIVER, TRAVIS FOXX, DIANA CAREY AND BELLEVUE HOME REAL ESTATE AGENT RE: VARIOUS ISSUES WITH STAGING, LISTING AND DEALING WITH DECONSTRUCTED PROPERTY. CONFERENCE CALL WITH RECEIVER, TRAVIS FOXX, DIANA CAREY AND BELLEVUE HOME REAL ESTATE AGENT RE: LISTING PROPERTY FOR SALE. | 0.80 | 356.00 |
| 02/11/16 | GST | Bellevue: EMAILS FROM/TO DIANA CAREY. REVIEW AND REVISE SCRIPT FOR WARNING SIGN TO BE PLACED UPON BELLEVUE HOME PREMISES RE: CONSTRUCTION DANGERS. | 0.20 | 89.00 |
| 02/18/16 | GST | Tower: REVIEW VARIOUS PLEADINGS FILED BY INVESTORS, DARGEY AND BY RECEIVER IN CONNECTION WITH FEBRUARY 19 NOTED HEARINGS ON DISPOSITION OF POTALA TOWER. | 0.80 | 356.00 |
| 02/18/16 | GST | Bellevue: EMAILS FROM TRAVIS FOXX, REAL ESTATE BROKER AND RECEIVER RE: BELLEVUE HOUSE REPAIRS AND SALE. | 0.30 | 133.50 |
| 02/19/16 | GST | Everett: VOICE MESSAGES FROM/TO JOHN RIZZARDI RE: FARMER'S MARKET. EMAIL FROM RIZZARDI INDICATING HE HAD REACHED OUT TO LA COUNSEL. | 0.20 | 89.00 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---:|---:|
| 02/22/16 | GST | Tower: REVIEW SUPPLEMENTAL DECLARATION FROM EB-5 INVESTOR COUNSEL RE: MOTION TO MARKET POTALA TOWER. | 0.10 | 44.50 |
| 02/25/16 | GST | Bellevue: EMAIL FROM DAVID ZARO RE: BELLEVUE HOUSE PROCEDURE | 0.10 | 44.50 |
| 02/25/16 | GST | Personal Property: REVIEW TRIAL SETTING ORDER ISSUED BY COURT AND COURT ORDER MODIFYING INJUNCTION TO ALLOW LIQUIDATION BY DARGEY OF CERTAIN PERSONAL PROPERTY. | 0.30 | 133.50 |
| 02/29/16 | GST | Tower: CONFER WITH PROPOSED BROKER ON APPRAISERS TO APPRAISE EACH RECEIVERSHIP PROJECT VALUE. | 0.40 | 178.00 |
| 02/29/16 | GST | Everett: REVIEW MOTION AND DECLARATION FOR ORDER AUTHORIZING EXPANSION OF WIELAND-DAVCO CORPORATION'S EMPLOYMENT AND COMPENSATION. | 0.20 | 89.00 |
| 02/29/16 | GST | Tower: EMAIL STRING AND CALL FROM MIKE FARRELL RE: WIND STORM AND CRANE ON TOWER PROJECT. | 0.20 | 89.00 |
| 03/03/16 | GST | Misc. REVIEW STIPULATION AND PROPOSED ORDER MODIFYING PRELIMINARY INJUNCTION WITH RESPECT TO 2006 COLBY LLC AND POTALA VILLAGE. REVIEW ORDER AS ENTERED BY COURT. | 0.20 | 89.00 |
| 03/09/16 | DKC | Everett: PREPARE FOR, MEET AND FOLLOW-UP WITH RECEIVER, MR. DARGEY AND HIS COUNSEL REGARDING STATUS OF FARMERS MARKET SALE EFFORTS AND OTHER RECEIVERSHIP MATTERS | 4.00 | 1,780.00 |
| 03/10/16 | GST | Tower: VOICE MESSAGE TO APPRAISER RICHARD BRISCOE, JOE DRACOBLY AND BRIAN O'CONNOR. TELEPHONE CONFERENCE WITH BRISCOE. EMAILS PROVIDING DETAILS OR APPRAISALS AND ENGAGEMENT AGREEMENTS TO EACH PROPOSED APPRAISER. EMAIL CORRESPONDENCE TO RECEIVER AND LA LEGAL TEAM ON STATUS OF APPRAISAL ENGAGEMENT. EMAILS TO/FROM FARRELL, RECEIVER AND GADAWSKI RE: SPECIFICS ON APPRAISAL ENGAGEMENTS. | 2.40 | 1,068.00 |
| 03/11/16 | GST | Tower: EMAILS FROM/TO O'CONNOR REQUESTING ADDITIONAL STATUS INFORMATION ON POTALA PROJECT. VOICE MESSAGES FROM/TO JOE DRACOBLY. TELEPHONE CONFERENCE WITH DRACOBLY/ EMAIL CORRESPONDENCE TO RECEIVERSHIP TEAM ABOUT APPRAISERS' FAMILIARITY WITH POTALA SITE. | 0.60 | 267.00 |
