The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>Defendants, and,<br><br>POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; and PATH OTHELLO, LLC,<br><br>Relief Defendants. | Case No. 2:15-cv-01350-JLR<br><br>[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A. GRASSMUECK (January 2016 through March 2016) |

**[PROPOSED] ORDER**

This matter came before the Court on the Quarterly Status Report of Receiver, Michael A. Grassmueck (January 2016 through March 2016) ("Receiver's Report"), filed on April 29, 2016 by Michael A. Grassmueck (the "Receiver") the Court-appointed receiver for Path America, LLC;

[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN
QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A.
GRASSMUECK (January 2016 through March 2016)

1042402.01/LA                                -1-

Path America SnoCo, LLC; Path America Farmer's Market, LP; Path America KingCo, LLC; Path America Tower, LP; Path Tower Seattle, LP; Potala Tower Seattle, LLC; Potala Shoreline, LLC; and Potala Village Kirkland, LLC (collectively, the "Receivership Entities" or "Entities"), which seeks this Court's authorization and instructions with respect to the Receiver's administration of this receivership. The Court, having considered the Receiver's Report, the facts contained therein, and other pleadings filed in this action, and good cause appearing therefor, hereby ORDERS, ADJUDGES AND DECREES as follows:

1. The Receiver's Report and the information presented therein are accepted;

2. The Receiver is authorized and instructed to continue administering the Receivership Entities in accordance with the terms of the appointment order; and

3. The Receiver is authorized and instructed to undertake the recommendations presented in the Receiver's Report.

IT IS SO ORDERED.

Dated this 25th day of May, 2016.

Hon. James L. Robart
Judge, United States District Court

Presented By:

By: *s/ Michael R. Farrell*
David R. Zaro, Esq. #124334 (CA)
*(Pro Hac Vice Granted Oct. 26, 2015)*
Michael R. Farrell, Esq. #173831 (CA)
*(Pro Hac Vice Granted Nov. 6, 2015)*
Allen Matkins Leck Gamble Mallory
& Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816 F
E-mail:   dzaro@allenmatkins.com
          mfarrell@allenmatkins.com
*Attorneys for Receiver*
MICHAEL A. GRASSMUECK

[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN
QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A.
GRASSMUECK (January 2016 through March 2016)

1042402.01/LA                              -2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Dated: May 6, 2016

                                       *s/ Michael R. Farrell*
                                       David R. Zaro
                                       *(Pro Hac Vice Granted Nov 6, 2015)*
                                       Allen Matkins Leck Gamble Mallory & Natsis LLP

[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN
QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A.
GRASSMUECK (January 2016 through March 2016)

1042402.01/LA                                          -3-