THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  WESTERN DISTRICT OF WASHINGTON

10                         SEATTLE DIVISION

11

| | |
|---|---|
| 12  SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-15-1350-JLR |
| 13              Plaintiff, | |
| 14        vs. | STIPULATION AND [PROPOSED] ORDER RE: NONPARTY VOYA INSURANCE AND ANNUITY COMPANY'S APPEARANCE TO ASSERT CLAIMS AS SECURED CREDITOR OF CERTAIN RECEIVERSHIP PROPERTY |
| 15  PATH AMERICA, LLC et al., | |
| 16          Defendants and Relief Defendants. | |
| 17 | |

18

19

20

21

22

23

24

25

26

27

28

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
(415) 705-2500

Case 2:15-cv-01350-JLR   Document 337   Filed 05/24/16   Page 2 of 4

## STIPULATION

The Plaintiff Securities and Exchange Commission ("the SEC"), the Receiver, Michael Grassmueck, and nonparty Voya Insurance and Annuity Company ("Voya"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS on January 14, 2016, the Court entered an Order denying Voya's Motion to Intervene in this case, and on February 12, 2016 Voya filed a notice of appeal from the Order;

WHEREAS Voya is an interested person in the receivership estate under the control of the Receiver, by virtue of its secured interest in property under the control of the Receiver, having provided a loan that is secured by a deed of trust over the real property and improvements comprising the Potala Farmer's Market Project located at 2900 Grand Avenue, Everett, Snohomish County, Washington 98201 (the "Market Project");

WHEREAS the SEC and the Receiver understand that Voya may have need to formally object to actions or proposed actions of the Receiver, or to otherwise seek redress from the Court in furtherance of its secured interest, and do not object to Voya's appearance in this case as an interested person for such purposes without the need to first seek leave of the Court to intervene as a party;

NOW, THEREFORE, the SEC, the Receiver, and Voya hereby stipulate and agree:

Voya may appear and be heard in this case as an interested person for the purpose of objecting to, or supporting, the actions or proposed actions of the Receiver that Voya believes may affect its secured interest in property under the control of the Receiver, or seek redress from the Court in furtherance of its secured interest, including the right to file motions for such purposes, without the need to first seek leave of the Court to intervene as a party.

Stipulation and [Proposed] Order re Nonparty Voya          1
Case No. C-15-1350-JLR

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
(415) 705-2500

1  STIPULATED AND AGREED TO BY:

2  Dated: May   , 2016                    /s/ *Susan F. LaMarca*
                                         Susan F. LaMarca
3                                        Andrew J. Hefty
                                         SECURITIES AND EXCHANGE COMMISSION
4                                        44 Montgomery Street, Suite 2800
                                         San Francisco, CA 94104
5
6                                        /s/
                                         David W. Criswell
7                                        BALL JANIK LLP
                                         101 SW Main Street, Suite 1100
8                                        Portland, OR  97204
                                         Attorneys for
9                                        VOYA Insurance and Annuity Company

10
                                         /s/ *Michael Farrell*
11                                       David R. Zaro
                                         Michael Farrell
12                                       ALLEN MATKINS LECK GAMBLE MALLORY
                                         & NATSIS
13                                       515 S. Figueroa Street, 7th Floor
                                         Los Angeles, CA 90071
14                                       Attorneys for Receiver

15
                                    [PROPOSED] ORDER
16

17 Based upon the Above Stipulation:

18     Voya may appear and be heard in this case as an interested person for the purpose of

19     objecting to, or supporting, the actions or proposed actions of the Receiver that Voya

20     believes may affect its secured interest in property under the control of the Receiver, or

21     seek redress from the Court in furtherance of its secured interest, including the right to file

22     motions for such purposes, without the need to first seek leave of the Court to intervene as

23     a party.

24 IT IS SO ORDERED.

25 Dated: this 25 day of ___May___, 2016

26

27

                                         JAMES L. ROBART
28                                       United States District Judge

Stipulation and [Proposed] Order re Nonparty Voya        2        Securities and Exchange Commission
Case No. C-15-1350-JLR                                            44 Montgomery Street, Suite 2800
                                                                  San Francisco, California 94104
                                                                  (415) 705-2500

Case 2:15-cv-01350-JLR   Document 337   Filed 05/24/16   Page 4 of 4

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on May 24, 2016, I caused the foregoing document to be electronically

3   filed with the Clerk of the Court using the CM/ECF system which will send notification of the

4   filing to all counsel of record.

5

6   Dated:  May 24, 2016            *s/ Michael R. Farrell*

                              Michael R. Farrell, Esq. #173831 (CA)

7                              *(Pro Hac Vice Granted Nov. 6, 2015)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

STIPULATION AND [PROPOSED]ORDER RE:
NONPARTY VOYA INSURANCE AND
ANNUITY COMPANY'S APPEARANCE TO
ASSERT CLAIMS    2:15-CV-01350           3

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
(415) 705-2500