UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants. | CASE NO. C15-1350JLR<br><br>SECOND ORDER REGARDING FEE APPLICATIONS |

Before the court are eight fee applications: **(1)** the second quarterly application for compensation for Receiver Michael A. Grassmueck's ("the Receiver") immigration counsel, Baker Donelson, in the amounts of $18,873.00 in fees and $5.25 in costs, which seeks an order authorizing disbursement of 80% of the total requested fees and costs (Dkt. # 290); **(2)** the second quarterly application for compensation for the Receiver's local counsel, Karr Tuttle Campbell, P.S. ("Karr Tuttle"), in the amounts of $56,672.00 in fees and $1,543.80 in costs, which seeks an order authorizing disbursement of 80% of the

ORDER- 1

total requested fees and costs (Dkt # 292); **(3)** the second interim fee application of Financial Forensics, the Receiver's forensic accountants, in the amounts of $45,361.00 in fees and $489.43 in expenses, which seeks an order authorizing disbursement of 80% of the requested fees and expenses (Dkt. # 295); **(4)** the second interim fee application of the Receiver's general counsel, Allen Matkins Leck Gamble Malory & Natsis, LLP ("Allen Matkins"), in the amounts of $346,172.85 in fees and $2,087.20 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 297); **(5)** the second interim fee application of McCullough Hill Leary, PS ("McCullough"), the Receiver's counsel for the receivership entity Potala Tower Seattle, LLC, in the amount of $3,696.50 in fees, which seeks an order authorizing disbursement of 80% of the requested fees (Dkt. # 299); **(6)** the first interim fee application of Johns Monroe Mitsunaga Kolouskova PLLC ("JMMK"), counsel for Relief Defendant Potala Village Kirkland, LLC, in the amounts of $13,972.50 in fees and $128.46 in expenses, which seeks an order authorizing disbursement of 80% of the requested fees and expenses (Dkt. # 301); **(7)** the second interim fee application of the Receiver in the amounts of $104,231.50 in fees and $3,036.44 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 304); and **(8)** the first interim fee application of Caron Architecture, LLC ("Caron"), contracted architect for Relief Defendants Potala Shoreline, LLC, and Potala Village Kirkland, LLC, in the amounts of $25,688.00 in fees and $606.62 in expenses, which seeks an order authorizing disbursement of 80% of the requested fees and expenses (Dkt. # 306).

No party has filed an opposition to any of the foregoing fee applications. (*See generally* Dkt.) Plaintiff Securities and Exchange Commission has filed a statement of non-opposition to the fee applications. (SEC Resp. (Dkt. # 329) at 2.)

The court finds that the fees and costs represented in each of the foregoing fee applications are reasonable and necessary, notice of the fee applications was appropriate, the fee applications are in accord with the Order Appointing Receiver (Order (Dkt. # 88) ¶¶ 55-59), and the services provided were of substantial benefit to the estate. Accordingly, the court GRANTS the fee applications listed above (Dkt. ## 290, 292, 295, 297, 299, 301, 304, 306) and APPROVES on an interim basis the following application amounts:

| Applicant: | Period: | Fees: | Costs: | Total: |
| --- | --- | --- | --- | --- |
| Baker Donelson | January 1, 2016, through March 31, 2016 | $18,873.00 | $5.25 | $18,878.25 |
| Karr Tuttle | January 1, 2016, through March 31, 2016 | $56,672.00 | $1,543.80 | $58,215.80 |
| Financial Forensics | January 1, 2016, through March 31, 2016 | $45,361.00 | $489.43 | $45,850.43 |
| Allen Matkins | January 1, 2016, through March 31, 2016 | $346,172.85 | $2,087.20 | $348,260.05 |
| McCullough | January 1, 2016, through March 31, 2016 | $3,696.50 | $00.00 | $3,696.50 |
| JMMK | December 7, 2015, through March 31, 2015 | $13,972.50 | $128.46 | $14,100.96 |
| Receiver Michael A. Grassmueck | January 1, 2016, through March 31, 2016 | $104,231.50 | $3,036.44 | $107,267.94 |

ORDER- 3

| Applicant: | Period: | Fees: | Costs: | Total: |
|---|---|---|---|---|
| Caron | December 1, 2015, through March 31, 2016 | $25,688.00 | $606.62 | $26,294.62 |

The court further ORDERS that the Receiver is authorized to disburse 80% of the foregoing approved fees and costs at this time to the foregoing respective applicants, as described below:

(1) The court AUTHORIZES the Receiver to disburse $15,102.60 to Baker Donelson.

(2) The court AUTHORIZES the Receiver to disburse $46,572.64 to Karr Tuttle.

(3) The court AUTHORIZES the Receiver to disburse $36,680.34 to Financial Forensics.

(4) The court AUTHORIZES the Receiver to disburse $278,608.04 to Allen Matkins.

(5) The court AUTHORIZES the Receiver to disburse $2,957.20 to McCullough.

(6) The court AUTHORIZES the Receiver to disburse $11,280.77 to JMMK.

(7) The court AUTHORIZES the Receiver to disburse $85.814.35 to the Receiver.

(8) The court AUTHORIZES the Receiver to disburse $21,035.70 to Caron.

Dated this 3rd day of June, 2016.

JAMES L. ROBART
United States District Judge

ORDER- 4