UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants, and,<br><br>POTALA SHORELINE, LLC, et al.,<br><br>Relief Defendants. | CASE NO. C15-1350JLR<br><br>ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO PROCEED WITH BUSINESS PLAN FOR POTALA MARKETPLACE |

Before the court is Receiver Michael A. Grassmueck's ("Receiver") motion for authority to proceed with his business plan for Potala Marketplace. (Mot. (Dkt. # 373).) Receiver's motion seeks authorization to proceed with work in accordance with the Business Plan for the Potala Marketplace dated July 1, 2016 ("Business Plan"). (*See* 7/14/16 Grassmueck Decl. (Dkt # 374) ¶ 2, Ex. A (attaching Business Plan).) The court

ORDER- 1

1 has reviewed the motion, all submissions of the parties related to the motion, other
2 relevant portions of the record, and the applicable law.  In particular, the court notes that
3 Plaintiff Securities and Exchange Commission does not oppose the motion (SEC Resp.
4 (Dkt. # 381) at 1), and Defendant Losbang Dargey "joins the receiver" and requests that
5 the court grant the motion (Dargey Resp. (Dkt # 380) at 1, 8).
6     Accordingly, the court GRANTS Receiver's motion (Dkt. # 373) and
7 AUTHORIZES Receiver to proceed with the Business Plan subject to further orders from
8 this court regarding the financing of the project and engagement of The Carlin Company.
9     Dated this 22nd day of August, 2016.

JAMES L. ROBART
United States District Judge

ORDER- 2