1

2

3

4

5

6

7

The Honorable James L. Robart

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

SEATTLE DIVISION

| 11 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:15-cv-01350-JLR |
|----|----|----|
| 12 | | STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO EXTEND CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE PROJECT |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY, | NOTE ON MOTION CALENDAR: Date of Filing per [Local Civil Rules 10(g), 7(d)1] |
| 16 | | |
| 17 | | |
| 18 | Defendants, and, | |
| 19 | POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; PATH OTHELLO, LLC; PATH FARMER'S MARKET, LLC; and DARGEY HOLDINGS, LLC, | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Relief Defendants. | |

24

25

26

27

28

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
865 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309
213.622.5555 P | 213.620.8816 F

**STIPULATED MOTION**

**PLEASE TAKE NOTICE** that Michael A. Grassmueck (the "Receiver"), the court-appointed Receiver for Path America LLC; Path America SnoCo LLC; Path America Farmer's Market, LP; Potala Shoreline, LLC; Potala Village Kirkland, LLC; Dargey Development, LLC; Dargey Enterprises, LLC; Path Farmer's Market, LLC; and Dargey Holdings, LLC, and Plaintiff Securities and Exchange Commission ("SEC")[1], hereby file this stipulated motion ("Stipulated Motion") for an order granting a short extension to the existing May 30, 2017 closing deadline for the restructuring transaction for the commercial development project commonly known as Everett Farmers Market ("Marketplace Project") submitted by EB5 Group, LLC ("EB5G").

**WHEREAS**, on May 16, 2017, the Court entered an Order Granting Motion for Final Approval of the Disposition of the Marketplace Project (the "Final Approval Order") which, among other things, provided that the closing of the restructuring transaction for the Marketplace Project shall be completed on or before May 30, 2017;

**WHEREAS**, the Final Agreements, as defined in the Final Approval Order, and approved by this Court, also specified that closing would occur by May 30, 2017;

**WHEREAS**, since the entry of the Final Approval Order, the Receiver and EB5G have continued to diligently work to finalize all aspects of the restructuring transaction in order to facilitate a closing on or before May 30, 2017, including coordinating with the title company handling the closing to ensure all appropriate documents and instructions are prepared and approved, negotiating and securing releases of relevant existing liens encumbering the property, and to comply with additional requirements to closing imposed by the existing lender for the Marketplace Project, Voya Insurance and Annuity Company;

**WHEREAS**, the Receiver and EB5G are diligently working to meet all requirements to closing but request a short extension of the present closing deadline. While the Receiver and EB5G will continue working to meet the original deadline, there may be delays beyond such

---

[1]   The Receiver and the SEC are together referred to herein as the "Parties."

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND
CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE
PROJECT
2:15-cv-01350-JLR
1081470.01/LA                                    -1-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-2543
213.622.5555 P | 213.620.8816 F

1 | parties' control. Accordingly, a short extension is appropriate to ensure all closing requirements

2 | can be met and all necessary documents and funds submitted to escrow for closing.

3 | **WHEREAS**, the Receiver and EB5G anticipate that all closing requirements can be met

4 | on or before June 9, 2017, and expressly agree to an extension of the closing deadline to this date

5 | notwithstanding anything stated to the contrary in the Final Agreements;

6 | **WHEREAS**, EB5G's agreement to the extension of the closing deadline to June 9, 2017, is

7 | as reflected in its counsel's email to the Receiver, a true and correct copy of which is attached

8 | hereto as **Exhibit A**;

9 | **WHEREAS**, the Parties hereto have conferred regarding extending the deadline to close

10 | the restructuring transaction for the Marketplace Project, and have agreed that the current deadline

11 | of May 30, 2017 should be extended to June 9, 2017.

12 |

13 | **THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

14 | 1.      The deadline to close the restructuring transaction for the Marketplace Project, is to

15 | be extended to June 9, 2017; and

16 | 2.      All other deadlines and requirements established in the Final Approval Order shall

17 | otherwise remain unchanged.

18 | **IT IS SO STIPULATED.**

19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND
CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE
PROJECT
2:15-cv-01350-JLR
1081470.01/LA

-2-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-2543
213.622.5555 P | 213.620.8816 F

1    Dated:  May 25, 2017                    ALLEN MATKINS LECK GAMBLE
                                             MALLORY & NATSIS LLP
2

