UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHNAGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>PATH AMERICA, LLC, et al.,<br><br>　　　　　　　　Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>　　　　　　　　Relief Defendants. | CASE NO. C15-1350JLR<br><br>ORDER DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT |

On March 3, 2017, the court entered final judgment as to Defendant Losbang Dargey and Relief Defendant Path Othello, LLC (Final Jgmt. (Dkt. # 509)) based on the parties' stipulated consent to judgment (Stip. (Dkt. # 506)). All of the remaining Defendants and Relief Defendants are in Receivership. (*See* Ord. App. Receiver (Dkt. # 88); Ord. Mod. Receivership (Dkt. # 375).) Trial in this matter is presently set for

ORDER - 1

December 4, 2017. (Sched. Ord. (Dkt. # 429).) The court therefore ORDERS the remaining parties to file a joint status report within seven (7) days of the filing date of this order stating what, if any, issues remain for trial, the number of days required for any such trial, and a proposed case schedule to bring this matter to resolution.

Dated this 21st day of June, 2017.

JAMES L. ROBART
United States District Judge