UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>PATH AMERICA, LLC, et al.,<br><br>                Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>                Relief Defendants. | CASE NO. C15-1350JLR<br><br>SIXTH ORDER REGARDING FEE APPLICATIONS |

Before the court are seven fee applications: **(1)** the sixth interim fee application of Receiver Michael A. Grassmueck ("the Receiver") for $45,934.00 in fees and $2,502.79 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 533); **(2)** the fifth interim fee application of Caron Architecture, LLC ("Caron"), which is the contracted architect for the Potala Shoreline and Potala Village

ORDER- 1

Kirkland projects, for $65,562.50 in fees and $354.90 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 537); **(3)** the sixth interim fee application of the Receiver's general counsel, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), for $396,192.60 in fees and $2,498.53 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 534); **(4)** the sixth interim fee application of Financial Forensics, the Receiver's forensic accountant, for $11,313,00 in fees and $4.05 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 538); **(5)** the sixth quarterly application for compensation from the Receiver's immigration counsel, Baker Donelson, for $5,596.50 in fees and $20.38 in costs, which seeks an order authorizing disbursement of 80% of the total requested fees and costs (Dkt. # 539); **(6)** the sixth quarterly fee application for the Receiver's local counsel, Karr Tuttle Campbell, P.S. ("Karr Tuttle"), for $15,135.50 in fees and $1,167.75 in costs, which seeks an order authorizing disbursement of 80% of the total requested fees and costs (Dkt. # 541); and **(7)** the third interim fee application of Peterson Sullivan LLP, tax accountants for the Receiver, for $51,701.50 in fees and $1,680.94 in costs, which seeks an order authorizing disbursement of 80% of the requested fees and costs (Dkt. # 535).

Counsel for the Receiver filed all of the foregoing motions on May 15, 2017. (*See* Dkt. ## 533-35, 537-39, 541.) The motions are noted for the court's consideration on June 23, 2017. (*See* Notice (Dkt. # 536) (modifying the noting dates for Dkt. ## 533-35 from June 2, 2017, to June 23, 2017); *see also* Dkt. ## 537-39, 541.) Any opposition to the motions was due no later than Monday, June 19, 2017. *See* Local Rules W.D. Wash.

LCR 7(d)(3) ("Any opposition papers shall be filed and served no later than the Monday before the noting date."). No party has filed an opposition to any of the above-listed motions. (*See generally* Dkt.)

The court finds that (1) the fees and costs requested in each of the fee applications listed above are reasonable and necessary, (2) the notice of the fee applications was appropriate, (3) the fee applications are made in accordance with the Order Appointing Receiver (*see* Ord. Appoint. Rec. ¶¶ 55-59), and (4) the services provided were of substantial benefit to the Receivership Estate. Accordingly, the court GRANTS the fee applications listed above (Dkt. ## 533-35, 537-39, 541) and APPROVES on an interim basis the following application amounts:

| Applicant: | Period: | Fees: | Costs: | Total: |
|---|---|---|---|---|
| Receiver Michael A. Grassmueck | January 1, 2017, through March 31, 2017 | $45,934.00 | $2,502.79 | $48,436.79 |
| Caron | January 1, 2017, through March 31, 2017 | $65,562.50 | $354.90 | $65,917.40 |
| Allen Matkins | January 1, 2017, through March 31, 2017 | $396,192.60 | $2,498.53 | $398,691.13 |
| Financial Forensics | January 1, 2017, through March 31, 2017 | $11,313.00 | $4.05 | $11,317.05 |
| Baker Donelson | January 1, 2017, through March 31, 2017 | $5,596.50 | $20.38 | $5,616.88 |
| Karr Tuttle | January 1, 2017, through March 31, 2017 | $15,135.50 | $1,167.75 | $16,303.25 |
| Peterson Sullivan | January 1, 2017, through March 31, 2017 | $51,701.50 | $1,680.94 | $53,382.44 |

The court further AUTHORIZES the Receiver to disburse the following percentages of the foregoing approved fees and costs at this time, as described below:

(1) The court AUTHORIZES the Receiver to disburse $38,749.43 to the Receiver, which is 80% of the approved fees and costs;

(2) The court AUTHORIZES the Receiver to disburse $52,733.92 to Caron, which is 80% of the approved fees and costs;

(3) The court AUTHORIZES the Receiver to disburse $318,952.90 to Allen Matkins, which is 80% of the approved fees and costs;

(4) The court AUTHORIZES the Receiver to disburse $9,053.64 to Financial Forensics, which is 80% of the approved fees and costs;

(5) The court AUTHORIZES the Receiver to disburse $4,493.50 to Baker Donelson, which is 80% of the approved fees and costs;

(6) The court AUTHORIZES the Receiver to disburse $13,042.60 to Karr Tuttle, which is 80% of the approved fees and costs; and

(7) The court AUTHORIZES the Receiver to disburse $42,705.95 to Peterson Sullivan, which is 80% of the approved fees and costs.

Dated this 21st day of June, 2017.

JAMES L. ROBART
United States District Judge