The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>Defendants, and,<br><br>POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; PATH OTHELLO, LLC; PATH FARMER'S MARKET, LLC; and DARGEY HOLDINGS, LLC,<br><br>Relief Defendants. | Case No. 2:15-cv-01350-JLR<br><br>[PROPOSED] ORDER APPROVING RECEIVER'S RECOMMENDED TREATMENT OF CLAIMS<br><br>NOTED ON MOTION CALENDAR: DECEMBER 1, 2017 |

## [PROPOSED] ORDER

This matter came before the Court on the Receiver's Omnibus Motion Approving Receiver's Recommended Treatment of Claims ("Omnibus Claims Motion"), filed by Michael A. Grassmueck, Court-appointed receiver for Path America, LLC, et al. ("Receiver"). The Receiver

has completed processing of all claims against the Receivership Entities submitted in accordance with summary claims procedures previously approved by this Court. The Receiver has made determinations regarding which claims he believes should be allowed, and in what amounts, and which claims are subject to objection and recommended for denial, as referenced in the charts attached hereto as <u>Exhibits A and B</u>. The Court, having considered the Receiver's Omnibus Claims Motion and all related submissions filed in support of and in response thereto, and other pleadings filed in this action, hereby ORDERS as follows:

1. The Receiver's Omnibus Claims Motion is hereby GRANTED;

2. The Receiver's proposed allowed and disallowed claims and proposed claim amounts are approved as specifically set forth in the charts referenced in <u>Exhibits A and B</u>, attached hereto, except as to the claims of Zhou Yan, (Claim Nos. 242a-242d.) The Zhou Yan claims shall be addressed separately per the Motion for Order Approving Treatment of Zhou Yan's Claims [ Dkt. 590.]

Dated: 1 December, 2017

Hon. James L. Robart
Judge, United States District Court

Presented By:

David R. Zaro, Esq. #124334 (CA)
*(Pro Hac Vice Granted Oct. 26, 2015)*
Michael R. Farrell, Esq. #173831 (CA)
*(Pro Hac Vice Granted Nov. 6, 2015)*
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-2543
213.622.5555 P  |  213.620.8816 F
E-mail:dzaro@allenmatkins.com
mfarrell@allenmatkins.com
*Attorneys for Receiver*

