UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>Relief Defendants. | CASE NO. C15-1350JLR<br><br>EIGHTH ORDER REGARDING FEE APPLICATIONS |

Before the court are five quarterly fee applications: **(1)** the eighth interim fee application of Receiver Michael A. Grassmueck ("the Receiver") for $18,008.50 in fees and $1,328.50 in costs (Dkt. # 592); **(2)** the eighth interim fee application of the Receiver's general counsel, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), for $351,582.75 in fees and $3,727.06 in costs (Dkt. # 591); **(3)** the eighth

ORDER- 1

interim fee application of Financial Forensics, the Receiver's forensic accountant, for $14,862.50 in fees and $7.20 in costs (Dkt. # 593); **(4)** the eighth quarterly fee application for the Receiver's local counsel, Karr Tuttle Campbell, P.S. ("Karr Tuttle"), for $3,599.00 in fees and $335.05 in costs (Dkt. # 595); and **(5)** the fifth interim fee application of Peterson Sullivan LLP, tax accountants for the Receiver, for $23,650.00 in fees and $447.68 in costs (Dkt. # 594). As described below, the court GRANTS the fee applications of the Receiver, Allen Matkins, Financial Forensics, Karr Tuttle, and Peterson Sullivan (Dkt. ## 591-95).

Counsel for the Receiver filed all of the foregoing motions on November 14, 2017, and noted them for the court's consideration on December 1, 2017. (*See id.*) Any opposition to the motions was due no later than Monday, November 27, 2017. *See* Local Rules W.D. Wash. LCR 7(d)(3) ("Any opposition papers shall be filed and served no later than the Monday before the noting date."). Plaintiff Securities and Exchange Commission ("SEC") filed a response stating that it does not oppose any of the fee applications. (SEC Resp. (Dkt. # 598) at 2.) No party filed an opposition to any of the motions. (*See generally* Dkt.)

The court finds that (1) the fees and costs requested in each of the fee applications listed above are reasonable and necessary, (2) the notice of the fee applications was appropriate, (3) the fee applications are made in accordance with the Order Appointing Receiver (*see* Order Appointing Receiver ("OAR") (Dkt. # 88) ¶¶ 55-59), and (4) the services provided were of substantial benefit to the Receivership Estate. Each of the foregoing applicants seeks a distribution of only 80% of the approved fees and costs at

this time.  (*See id.* ¶ 58 ("Quarterly Fee Applications may be subject to a holdback in the amount of 20% of the amount of fees and expenses for each application filed with the Court."); *see also* Dkt. # 591 at 2; Dkt. # 592 at 2; Dkt. # 593 at 4; Dkt. # 594 at 4; Dkt. # 595 at 1-2.)

Accordingly, the court GRANTS these fee applications (Dkt. ## 591-95) and APPROVES on an interim basis the following application amounts for the period of July 1, 2017, through September 30, 2017:

| Applicant: | Fees: | Costs: | Total Allowed: |
| --- | --- | --- | --- |
| Receiver Michael A. Grassmueck | $18,008.50 | $1,328.50 | $19,337.00 |
| Allen Matkins | $351,582.75 | $3,727.06 | $355,309.81 |
| Financial Forensics | $14,862.50 | $7.20 | $14,869.70 |
| Karr Tuttle | $3,599.00 | $335.05 | $3,934.05 |
| Peterson Sullivan | $23,650.00 | $447.68 | $24,097.68 |

Finally, the court AUTHORIZES the Receiver to disburse the following percentages of the foregoing approved fees and costs at this time:

(1) The court AUTHORIZES the Receiver to disburse $15,469.60 to the Receiver, which is 80% of the approved fees and costs;

(2) The court AUTHORIZES the Receiver to disburse $284,247.85 to Allen Matkins, which is 80% of the approved fees and costs;

(3) The court AUTHORIZES the Receiver to disburse $11,895.76 to Financial Forensics, which is 80% of the approved fees and costs;

ORDER- 3

(4) The court AUTHORIZES the Receiver to disburse $3,147.24 to Karr Tuttle, which is 80% of the approved fees and costs; and

(5) The court AUTHORIZES the Receiver to disburse $19,278.14 to Peterson Sullivan, which is 80% of the approved fees and costs.

Dated this 10th day of January, 2018.

                                              JAMES L. ROBART
                                              United States District Judge