# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>Relief Defendants. | CASE NO. C15-1350JLR<br><br>NINTH ORDER REGARDING FEE APPLICATIONS |

Before the court are five quarterly fee applications: **(1)** the ninth interim fee application of Receiver Michael A. Grassmueck ("the Receiver") for $7,910.50 in fees and $473.35 in costs (Dkt. # 613); **(2)** the ninth interim fee application of the Receiver's general counsel, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), for $191,598.75 in fees and $4,398.91 in costs (Dkt. # 612); **(3)** the ninth interim fee

ORDER- 1

application of Financial Forensics, the Receiver's forensic accountant, for $6,075.00 in fees and $7.35 in costs (Dkt. # 615); **(4)** the ninth quarterly fee application for the Receiver's local counsel, Karr Tuttle Campbell, P.S. ("Karr Tuttle"), for $2,807.50 in fees and $6.25 in costs (Dkt. # 616); and **(5)** the sixth interim fee application of Peterson Sullivan LLP, tax accountants for the Receiver, for $4,528.85 in fees and $304.60 in costs (Dkt. # 614). As described below, the court GRANTS the fee applications of the Receiver, Allen Matkins, Financial Forensics, Karr Tuttle, and Peterson Sullivan (Dkt. ## 612-16).

Counsel for the Receiver filed all of the foregoing motions on February 14 or 15, 2018, and properly noted them for the court's consideration on March 2, 2018. (*See id.*) Any opposition to the motions was due no later than Monday, February 26, 2018. *See* Local Rules W.D. Wash. LCR 7(d)(3) ("Any opposition papers shall be filed and served no later than the Monday before the noting date."). No party filed an opposition to any of the motions. (*See generally* Dkt.)

The court finds that (1) the fees and costs requested in each of the fee applications listed above are reasonable and necessary, (2) the notice of the fee applications was appropriate, (3) the fee applications are made in accordance with the Order Appointing Receiver (*see* Order Appointing Receiver ("OAR") (Dkt. # 88) ¶¶ 55-59), and (4) the services provided were of substantial benefit to the Receivership Estate. Each of the foregoing applicants seeks a distribution of only 80% of the approved fees and costs at this time. (*See id.* ¶ 58 ("Quarterly Fee Applications may be subject to a holdback in the amount of 20% of the amount of fees and expenses for each application filed with the

Court."); *see also* Dkt. # 612 at 2; Dkt. # 613 at 2; Dkt. # 614 at 3-4; Dkt. # 615 at 4; Dkt. # 616 at 1-2.)

Accordingly, the court GRANTS these fee applications (Dkt. ## 612-16) and APPROVES on an interim basis the following application amounts for the period of October 1, 2017, through December 31, 2017:

| Applicant: | Fees: | Costs: | Total Allowed: |
|---|---|---|---|
| Receiver Michael A. Grassmueck | $7,910.50 | $473.35 | $8,383.85 |
| Allen Matkins | $191,598.75 | $4,398.91 | $195,997.66 |
| Financial Forensics | $6,075.00 | $7.35 | $6,082.35 |
| Karr Tuttle | $2,807.50 | $6.25 | $2,813.75 |
| Peterson Sullivan | $4,528.85 | $304.60 | $4,833.45 |

Finally, the court AUTHORIZES the Receiver to disburse the following percentages of the foregoing approved fees and costs at this time:

(1) The court AUTHORIZES the Receiver to disburse $6,707.08 to the Receiver, which is 80% of the approved fees and costs;

(2) The court AUTHORIZES the Receiver to disburse $156,798.13 to Allen Matkins, which is 80% of the approved fees and costs;

(3) The court AUTHORIZES the Receiver to disburse $4,865.88 to Financial Forensics, which is 80% of the approved fees and costs;

(4) The court AUTHORIZES the Receiver to disburse $2,251.00 to Karr Tuttle, which is 80% of the approved fees and costs; and

ORDER- 3

(5) The court AUTHORIZES the Receiver to disburse $3,866.76 to Peterson Sullivan, which is 80% of the approved fees and costs.

Dated this 12th day of March, 2018.

JAMES L. ROBART
United States District Judge

ORDER- 4