UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>Relief Defendants. | CASE NO. C15-1350JLR<br><br>ELEVENTH ORDER REGARDING FEE APPLICATIONS |

Before the court are five quarterly fee applications: **(1)** the eleventh interim fee application of Receiver Michael A. Grassmueck ("the Receiver") for $4,084.00 in fees and $369.65 in costs (Dkt. # 633); **(2)** the eleventh interim fee application of the Receiver's general counsel, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), for $101,515.28 in fees and $5,132.28 in costs (Dkt. # 634); **(3)** the eleventh

ORDER- 1

interim fee application of Financial Forensics, the Receiver's forensic accountant, for $8,127.00 in fees (Dkt. # 635); **(4)** the eighth interim fee application of Peterson Sullivan LLP, tax accountants for the Receiver, for $8,008.75 in fees (Dkt. # 636); and **(5)** the tenth quarterly fee application of Receiver's local counsel, Karr, Tuttle Campbell, P.S. ("Karr Tuttle"), for $2,080.50 in fees and $120.50 in costs (Dkt. # 637). As described below, the court GRANTS the fee applications of the Receiver, Allen Matkins, Financial Forensics, Peterson Sullivan, and Karr Tuttle (Dkt. ## 633-37).

Counsel for the Receiver filed all of the foregoing motions on August 16, 2018, and properly noted them for the court's consideration on August 31, 2018. (*See id.*) Any opposition to the motions was due no later than Monday, August 27, 2018. *See* Local Rules W.D. Wash. LCR 7(d)(3) ("Any opposition papers shall be filed and served no later than the Monday before the noting date."). No party filed an opposition to any of the motions. (*See generally* Dkt.)

The court finds that (1) the fees and costs requested in each of the fee applications listed above are reasonable and necessary, (2) the notice of the fee applications was appropriate, (3) the fee applications are made in accordance with the Order Appointing Receiver (*see* Order Appointing Receiver ("OAR") (Dkt. # 88) ¶¶ 55-59), and (4) the services provided were of substantial benefit to the Receivership Estate. Each of the foregoing applicants seeks a distribution of only 80% of the approved fees and costs at this time. (*See id.* ¶ 58 ("Quarterly Fee Applications may be subject to a holdback in the amount of 20% of the amount of fees and expenses for each application filed with the

//

Court."); *see also* Dkt. # 633 at 2; Dkt. # 634 at 2; Dkt. # 635 at 4; Dkt. # 636 at 4; Dkt. # 637 at 2.)

Accordingly, the court GRANTS the fee applications (Dkt. ## 633-37) and APPROVES on an interim basis the following application amounts for the period of April 1, 2018, through June 30, 2018:

| Applicant: | Fees: | Costs: | Total Allowed: |
|---|---|---|---|
| Receiver Michael A. Grassmueck | $4,084.00 | $369.65 | $4,453.65 |
| Allen Matkins | $101,515.05 | $5,132.28 | $106,647.33 |
| Financial Forensics | $8,127.00 | $00.00 | $8,127.00 |
| Peterson Sullivan | $8,008.75 | $00.00 | $8,008.75 |
| Karr Tuttle[1] | $2,080.50 | $120.50 | $2,201.00 |

Finally, the court AUTHORIZES the Receiver to disburse the following percentages of the foregoing approved fees and costs at this time:

(1) The court AUTHORIZES the Receiver to disburse $3,562.92 to the Receiver, which is 80% of the approved fees and costs;

(2) The court AUTHORIZES the Receiver to disburse $85,317.86 to Allen Matkins, which is 80% of the approved fees and costs;

(3) The court AUTHORIZES the Receiver to disburse $6,501.60 to Financial Forensics, which is 80% of the approved fees and costs;

---

[1] Karr Tuttle applies for fees and costs for the period January 1, 2018, through June 30, 2018. (KT Mot. (Dkt. # 637) at 3.)

ORDER- 3

(4) The court AUTHORIZES the Receiver to disburse $6,407.00 to Peterson Sullivan, which is 80% of the approved fees and costs; and

(5) The court AUTHORIZES the Receiver to disburse $1,760.80 to Karr Tuttle, which is 80% of the approved fees and costs.

Dated this 29th day of August, 2018.

JAMES L. ROBART
United States District Judge

ORDER- 4