| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>Relief Defendants. | CASE NO. C15-1350JLR<br><br>ORDER DIRECTING THE RECEIVER AND REMAINING PARTIES TO FILE A JOINT STATUS REPORT |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Following the entry of final judgment against Defendant Lobsang Dargey and Relief Defendant Path Othello, LLC (*see* Final Judgment (Dkt. # 509)), the court directed all remaining parties to file a joint status report stating what issues remained for trial and a proposing case schedule to bring this matter to resolution (JSR Order (Dkt. # 557)). On June 28, 2017, Plaintiff Securities and Exchange Commission ("the SEC") and Receiver

ORDER - 1

Michael A. Grassmueck ("the Receiver") responded to the court's order. (JSR (Dkt. # 564).) At that time, the Receiver and the SEC asked the court to vacate the trial date because both the Receiver and SEC expected "the remaining parties . . . to request resolution of the SEC's claims by consent judgments." (*Id.* at 2.)

The parties also proposed that the Receiver continue to administer the estate. (*Id.*) The outstanding issues related to the estate and noted at that time were (1) *Grassmueck v. Zhou Yan*, No. C17-0794JLR, which is now dismissed; (2) *Grassmueck v. Potala Village, LLC*, No. C17-0236JLR, which is on appeal to the Ninth Circuit; (3) the sale of the Kirkland property owned by Potala Village, which was approved on July 11, 2017 (7/11/17 Order (Dkt. # 569)); (4) the sale of the Shoreline property owned by Potala Shoreline, LLC, which was approved on February 21, 2018 (2/21/18 Order (Dkt. # 618)); and (5) completion of the claims and distribution process, which the Receiver estimated was unlikely to occur prior to the spring of 2018. (JSR at 2-3.)

As noted above, many of the items listed by the parties in their June 28, 2017, joint status report are now complete. Further, the court is mindful of the continuing costs of administering the estate. (*See* Orders granting various fee applications (Dkt. ## 260, 344, 418, 463, 513, 558, 583, 609, 619, 629, and 641).) Accordingly, the court ORDERS the parties to file a joint status report within fourteen (14) days of the date of this order

//

//

//

//

ORDER - 2

detailing the remaining items necessary to bring this matter to resolution and proposing a schedule for accomplishing the same.

Dated this 29th day of August, 2018.

_____
JAMES L. ROBART
United States District Judge