# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants, and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>Relief Defendants. | CASE NO. C15-1350JLR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT CLAIMS AGAINST MAZATLAN RESTAURANT |

Before the court is Receiver Michael A. Grassmueck's ("the Receiver")[1] motion for approval of the settlement of claims regarding Mazatlan Everett, Inc. d/b/a Mazatlan

---

[1] Mr. Grassmueck is the court-appointed Receiver for Path America, LLC; Path America SnoCo, LLC; Path America Farmer's Market, LP; Path America KingCo, LLC; Path America Tower, LP; Path Tower Seattle, LP; Potala Tower Seattle, LLC; Potala Shoreline, LLC; Potala Village Kirkland, LLC; Dargey Development, LLC; Dargey Enterprises, LLC; Path Farmer's Market, LLC; and Dargey Holdings, LLC (collectively, the "Receivership Entities").

ORDER - 1

Restaurant.  (Mot. (Dkt. # 644).)  The Receiver filed his motion on September 6, 2018, and noted it for the court's consideration on September 21, 2018.  (*Id.* at 1.)  Accordingly, any response to the motion was due on Monday, September 17, 2018.  *See* Local Rules W.D. Wash. LCR 7(d)(3).  No party filed a response to the Receiver's motion.  (*See generally* Dkt.)  The court has considered the Receiver's unopposed motion, the applicable law, and the relevant portions of the record.  Being fully advised, and good cause appearing therefore, the court ORDERS as follows:

(1) The Receiver's motion (Dkt. # 644) is GRANTED;

(2) The Agreement for Payoff of Loan ("the Payoff Agreement"), a copy of which is attached to the Receiver's declaration in support of this motion (*see* Grassmueck Decl. (Dkt. # 644-1) ¶ 4, Ex. 1), is hereby APPROVED; and

(3) The Receiver is further authorized and empowered to take any and all actions to effectuate the terms and provisions of the Payoff Agreement.

Dated this 19th day of September, 2018.

JAMES L. ROBART
United States District Judge