The Honorable James L. Robart

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     WESTERN DISTRICT OF WASHINGTON

10  SECURITIES AND EXCHANGE                Case No. 2:15:cv-01350-JLR
    COMMISSION,,
11                                         [PROPOSED] ORDER GRANTING
                 Plaintiff,                RECEIVER'S MOTION FOR APPROVAL OF
12                                         SETTLEMENT WITH POTALA VILLAGE,
         v.                                LLC
13
    PATH AMERICA, LLC; PATH AMERICA        NOTE ON MOTION CALENDAR:
14  SNOCO LLC; PATH AMERICA FARMER'S       OCTOBER 12, 2018
    MARKET, LP; PATH AMERICA KINGCO
15  LLC; PATH AMERICA TOWER, LP; PATH
    TOWER SEATTLE, LP; POTALA TOWER
16  SEATTLE, LLC; and LOBSANG DARGEY,

17              Defendants, and,

18  POTALA SHORELINE, LLC; POTALA
    VILLAGE KIRKLAND, LLC; DARGEY
19  DEVELOPMENT, LLC; DARGEY
    ENTERPRISES, LLC; and PATH OTHELLO,
20  LLC,

21              Relief Defendants.

22

23

24

25

26

27

28

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

1    **[PROPOSED] ORDER**

2         The Court, having reviewed and considered the Receiver's Motion for Approval of

3    Settlement with Potala Village, LLC (the "Motion") filed by Michael A. Grassmueck, Court-

4    appointed receiver ("Receiver"), which seeks approval of the terms of the Receiver's settlement

5    with Potala Village, LLC in the matter *Grassmueck v. Potala Village, LLC*, Case No. 2:17-cv-

6    00236-JLR, and good cause appearing therefor, hereby orders as follows:

7        1.    The Receiver's Motion is granted;

8        2.    The Settlement Agreement, a copy of which is attached to the Receiver's

9    Declaration filed in support of his Motion, is hereby approved; and,

10        3.    The Receiver is further authorized and empowered to take any and all action to

11    effectuate the terms of the Settlement Agreement.

12

13    Dated: 12 October , 2018

                                        Hon. James L. Robart

14                                            Judge, United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF
SETTLEMENT WITH POTALA VILLAGE, LLC
Case No. 2:15-cv-01350-JLR
1137829.01/LA

-2-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on September 25, 2018, I caused the foregoing document to be

3

electronically filed with the Clerk of the Court using the CM/ECF system which will send

4

notification of the filing to all counsel of record.

5

6
Dated:  September 25, 2018

_/s/ Michael R. Farrell_____
Michael R. Farrell, Esq. #173831 (CA)

7
*(Pro Hac Vice Granted May 23, 2017)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF
SETTLEMENT WITH POTALA VILLAGE, LLC
Case No. 2:15-cv-01350-JLR
1137829.01/LA

-3-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-2543
213.622.5555 P | 213.620.8816 F