| 03/15/16 | GST | Everett: REVIEW RESPONSE, BY DEFENDANTS LOBSANG DARGEY, DARGEY DEVELOPMENT, LLC, DARGEY ENTERPRISES, LLC, PATH OTHELLO, LLC, TO [237] MOTION FOR ORDER AUTHORIZING EXPANSION OF WIELAND-DAVCO CORPORATION'S EMPLOYMENT AND COMPENSATION ON BEHALF OF THE RECEIVERSHIP ESTATE | 0.20 | 89.00 |
| 03/16/16 | DKC | Tower: REVIEW PROPOSAL FROM ANOTHER REGIONAL CENTER TO TAKE OVER THE TOWER PROJECT; EMAILS RE SAME | 0.40 | 178.00 |

Category 2 - Asset Disposition

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 03/17/16 | GST | Tower: VOICE MESSAGES FROM DRACOBLY AND EMAILS FROM BRISCOE. EMAIL TO GADAWSKI RE: ADDITIONAL APPRAISER REQUESTED INFO. TELEPHONE CONFERENCE WITH DRACOBLY RE: POTALA TOWER APPRAISALS. | 0.50 | 222.50 |
| 03/22/16 | GST | Everett: REVIEW STIPULATION AND PROPOSED ORDER FOR LIMITED RELIEF FROM ORDER APPOINTING RECEIVER RE: CLAIM OF LIEN BY SYNERGY. | 0.20 | 89.00 |
| 03/22/16 | GST | Tower - REVIEW ENGAGEMENT LETTERS FROM 3 APPRAISERS. REVISE ENGAGEMENT LETTERS IN MANNER CONSISTENT WITH RECEIVERSHIP TO PROVIDE FOR COURT APPROVAL AND APPROPRIATE PAYMENT TIMING. TELEPHONE CONFERENCE AND VOICE MESSAGES WITH DRACOBLY. | 2.40 | 1,068.00 |
| 03/23/16 | GST | Tower. REVIEW STIPULATION AND ORDER FOR LIMITED RELIEF FROM ORDER APPOINTING RECEIVER RE: CLAIM OF LIEN | 0.10 | 44.50 |
| 03/24/16 | GST | TOWER - REVISE AND FINALIZE DRAFTS OF POTALA TOWER APPRAISER'S ENGAGEMENT LETTERS AS REQUESTED BY RECEIVER'S TEAM. FORWARD DRAFTS OF POTALA TOWER APPRAISER'S ENGAGEMENT LETTERS TO RECEIVER TEAM AND REPORT ON RECENT CALL FROM SECURITY PROPERTIES ON TOWER MUP AND INTEREST IN ESTATE PROPERTIES. EMAIL FROM FARRELL. | 0.90 | 400.50 |
| 03/28/16 | GST | TOWER. REVIEW RESPONSE AND SUPPORTING DECLARATION OF INTERESTED PARTIES WEN HU, YI WU, YAN ZHANG, WAN LI, TO [183] MOTION AUTHORITY TO MARKET AND SELL RECEIVERSHIP ASSETS, ESTABLISH SALE PROCEDURES AND ENGAGE BROKER. | 0.10 | 44.50 |
| 03/28/16 | GST | Misc. Prop: REVIEW REPLY, FILED BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION, TO RESPONSE TO [244] MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY ORDER APPOINTING RECEIVER TO ADD ADDITIONAL RELIEF | 0.10 | 44.50 |
| 03/29/16 | GST | Bellevue/Misc.EMAILS AND CALL WITH DIANA CAREY RE: EXCISE TAX DISCUSSIONS WITH STATE DOR IN CONNECTION WITH ACQUISITION AND SALE OF PATH PROPERTIES. | 0.40 | 178.00 |
| 03/31/16 | DKC | Tower: PREPARE FOR, MEET WITH POTENTIAL ACQUIRER OF TOWER AND RECEIVER'S TEAM (INCLUDING GADAWSKI AND FARRELL) , AND FOLLOW-UP ON POTENTIAL FOR TRANSFER OF REGIONAL CENTER AND TRANSFER OF TOWER ASSET | 4.50 | 2,002.50 |
| 03/31/16 | GST | Everett - REVIEW STIPULATION AND PROPOSED ORDER REGARDING RECEIVER, MICHAEL A. GRASSMUECK, FOR ORDER AUTHORIZING EXPANSION OF WIELAND-DAVCO CORPORATIONS EMPLOYMENT AND COMPENSATION ON BEHALF OF THE RECEIVERSHIP ESTATE BY PARTIES. | 0.10 | 44.50 |
|  |  |  | 58.30 | 24,052.00 |

Category 4 - Case Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/06/16 | DKC | WRAP UP CONFERENCE CALL TO DISCUSS MEETINGS WITH INVESTORS AND POTENTIAL PURCHASERS, WEBSITE UPDATES, FINANCIAL INVESTIGATIONS, EB5 MATTERS, DISPOSITION OF ASSETS | 1.20 | 534.00 |