3                                            By:     /s/ Michael R. Farrell

4                                                    David R. Zaro, Esq. #124334 (CA)
                                                     *(Pro Hac Vice Granted Oct. 26, 2015)*
5                                                    Michael R. Farrell, Esq. #173831 (CA)
                                                     *(Pro Hac Vice Granted Nov. 6, 2015)*
6                                                    Allen Matkins Leck Gamble Mallory
                                                        & Natsis LLP
7                                                    865 S. Figueroa Street, 28th Floor
                                                     Los Angeles, CA  90017-2543
8                                                    213.622.5555 P  |  213.620.8816 F
                                                     E-mail:     dzaro@allenmatkins.com
9                                                                 mfarrell@allenmatkins.com
                                                     *Attorneys for Receiver*
10                                                   *MICHAEL A. GRASSMUECK*

11

12   Dated:  May 25, 2017                    SECURITIES AND EXCHANGE
                                             COMMISSION
13

14
                                             By:     /s/ Susan F. LaMarca
15                                                   Susan F. LaMarca
                                                     Bernard B. Smyth
16                                                   Andrew J. Hefty
                                                     44 Montgomery Street, Suite 2800
17                                                   San Francisco, CA  94104
                                                     Tel: 415-705-2500
18                                                   lamarcas@sec.gov
                                                     smythb@sec.gov
19                                                   heftya@sec.gov

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND
CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE
PROJECT
2:15-cv-01350-JLR
1081470.01/LA                                          -3-                    Allen Matkins Leck Gamble Mallory & Natsis LLP
                                                                              865 S. Figueroa Street, Suite 2800
                                                                              Los Angeles, CA  90017-2543
                                                                              213.622.5555 P | 213.620.8816 F

1

**[~~PROPOSED~~] ORDER**

2       The Court, having read the Stipulated Motion and Proposed Order to Extend Closing

3   Deadline for Restructuring of Marketplace Project, (the "Stipulated Motion"), filed by Michael A.

4   Grassmueck, the Court-appointed receiver for Path America LLC; Path America SnoCo LLC;

5   Path America Farmer's Market, LP; Potala Shoreline, LLC; Potala Village Kirkland, LLC; Dargey

6   Development, LLC; Dargey Enterprises, LLC; Path Farmer's Market, LLC; and Dargey Holdings,

7   LLC, and Plaintiff Securities and Exchange Commission—which seeks an order extending the

8   present deadline to close the restructuring transaction for the mixed use development project

9   currently known as Potala Marketplace (the "Marketplace Project"), located at 2900 Grand

10  Avenue, Everett, Washington as approved by this Court's Order Granting Motion for Final

11  Approval of the Disposition of the Marketplace Project (the "Final Approval Order") entered on

12  May 16, 2017—and good cause appearing therefor, hereby **ORDERS** as follows:

13       1.      The Stipulated Motion is hereby Approved;

14       2.      The present May 30, 2017 deadline to close the restructuring transaction for the

15  Marketplace Project is hereby extended to June 9, 2017; and

16       3.      All other deadlines and requirements established in the Final Approval Order shall

17  otherwise remain unchanged.

18

19  **IT IS SO ORDERED.**

20

21

22  Dated: ___May 26___, 2017

23                                                    Hon. James L. Robart
                                                      Judge, United States District Court

24

25

26

27

28

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND
CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE
PROJECT
2:15-cv-01350-JLR
1081470.01/LA

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

-4-

1

## CERTIFICATION OF MEET AND CONFER

2       In accordance with Local Civil Rule 5(g)(3)(A), I hereby certify that I met and conferred

3 with all other parties to this Stipulated Motion and Proposed Order to Extend Closing Deadline for

4 Restructuring of Marketplace Project on May 25, 2017, by way of e-mail communications with

5 counsel for the Parties, and the Parties agree that the May 30, 2017 deadline previously established

6 by the Court to close the restructuring transaction for the mixed use development project currently

7 known as Potala Marketplace, located at 2900 Grand Avenue, Everett, Washington should be

8 extended to June 9, 2017.

9

10 Dated: May 25, 2017                    _/s/ Michael R. Farrell_

11                               Michael R. Farrell, Esq. #173831 (CA)
                              _(Pro Hac Vice Granted Nov. 6, 2015)_

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND
CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE
PROJECT
2:15-cv-01350-JLR
1081470.01/LA                         -5-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

1

## CERTIFICATE OF SERVICE

2

     I hereby certify that on May 25, 2017, I caused the foregoing document to be electronically

3

filed with the Clerk of the Court using the CM/ECF system which will send notification of the

4

filing to all counsel of record.

5

6   Dated:  May 25, 2017                   */s/ Michael R. Farrell*

                                           Michael R. Farrell, Esq. #173831 (CA)

7                                 *(Pro Hac Vice Granted Nov. 6, 2015)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND
CLOSING DEADLINE FOR RESTRUCTURING OF MARKETPLACE
PROJECT
2:15-cv-01350-JLR
1081470.01/LA

-6-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-2543
213.622.5555 P | 213.620.8816 F