MICHAEL A. GRASSMUECK

# EXHIBIT A

Receiver Claims Recommendations
Proof of Claims

| Claim # | Claimant | Claimed Amount | Receiver Recommendation | Proposed Allowed Amount |
|---|---|---|---|---|
| 202 | 2812 Architecture | $ 8,591.84 | Deny / Assumed[1] | $0.00 |
| 203 | AAR Testing Lab | $ 12,514.00 | Allow / Assumed[2] | $ 12,514.00 |
| 204 | AAT CC Bellevue | $ 105,866.49 | Allow / Assumed | $ 105,866.49 |
| 205 | AJH Developmental Services, LLC | $ 11,600.00 | Partially Allow / Disallow $1,600 Unrelated to Receivership | $ 10,000.00 |
| 206 | AMDO Construction, LLC | $ 170,214.98 | Partially Allow | $ 167,549.00 |
| 207a | Ascent Law Group, LLC | $ 30,712.50 | Allow / Assume | $ 30,712.50 |
| 207b | Ascent Law Group, LLC | $ 4,958.45 | Allow / Assume | $ 4,958.45 |
| 207c | Ascent Law Group, LLC | $ 1,697.50 | Allow | $ 1,697.50 |
| 207d | Ascent Law Group, LLC | $ 5,985.00 | Allow | $ 5,985.00 |
| 207e | Ascent Law Group, LLC | $ 10,920.00 | Allow | $ 10,920.00 |
| 207f | Ascent Law Group, LLC | $ 875.00 | Allow | $ 875.00 |
| 207g | Ascent Law Group, LLC | $ 7,367.50 | Deny - Not a Receivership Obligation / Othello | $0.00 |
| 207h | Ascent Law Group, LLC | $ 4,725.00 | Deny - Not a Receivership Obligation / Othello | $0.00 |
| 207i | Ascent Law Group, LLC | $ 7,005.00 | Allow | $ 7,005.00 |
| 207j | Ascent Law Group, LLC | $ 752.50 | Allow | $ 752.50 |
| 207k | Ascent Law Group, LLC | $ 25,227.50 | Allow / Assumed | $ 25,227.50 |
| 207l | Ascent Law Group, LLC | $ 980.00 | Allow / Assumed | $ 980.00 |
| 208 | Bacchus Holding Inc. | $ 10,000.00 | Deny | $0.00 |
| 209 | Bargreen Ellingson | $ 216,223.12 | Deny / Assumed | $0.00 |
| 210 | Begum Steiner/ Faruq Ramzanalli | $ 7,472,387.13 | Deny / Paid | $0.00 |
| 211 | Beijing Jiajing Consulting Service Co., Ltd | unstated | Deny | $0.00 |
| 212 | Cansine (HK) LLC | $ 57,330.00 | Deny | $0.00 |
| 213 | Cary Kopczynski & Co | $ 1,548.00 | Allow / Assumed | $ 1,548.00 |
| 214 | Cascade Riser Management | $ 164.25 | Allow | $ 164.25 |
| 215 | City of Shoreline | $ 3,270.75 | Allow | $ 3,270.75 |
| 216 | Comfort Systems USA Northwest, Inc (fka Merit Mechanical, Inc) | $ 100,497.30 | Deny / Assumed | $0.00 |
| 244 | David Myaskovsky | unstated | Deny | $0.00 |
| 217 | Department of Treasury Internal Revenue Service | $ 500,425.16 | Partially Allow per Settlement | |
| 218 | Dunner Law PLLC | $ 1,496.00 | Allow | $ 1,496.00 |
| 219 | efelle creative | $ 570.00 | Allow | $ 380.00 |
| 220 | EMA Investment, LLC | Claims ownership interest | Deny - Not Debt of Receivership | $0.00 |
| 221 | Eswar Eluri | Claims ownership interest | Allow | $ 160,000.00 |
| 223 | GLUMAC | $ 6,300.00 | Deny / Assumed | $0.00 |
| 224 | Gogert & Sons, Inc | $ 4,475.54 | Deny / Assumed | $0.00 |
| 225 | Goldfinch Brothers, Inc | $ 19,904.00 | Deny / Assumed | $0.00 |
| 226 | Hampton Inn Seattle - Everett | $ 7,259.76 | Allow | $ 7,259.76 |
| 227 | Johns Monroe | $ 11,906.11 | Allow | $ 11,906.11 |

1 "Deny / Assumed" - these claims are Denied because they were assumed by the PAFM Project in connection with the sale/restructuring of the Farmers Market Entities.

2 "Allow / Assumed" - these claims are associated with the Tower Project and were allowed and addressed in connection with the Tower sale/restructuring transaction. Per the Tower Sale Order, the Receiver has processed the claims in the ordinary course of the receivership. The claims will be paid and the Receiver will be reimbursed by the Tower Entities.