| 01/08/16 | DKC | WRAP UP CONFERENCE CALL TO DISCUSS WEBSITE STATUS, DISPOSITION OF ASSETS, APPOINTMENT OF BROKER AND POTENTIAL BROKER FEE; PROPOSED QUERY TO USCIS, AND STATUS OF RECEIVERSHIP | 1.00 | 445.00 |
| 01/11/16 | DKC | WORK ON FEE APPLICATION | 0.40 | 178.00 |
| 01/11/16 | MJM | DRAFT A FIRST APPLICATION FOR COMPENSATION OF THIS LAW FIRM ALONG WITH A SUPPORTING DECLARATION OF D. CAREY. | 1.60 | 288.00 |
| 01/12/16 | DKC | WRAP UP CONFERENCE CALL TO DISCUSS PROGRESS ON MOTIONS FOR SALE, COORDINATION WITH INVESTORS, TRANSFER OF BELLEVUE PROPERTY, ETC. | 0.70 | 311.50 |
| 01/12/16 | DKC | WORK ON AND COORDINATE PLEADINGS FOR FEE APPLICATIONS | 0.40 | 178.00 |
| 01/13/16 | DKC | WORK ON FEE APPLICATIONS OF BAKER DONELSON AND KARR TUTTLE AND COORDINATE SAME WITH ALLEN MATKINS | 1.00 | 445.00 |
| 01/13/16 | MJM | EDIT THE COPY OF THE INVOICE WHICH IS SEPARATED BY CATEGORY (.7). UPDATE MOTION AND D. CAREY DECLARATION (.6) DRAFT PROPOSED ORDER (.6) | 1.90 | 342.00 |
| 01/13/16 | MJM | CALCULATE THE HOURS WORK AND AMOUNT OF FEES INCURRED, PER CATEGORY. CREATE SUMMARY OF PROFESSIONALS AND HOURS WORKED. EDIT THE CAREY DECLARATION IN SUPPORT OF FIRST FEE APPLICATION | 0.60 | 108.00 |
| 01/14/16 | MJM | FINISH UP THE SET OF FEE PLEADINGS, SEND FOR REVIEW. | 0.40 | 72.00 |
| 01/14/16 | MJM | COMPILE THE EDITED SET OF FEE APPLICATION PLEADINGS AND SEND TO D. CAREY | 0.30 | 54.00 |
| 01/15/16 | DKC | WRAP UP CONFERENCE CALL, TO DISCUSS STATUS OF MOTIONS FOR ASSET DISPOSITION, UPDATES ON PROPERTY TRANSFER; COORDINATION WITH KIRKLAND VENDOR ON FENCING; EB-5 DOCUMENT COLLECTION STATUS | 1.00 | 445.00 |
| 01/21/16 | DKC | WRAP UP CONFERENCE CALL (STATUS OF RECENTLY FILED MOTIONS, BELLEVUE HOUSE, 829 APPLICATION, TRANSFER OF CAR AND EQUIPMENT, SOLICITATIONS RE TOWER) AND FOLLOW-UP (.7); CIRCULATE ST NEWSPAPER ARTICLE AND RESPOND TO QUERIES (.3) | 1.00 | 445.00 |
| 01/26/16 | DKC | WRAP UP CONFERENCE CALL TO DISCUSS CONVERSATIONS WITH DARGEY'S NEW COUNSEL AND WITH COUNSEL FOR BINJIANG; STATUS OF MOTION REGARDING THE TOWER, WEBSITE UPDATES, STATUS OF 829 APPLICATION; REVIEW OF INVESTOR REQUEST FOR REFUND; AND STRATEGIES FOR PROCEEDING | 1.50 | 667.50 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/29/16 | DKC | NIGHTLY WRAP-UP CALL TO DISCUSS TOWER DISPOSITION STATUS, REQUIRED DOCUMENTATION, ETC. | 0.90 | 400.50 |
| 01/29/16 | GST | EMAILS FROM/TO DIANA CAREY ON COMPLIANCE ISSUES TO BE ACCOMPLISHED DURING HER EXTENDED ABSENCE FROM OFFICE. | 0.10 | 44.50 |
| 02/03/16 | DKC | WRAP UP CALL WITH RECEIVER'S TEAM TO DISCUSS STATUS OF PROPERTY DISPOSITION, DISCUSSIONS WITH KEY PARTIES (BINJIANG, DARGEY'S COUNSEL), TRANSFER OF BELLEVUE HOUSE, REQUIRED REPORTS, AND EB-5 UPDATE. | 1.10 | 489.50 |
| 02/03/16 | GST | STATUS CALL WITH RECEIVERSHIP TEAM ON PROPERTY DISPOSITION, EB-4 UPDATES, AND RELATED MATTERS. | 1.20 | 534.00 |
| 02/04/16 | DKC | COORDINATE WITH GENERAL COUNSEL AND RECEIVER RE CALLS FOR INFORMATION | 0.20 | 89.00 |
| 02/08/16 | DKC | WRAP-UP CALL RE FEE APPLICATIONS AND RECOMMENDATIONS FOR CHANGES, MECHANICS FOR TOWER SALE, POTENTIAL APPRAISERS AND NEED FOR SAME; STATUS OF VARIOUS OTHER PROPERTIES; FOLLOW-UP | 1.30 | 578.50 |