Receiver Claims Recommendations
Proof of Claims

| Claim # | Claimant | Claimed Amount | Receiver Recommendation | Proposed Allowed Amount |
|---|---|---|---|---|
| 228a | King County Treasury Operations | $ 2,751.00 | deny / paid | $0.00 |
| 228a | King County Treasury Operations | $ 7,772.42 | Deny / Paid | $0.00 |
| 228a | King County Treasury Operations | $ 1,608.37 | Deny / Paid | $0.00 |
| 228a | King County Treasury Operations | $ 5,497.77 | Deny / Paid | $0.00 |
| 228b | King County Treasury Operations | $ 16,439.52 | Deny / Paid | $0.00 |
| 228b | King County Treasury Operations | $ 5,633.84 | Deny / Paid | $0.00 |
| 228b | King County Treasury Operations | $ 3,534.85 | Deny / Assumed $2,958 / Deny $7,873.54 Claimed Against Othello. | $0.00 |
| 229 | KPFF | $ 10,832.30 | | $0.00 |
| 230 | Lobsang Dargey | Claims ownership interest | Deny | $0.00 |
| 231 | Marshall & Katherine Cymbaluk Family | 1,331.00 | | $ 1,331.00 |
| 232a | Moss Adams LLP | 37,160.00 | Allow | $ 37,160.00 |
| 232b | Moss Adams LLP | 21,500.00 | Allow | $ 21,500.00 |
| 232c | Moss Adams LLP | 1,165.00 | Allow / Assumed | $ 1,165.00 |
| 232d | Moss Adams LLP | 7,500.00 | Allow | $ 7,500.00 |
| 232e | Moss Adams LLP | 5,445.00 | Allow / Assumed | $ 5,445.00 |
| 233 | Newbanks, Inc | 6,300.00 | Deny | $0.00 |
| 247 | Pacific Coast Electrical Contractors, Inc | 491,152.50 | Deny / Assumed | $0.00 |
| 234 | Pelico Construction, Inc | 45,680.00 | Allow / Assumed | $ 2,665.00 |
| 235 | Perkins Coie, LLP | 27,688.00 | Allow / Assumed | $ 27,688.00 |
| 236 | Quality Press, Inc | 311.25 | Allow | $ 311.25 |
| 237 | Snohomish County Treasurer M/S #501 | 5,993.62 | Allow | ? |
| 238 | Thomas Baker | 226,700.85 | Deny | $0.00 |
| 239 | US Securities and Exchange Commission | Unstated | Allow / Satisfied Through Receiver's Distrubutions | |
| 245 | Verts Law Group, PLLC | 5,184.00 | Allow / Assumed | $ 5,184.00 |
| 240a | Voya Insurance and Annuity Company | 27,588,209.86 | Deny / Assumed | $0.00 |
| 240b | Voya Insurance and Annuity Company | 1,328,000.00 | Deny | $0.00 |
| 246 | WA State Dept of Labor and Industries | 5,186.76 | Deny | $0.00 |
| 241 | WSDOT Toll Division | 187.85 | Allow | $ 187.85 |
| 242a | Zhou-Yan | 154,000.00 | Deny | $0.00 |
| 242b | Zhou-Yan | 77,084.38 | Deny | $0.00 |
| 242c | Zhou-Yan | Claims ownership interest | Deny | $0.00 |
| 242d | Zhou-Yan | 1,397,596.00 | Deny | $0.00 |
| 243 | Zizhen Shen (Jane) | 546,363.50 | Partially Allow | $ 500,000.00 |
| 248 | Toyota Motor Credit Corporation c/o Becket & Lee LLP | 4,447.36 | Allow | $ 4,447.36 |
| | | TOTAL CLAIMS | TOTAL ALLOWED | |
| | | $ 40,862,007.38 | | $ 1,185,652.27 |

# EXHIBIT B

Receiver Tower Project Claims Recomendations
Opt-Outs / Tower Claims

| Claimant | Claimed Amount | Receiver Recommendation | Proposed Allowed Amount |
|---|---|---|---|
| Quionglin Miao | $ 250,000.00 | | $ 250,000.00 |
| Lin Li | $ 250,000.00 | | $ 250,000.00 |
| TingXuan Wang | $ 250,000.00 | | $ 250,000.00 |
| Chang Ding | $ 250,000.00 | | $ 250,000.00 |
| Mingjie Yu | $ 250,000.00 | | $ 250,000.00 |
| Ting Ji | $ 250,000.00 | | $ 250,000.00 |
| Shuxia Li | $ 250,000.00 | | $ 250,000.00 |
| Shengli Ding | $ 250,000.00 | | $ 250,000.00 |
| Guihua Li | $ 250,000.00 | | $ 250,000.00 |
| Ning Han | $ 250,000.00 | | $ 250,000.00 |
| Tower LLC | - | Allow per Tower Sale Order | $ 6,381,300.00 |
| Tower LLC | - | Allow per Tower Sale Order | $ 500,000.00 |
| | | TOTAL CLAIMS | $ 9,381,300.00 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Dated: November 30, 2017        *s/ David R. Zaro*
David R. Zaro, Esq. #124334 (CA)
*(Pro Hac Vice Granted October 26, 2015)*

RECEIVER'S NOTICE AND OMNIBUS MOTION TO APPROVE
RECOMMENDED TREATMENT OF CLAIMS
Case No. 2:15-cv-01350-JLR
1097991.01

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

-15-