| 02/08/16 | GST | STATUS CALL WITH RECEIVERSHIP TEAM ON PROPERTY DISPOSITION, EB-4 UPDATES, AND RELATED MATTERS. | 1.40 | 623.00 |
| 02/09/16 | MJM | EDIT THE FEE APPLICATION TO CONFORM TO FORMATTING STANDARDS | 1.60 | 288.00 |
| 02/10/16 | DKC | WORK ON FEE APPLICATIONS OF KTC AND BAKER DONELSON, CONFER WITH RECEIVER'S GENERAL COUNSEL RE SAME, AND CALL COURT RE GUIDANCE ON PROCEDURAL MATTERS | 0.80 | 356.00 |
| 02/10/16 | DKC | REVIEW AND EDIT RECEIVER'S QUARTERLY STATUS REPORT ; COORDINATE WITH ATTORNEY ZARO RE SAME | 0.30 | 133.50 |
| 02/10/16 | MJM | DISCUSS FEE APPLICATION FILING WITH D. CAREY. DRAFT A COVER PLEADING FOR THE BAKER DONELSON FIRST QUARTERLY FEE APPLICATION. | 0.50 | 90.00 |
| 02/11/16 | DKC | WRAP UP CALL RE STATUS OF FEE APPLICATIONS, TOWER DISPOSITIONS, BELLEVUE HOUSE; STATUS OF DOCUMENT PRODUCTION FROM FBI | 0.70 | 311.50 |
| 02/11/16 | GST | REVIEW FILED 4TH QUARTER 2015 STATUS REPORT OF RECEIVER. | 0.40 | 178.00 |
| 02/11/16 | GST | STATUS CALL WITH RECEIVERSHIP TEAM ON PROPERTY DISPOSITION, EB-4 UPDATES, AND RELATED MATTERS. | 0.90 | 400.50 |
| 02/11/16 | MJM | COMPILE THE KARR TUTTLE CAMPBELL AND THE BAKER DONELSON APPLICATIONS FOR COMPENSATION AND RELATED PLEADINGS AND FILE WITH THE COURT. | 0.90 | 162.00 |
| 02/16/16 | MJM | TALK TO GREG GADAWSKI ABOUT DOCUMENTS. EMAIL WITH TEAM ABOUT ATTORNEY CONTACT INFO | 0.30 | 54.00 |
| 02/18/16 | GST | REVIEW PLEADINGS RELATED TO MOTION TO MODIFY PRELIMINARY INJUNCTION. | 0.30 | 133.50 |
| 02/18/16 | MJM | ANALYZE FILE AND UPDATE CASE STATUS | 0.20 | 36.00 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 02/19/16 | GST | REVIEW INVESTORS' REPLY FILED TO MOTION TO MODIFY PRELIMINARY INJUNCTION. REVIEW RECEIVER'S REPLY FILED TO MOTION TO MODIFY PRELIMINARY INJUNCTION. | 0.60 | 267.00 |
| 02/19/16 | GST | REVIEW RECEIVER'S REPLY PLEADINGS TO MOTION TO MARKET TOWER PROJECT. | 0.30 | 133.50 |
| 02/25/16 | GST | STATUS CALL WITH RECEIVERSHIP TEAM ON PROPERTY DISPOSITION, EB-4 UPDATES AND RELATED MATTERS. | 0.90 | 400.50 |
| 03/03/16 | GST | EMAIL FROM FARRELL RESCHEDULING STATUS CALL TIME. | 0.10 | 44.50 |
| 03/03/16 | GST | STATUS CALL WITH RECEIVERSHIP TEAM ON PROPERTY DISPOSITION, EB-4 UPDATES AND RELATED MATTERS. | 0.90 | 400.50 |
| 03/10/16 | DKC | REVIEW SEC MOTION TO AMEND COMPLAINT TO ADD DEFENDANT ENTITIES | 0.40 | 178.00 |
| 03/10/16 | GST | REVIEW REPORT PROGRESS REPORT RE EFFORTS TO COMPLETE THE POTALA TOWER PROJECT AND PROTECT THE INTERESTS OF THE EB-5 INVESTORS. REVIEW RESPONSE BY RECEIVER MICHAEL A GRASSMUECK TO PROGRESS REPORT. REVIEW RESPONSE, BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION, TO OUTSTANDING RECEIVER MOTIONS. | 0.40 | 178.00 |
| 03/13/16 | GST | REVIEW MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY ORDER APPOINTING RECEIVER TO ADD ADDITIONAL RELIEF DEFENDANTS BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION | 0.20 | 89.00 |
| 03/14/16 | DKC | REVIEW EMAILS AND DRAFT LETTER REGARDING STATUS OF PREPARATION OF 2015 TAX RETURNS IN RESPONSE TO REQUEST BY INVESTOR'S COUNSEL; COORDINATE SAME WITH RECEIVER AND ACCOUNTANT | 0.50 | 222.50 |
| 03/14/16 | DKC | GENERAL COORDINATION, INCLUDING REVIEW OF EMAILS FROM GENERAL COUNSEL RE RESPONDING TO DARGEY QUERIES, AND WORK ON ACCESS ISSUES TO RECEIVER WEBSITE | 0.30 | 133.50 |
| 03/17/16 | DKC | REVIEW PLEADINGS RE WEILAND-DAVCO (SEC PLEADING AND RECEIVER'S REPLY) | 0.30 | 133.50 |
| 03/17/16 | DKC | EMAILS RE K1S FOR INVESTORS, STATUS OF REVISED ECONOMIC REPORT | 0.20 | 89.00 |

Category 4 - Case Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 03/17/16 | GST | REVIEW ORDER REGARDING MEDIATION TRANSFERRING MEDIATION AND SETTLEMENT ASPECT OF THIS CASE TO JUDGE ZILLY; MEMORANDA TO BE SUBMITTED TO JUDGE ZILLY WITHIN 10 DAYS BY JUDGE JAMES L. ROBART. REVIEW REPLY, FILED BY RECEIVER MICHAEL A GRASSMUECK, TO RESPONSE TO [237] MOTION FOR ORDER AUTHORIZING EXPANSION OF WIELAND-DAVCO CORPORATION'S EMPLOYMENT AND COMPENSATION ON BEHALF OF THE RECEIVERSHIP ESTATE. REVIEW DECLARATION OF BRIAN LUCAS FILED BY RECEIVER MICHAEL A GRASSMUECK RE [237] MOTION FOR ORDER AUTHORIZING EXPANSION OF WIELAND-DAVCO CORPORATION'S EMPLOYMENT AND COMPENSATION ON BEHALF OF THE RECEIVERSHIP ESTATE. | 0.30 | 133.50 |
| 03/18/16 | DKC | FOLLOW UP ON AND REVIEW EMAILS RE MISC. ITEMS (TOWER, BELLEVUE HOUSE) | 0.30 | 133.50 |
| 03/22/16 | DKC | WORK ON TAX MATTERS RELATED TO INVESTORS (WRONG K1 INFORMATION AND STRATEGIES FOR SAME) | 0.40 | 178.00 |
| 03/22/16 | DKC | REVIEW AND RESPOND TO EMAIL FROM DARGEY'S' COUNSEL REGARDING REMOVAL OF AMDO EQUIPMENT FROM TWO SITES; CONFER WITH RECEIVER'S TEAM RE SAME; DISCUSSION WITH SHAWN BRIGHT-LARSON. | 0.40 | 178.00 |
| 03/22/16 | GST | REVIEW RESPONSE, BY DEFENDANTS LOBSANG DARGEY, DARGEY DEVELOPMENT, LLC, DARGEY ENTERPRISES, LLC, PATH OTHELLO, LLC, TO [244] MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY ORDER APPOINTING RECEIVER TO ADD ADDITIONAL RELIEF DEFENDANTS. REVIEW DECLARATION OF TODD S. FAIRCHILD FILED BY DEFENDANTS LOBSANG DARGEY, DARGEY DEVELOPMENT, LLC, DARGEY ENTERPRISES, LLC, PATH OTHELLO, LLC RE [244] MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY ORDER APPOINTING RECEIVER TO ADD ADDITIONAL RELIEF DEFENDANTS. | 0.30 | 133.50 |
| 03/23/16 | DKC | EMAILS (ACCOUNTANT, BAKER DONELSON AND INVESTORS COUNSEL) RE TAX RETURN CORRECTIONS FOR INVESTORS' K1'S. | 0.40 | 178.00 |
| 03/24/16 | DKC | EMAILS REGARDING PREPARATION OF NEXT FEE APPLICATION; RELAY INFORMATION TO IMMIGRATION COUNSEL AND PARALEGAL | 0.30 | 133.50 |
| 03/25/16 | DKC | QUERIES RELATED TO CORRECTION OF K1S FOR INVESTORS | 0.20 | 89.00 |
| 03/25/16 | DKC | RESPOND TO QUERY RELATED TO INSURANCE FOR REMOVAL OF AMDO EQUIPMENT; CONFER WITH RECEIVER'S TEAM REGARDING ADDING AS ADDITIONAL INSURED; REVIEW EMAILS RELATED TO PROPOSAL FROM POTENTIAL ACQUIRER RE CONTACTING VENDORS | 0.30 | 133.50 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 03/29/16 | GST | REVIEW ORDER BY JUDGE JAMES L. ROBART GRANTING THE RECEIVER'S [171] MOTION FOR AUTHORIZATION TO REALLOCATE AND EXPEND RECEIVERSHIP ASSETS FOR ADMINISTRATIVE OPERATIONS. | 0.10 | 44.50 |
| 03/30/16 | GST | CALL FROM WA DEPARTMENT OR REVENUE TO DISCUSS WHETHER REAL ESTATE CONVEYANCES TO RECEIVER FROM DARGEY ENTITIES ARE EXEMPT AS WELL AS CONVEYANCES BY RECEIVER PER RCW 82.45.010(3)(J) ARE EXEMPT. EMAIL FROM DOR WITH 2015 CASE ADDRESSING THIS OR SIMILAR ISSUE. EMAIL TO DOR. | 1.30 | 578.50 |
| 04/01/16 | DKC | FOLLOW-UP ON NEGOTIATIONS RE TOWER AND POSSIBILITY OF REGIONAL CENTER TRANSFER | 0.20 | 89.00 |
| 04/04/16 | XQW | REVISE THE TRANSLATION OF THE RECENT UPDATES SINCE USCIS TERMINATION | 0.20 | 85.00 |
| | | | 35.90 | 13,772.00 |

Category 5 - Claims Administration

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 02/24/16 | GST | CALL FROM JASON WAX RE; CLAIMS ISSUES AND STATUS OF CASE. | 0.20 | 89.00 |
|  |  |  | 0.20 | 89.00 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/20/16 | DKC | ASSIST PARALEGAL IN COORDINATING WITH INDEPENDENT CONTRACTOR, FORENSIC ACCOUNTANT AND IMMIGRATION COUNSEL BAKER DONELSON TO SCAN LOAN DOCUMENTS REQUIRED FOR I-829 APPLICATION | 0.50 | 222.50 |
| 01/20/16 | MJM | WORK ON THE DOCUMENT PRODUCTION PROJECT - DOCUMENTS FROM K ERICKSON, SCANNED AND LOADED TO THE BAKER DOCUMENT SHARE SITE | 4.20 | 756.00 |
| 01/26/16 | DKC | COORDINATE WITH ACCOUNTANT ON TRANSFER OF BOXES OF INVESTOR FILES TO ACCOUNTING FIRM FOR PURPOSES OF OBTAINING INVESTOR INFORMATION (.7); EMAILS REGARDING WEBSITE ADDITIONS (.4); RESPOND TO INVESTOR REGARDING STATUS OF K-1S FOR 2015, AND PROPOSE WEBSITE UPDATE RE SAME (.4) | 1.50 | 667.50 |
| 01/30/16 | DKC | EMAILS WITH RECEIVER AND MS. ERICKSON RE RETRIEVING ACCOUNTING AND FINANCIAL RECORDS WHICH WERE SEIZED BY FBI | 0.30 | 133.50 |
| 01/31/16 | DKC | COORDINATE WITH KAMI ERICKSON, RECEIVER AND FBI/AUSA TO RETRIEVE ACCOUNTING DOCUMENTS IN POSSESSION OF FBI | 0.50 | 222.50 |
| 02/01/16 | DKC | ONGOING COORDINATION WITH FBI, MS. ERICKSON, RECEIVER AND ACCOUNTANT REGARDING RETRIEVAL OF DOCUMENTS FROM FBI | 0.60 | 267.00 |
| | | | 7.60 | 2,269.00 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/04/16 | DKC | REVIEW STATUS OF INVESTOR FUNDS BEING RELEASED FROM ESCROW, REVIEW COURT ORDER REGARDING RELEASES, AND RESPOND TO QUERIES FROM INVESTORS AND CENTRAL ESCROW; EMAILS MR. DIVINE RE NOIT | 1.20 | 534.00 |
| 01/04/16 | DKC | WEBSITE MAINTENANCE: WORK ON AND REVIEW ORGANIZATION OF RECEIVER'S WEBSITE AS IT PERTAINS TO INVESTOR INFORMATION; SUBMIT PROPOSED REVISIONS AND REVIEW SUBMISSIONS FROM MS. SUN REGARDING CURRENT STATUS AND NOIT FOR TOWER | 1.10 | 489.50 |
| 01/05/16 | DKC | DISCUSSION WITH RECEIVER AND ATTORNEY FARRELL REGARDING STATUS OF RECEIVERSHIP AS IT RELATES TO EB-5 INVESTORS, INCLUDING CONTINUED WORK ON WEBSITE FOR INVESTORS AND CREDITORS, | 1.50 | 667.50 |
| 01/05/16 | DKC | MEETING WITH SEATTLE REGIONAL CENTER EXECUTIVE DIRECTOR AND HIS COUNSEL TO DISCUSS POSSIBLE OUTCOMES FOR TOWER PROJECT | 1.00 | 445.00 |
| 01/05/16 | LES | SEARCHED COURT DOCUMENTS FOR NAMES OF INVESTORS HELD IN ESCROWS WHOSE FUNDS WERE RELEASED. BUILT SPREADSHEET LISTING NAMES, AMOUNTS AND ESCROW ACCOUNT NUMBERS. | 0.50 | 105.00 |
| 01/06/16 | DKC | WORK ON WEBSITE OVERHAUL TO BETTER EMPHASIZE INVESTOR INFORMATION; MEET WITH WEB DESIGNER AND RECEIVER RE SAME | 2.30 | 1,023.50 |
| 01/07/16 | DKC | WORK ON WEBSITE OVERHAUL TO MAKE IT EASIER FOR INVESTORS TO USE, INCLUDING REDESIGN, FORWARDING DOCUMENTS TO BE PLACED ON THE SITE, AND REVIEWING LIST OF CASES AND NOTING WRONGFUL LINKS; COORDINATE SAME WITH WEB MANAGER AND RECEIVER | 2.50 | 1,112.50 |
| 01/08/16 | DKC | WORK ON WEBSITE DESIGN AND COORDINATION OF ITEMS FOR CHINESE TRANSLATION | 1.00 | 445.00 |
| 01/08/16 | DKC | REVIEW OF ATTORNEY DIVINE'S PROPOSED CORRESPONDENCE TO USCIS REGARDING REGIONAL CENTERS AND COORDINATE REPLIES TO SAME; REVIEW WITH ATTORNEY WANG | 0.80 | 356.00 |
| 01/08/16 | XQW | REVISE CHINESE TRANSLATIONS, COMMUNICATE WITH YUJING; DISCUSS WITH DIANA FOR WEBSITE. | 1.00 | 425.00 |
| 01/11/16 | DKC | WORK ON WEBSITE TO ADD CORRECTED RESPONSE TO NOIT; REVIEW AND RESPOND TO RECEIVER RE LETTER FROM SEVERAL INVESTORS | 0.70 | 311.50 |
| 01/11/16 | XQW | FINALIZE THE NOIT TRANSLATION FOR WEBSITE. | 0.20 | 85.00 |
| 01/12/16 | XQW | TRANSLATE INTO CHINESE MICHAEL G'S EMAIL TO INVESTORS. | 0.10 | 42.50 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 01/13/16 | DKC | WORK ON MESSAGE TO INVESTORS ABOUT WEBSITE AND ACCESSING SAME; REVIEW QUERIES; | 0.50 | 222.50 |
| 01/14/16 | DKC | DISCUSSION WITH ATTORNEY PETERSON RE CLOSURE OF PATH AMERICA ASIA AND IMPLICATIONS FOR INVESTORS; COORDINATE SAME WITH ATTORNEY DIVINE | 0.30 | 133.50 |
| 01/14/16 | XQW | REVIEW ADMIN FEE CONTRACT BY PAA WITH INVESTORS, COMMUNICATE BACK TO DIANA. | 0.20 | 85.00 |
| 01/15/16 | DKC | COORDINATE WITH ATTORNEY DIVINE REGARDING ADMIN FEES AND RESPOND TO REQUEST FROM PATH AMERICA ASIA COUNSEL | 0.30 | 133.50 |
| 01/20/16 | DKC | REVIEW NOIT RESPONSE FOR KINGCO, WRITE STATEMENT OF SAME TO PLACE ON RECEIVER'S WEBSITE, AND COORDINATE SAME WITH RECEIVER AND WEB MANAGER | 0.90 | 400.50 |
| 01/21/16 | DKC | WORK ON EB5 MATTERS, INCLUDING COORDINATION AND STATUS OF 829 APPLICATION, EMAILS RE DISCUSSIONS WITH POTENTIAL PURCHASER INTERESTED IN ACQUIRING TOWER AND PROTECTING EB5 STATUS | 1.00 | 445.00 |
| 01/25/16 | DKC | REVIEW INVESTOR FILES TO LOCATE ADDRESSES FOR INVESTORS AND EMAILS TO ACCOUNTANTS RE RETRIEVAL OF SAME, IN PREPARATION FOR TAX MATTERS (.8); RESPOND TO COUNSEL TO INVESTORS RE SAME (.2) | 1.00 | 445.00 |
| 01/25/16 | DKC | REVIEW PROPOSED DECLARATION FROM ATTORNEY DIVINE REGARDING IMPACT OF TOWER ON INVESTORS AND EMAILS RE SAME | 0.40 | 178.00 |
| 01/26/16 | DKC | RESPOND TO QUERY FROM ATTORNEY CEDILLO REGARDING INVESTOR REQUEST FOR REFUND AND EMAILS WITH CENTRAL ESCROW RE SAME (.5) EMAILS WITH YUJING AND RECEIVER'S REAM REGARDING REQUEST FOR REFUND FROM INVESTOR WHOSE FUNDS WERE INADVERTENTLY RELEASED (.5) | 1.00 | 445.00 |
| 01/27/16 | DKC | WORK ON WEBSITE MATTERS | 0.30 | 133.50 |
| 01/27/16 | DKC | CONFERENCE CALL WITH IMMIGRATION COUNSEL, FORENSIC ACCOUNTANT AND INDEPENDENT CONTRACTOR RE STATUS OF I-829 FILING AND ITEMS NEEDED TO COMPLETE THE PACKAGE; AND FOLLOW-UP (REVIEW TASK LIST) | 1.30 | 578.50 |
| 01/27/16 | XQW | TRANSLATE THE UPDATES AS OF JAN 27, 2016; EMAIL DIANA. | 0.30 | 127.50 |
| 01/28/16 | DKC | REVIEW EMAILS REGARDING 829 APPLICATION MATERIALS AND COORDINATE SAME WITH IMMIGRATION COUNSEL AND FORENSIC ACCOUNTANT (1.); SUBMIT ITEM TO WEBSITE RELATED TO K1'S FOR INVESTORS (.5) | 1.50 | 667.50 |
| 01/29/16 | DKC | REVIEW EMAILS RE PRODUCTION OF 829 MATERIALS RE VOYA, ETC. | 0.30 | 133.50 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 02/01/16 | DKC | ONGOING COORDINATION OF DOCUMENTS REQUIRED FOR 829 APPLICATION; REVIEW OF EMAIL EXCHANGE REGARDING HOTEL EXPENDITURES | 0.30 | 133.50 |
| 02/02/16 | DKC | WORK ON EB-5 DOCUMENTATION, INCLUDING DRAFTING LETTER FOR HOTEL OWNER RE SUBMISSIONS FOR HOTEL EXPENSES; COORDINATE WITH FBI ON DOCUMENT RETRIEVAL | 0.50 | 222.50 |
| 02/08/16 | DKC | WORK ON EB-5 INVESTOR MATTERS, INCLUDING (A) EMAILS WITH INVESTORS' COUNSEL RE STATUS OF 829 APPLICATION (.4); EMAILS WITH IMMIGRATION COUNSEL AND ACCOUNTANT REGARDING INVESTMENT NEEDED FOR FARMERS MARKET (.4); (EMAILS WITH WEBSITE MANAGER RE LISTING OF MOTIONS TO PROVIDE ADDITIONAL INFORMATION TO INVESTORS (.3) | 1.10 | 489.50 |
| 02/09/16 | DKC | ASSIST IN COORDINATING RETRIEVAL OF INFORMATION FOR 829 APPLICATION AND FINANCIAL REPORTING, INCLUDING UPDATE FOR ECONOMIC REPORT, | 0.50 | 222.50 |
| 02/10/16 | DKC | COORDINATE ON SEVERAL 829 MATTERS, INCLUDING DECLARATION FOR FORENSIC ACCOUNTANT, LETTER RE HOTEL DOCUMENTS; RETENTION OF BUSINESS ANALYST TO UPDATE BUSINESS REPORT | 0.50 | 222.50 |
| 02/11/16 | DKC | I829 MATTERS, INCLUDING REVIEW OF STRUCTURE FOR 829 APPLICATION, LETTER FROM ED REGARDING EVERETT HOSPITALITY | 0.80 | 356.00 |
| 02/18/16 | GST | EMAILS FROM MELANIE DIVINE, GREG GADAWSKI, DIANA CAREY AND ROBERT DIVINE RE: FARMERS MARKET I-829 ISSUES. | 0.30 | 133.50 |
| 03/04/16 | DKC | REVIEW QUERIES FOR EB-5 INFORMATION AND FORWARD SAME | 0.30 | 133.50 |
| 03/10/16 | DKC | FOLLOW-UP ON QUERIES FROM DARGEY'S COUNSEL RELATED TO EB-5 MATTERS, COMMUNICATIONS WITH USCIS | 1.00 | 445.00 |
| 03/11/16 | DKC | RESPOND TO QUERY FROM DARGEY'S COUNSEL FOR I829 APPLICATION PACKAGE; FORWARD SAME AND RESPOND TO QUERIES | 1.00 | 445.00 |
| 03/14/16 | DKC | COORDINATE PROVIDING BACKUP INFORMATION TO DARGEY'S COUNSEL REGARDING DISALLOWED EXPENSES IN I829 APPLICATION, INCLUDING REVIEW OF GADAWSKI DECLARATION | 0.80 | 356.00 |
| 03/18/16 | DKC | EMAILS TO ACCOUNTANT AND ALL INVESTORS' COUNSEL REGARDING PREPARATION OF INVESTORS' K1S FOR 2015 AND CORRECTION OF PRIOR ONES; REQUEST FOR UPDATED INFORMATION TO CORRECT INACCURATE INFORMATION | 1.00 | 445.00 |
| 03/28/16 | DKC | SEVERAL EMAILS REGARDING AND ASSESSING TERMINATION OF REGIONAL CENTER STATUS FOR THE TOWER | 0.50 | 222.50 |

| Date | Prof | Descp | Hours | Amount |
|---|---|---|---|---|
| 03/29/16 | DKC | FOLLOW-UP ON NOTICE OF TERMINATION OF KINGCO REGIONAL CENTER | 0.20 | 89.00 |
| 03/30/16 | DKC | CONTINUED REVIEW OF NOTICE OF TERMINATION FOR TOWER; RESPOND TO QUERIES FROM INVESTORS' COUNSEL, AND WORK ON ADDING NOTICE TO WEBSITE (COORDINATE TRANSLATION INTO CHINESE); FORWARD NOIT TO INVESTORS' COUNSEL; REVIEW PROPOSAL FOR ANOTHER REGIONAL CENTER TO TAKE OVER TOWER | 1.30 | 578.50 |
| 03/30/16 | XQW | TRANSLATE THE UPDATES ON USCIS DECISION AND RECEIVER'S MOVE. | 0.20 | 85.00 |
| | | | 33.50 | 14,750.00 |