# EXHIBIT A

**SEC v. Path America, LLC et al**
**Receivership Entities**
**Consolidated Balance Sheet - 09/30/18**

| | Path America LLC | Potala Shoreline | Potala Village Kirkland | Dargey Development | Dargey Enterprises | Path America QSF | Combined | Elimination Entries | Consolidated |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | | | |
| Cash | $ 1,265,214 | $ 2,233,419 | $ - | $ 109,727 | $ 8,810 | $ - | $ 3,617,170 | $ - | $ 3,617,170 |
| Land | 0 | 6,462,569 | 0 | 0 | 0 | 0 | 6,462,569 | 0 | 6,462,569 |
| Construction in Progress | 0 | 1,744,997 | 0 | 0 | 0 | 0 | 1,744,997 | 0 | 1,744,997 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Fixed Assets | 0 | 8,207,566 | 0 | 0 | 0 | 0 | 8,207,566 | 0 | 8,207,566 |
| Intercompany Loans | 147,237 | 639,474 | 0 | 701,400 | 265,000 | 4,333,332 | 6,086,443 | (6,086,443) | 0 |
| Other Loans | 0 | 0 | 0 | 0 | 1,644,513 | 0 | 1,644,513 | 0 | 1,644,513 |
| Other - Syndication Costs, etc. | 0 | 151 | 0 | 0 | 0 | 0 | 151 | 0 | 151 |
| Intangible Assets - Net | 63,353 | 0 | 0 | 0 | 0 | 0 | 63,353 | 0 | 63,353 |
| Other Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 210,590 | 639,625 | 0 | 701,400 | 1,909,513 | 4,333,332 | 7,794,460 | (6,086,443) | 1,708,017 |
| **TOTAL ASSETS** | $ 1,475,804 | $ 11,080,610 | $ - | $ 811,127 | $ 1,918,323 | $ 4,333,332 | $ 19,619,196 | $ (6,086,443) | $ 13,532,753 |
| **LIABILITIES AND EQUITY** | | | | | | | | | |
| Accounts Payable | $ - | $ 50,000 | $ - | $ 11,381 | $ - | $ - | 61,381 | $ - | $ 61,381 |
| Note Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intercompany Loans | 3,840,974 | 0 | 1,639,447 | 0 | 606,022 | 0 | 6,086,443 | (6,086,443) | 0 |
| Other Loans | 530,000 | 0 | 500,000 | 0 | 0 | 0 | 1,030,000 | 0 | 1,030,000 |
| Total Liabilities | 4,370,974 | 50,000 | 2,139,447 | 11,381 | 606,022 | 0 | 7,177,824 | (6,086,443) | 1,091,381 |
| EB-5 Investment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Capital Contributions | 0 | 10,228,154 | 0 | 0 | 0 | 0 | 10,228,154 | 0 | 10,228,154 |
| Retained Earnings | (2,895,170) | 802,456 | (2,139,447) | 799,745 | 1,312,301 | 4,333,332 | 2,213,218 | 0 | 2,213,218 |
| Total Equity | (2,895,170) | 11,030,610 | (2,139,447) | 799,745 | 1,312,301 | 4,333,332 | 12,441,372 | 0 | 12,441,372 |
| **TOTAL LIABILITIES AND EQUITY** | $ 1,475,804 | $ 11,080,610 | $ (0) | $ 811,127 | $ 1,918,323 | $ 4,333,332 | $ 19,619,196 | $ (6,086,443) | $ 13,532,753 |

EXHIBIT A

# EXHIBIT B

**SEC v. Path America, LLC et al**
**Summary of Cash Receipts and Disbursements**
**For the Period of 07/01/18 through 09/30/18**

| | Path America LLC | Potala Shoreline | Potala Village Kirkland | Dargey Development | Dargey Enterprises | Path America QSF | Combined | Elimination Entries | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | |
| Intercompany Loans | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Loan Proceeds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asset Disposal/Recovery | 0 | 135,000 | 0 | 0 | 0 | 0 | 135,000 | 0 | 135,000 |
| Interest Income | 442 | 822 | 0 | 115 | 9 | 0 | 1,388 | 0 | 1,388 |
| Other Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deposits | 442 | 135,822 | 0 | 115 | 9 | 0 | 136,388 | 0 | 136,388 |
| **DISBURSEMENTS** | | | | | | | | | |
| Accounting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Construction and Development | 0 | 4,823 | 0 | 0 | 0 | 0 | 4,823 | 0 | 4,823 |
| Equipment Moving/Removal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| General and Administrative | 553 | 0 | 0 | 0 | 0 | 0 | 553 | 0 | 553 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Salaries and Wages | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Note Payoff | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfer of Funds Due to Others | 271,327 | 0 | 0 | 0 | 0 | 0 | 271,327 | 0 | 271,327 |
| Intercompany Loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Disbursements | 271,880 | 4,823 | 0 | 0 | 0 | 0 | 276,703 | 0 | 276,703 |
| Net Change | (271,438) | 130,998 | 0 | 115 | 9 | 0 | (140,315) | 0 | (140,315) |
| Cash Balance as of 06/30/18 | 1,536,652 | 2,102,421 | 0 | 109,612 | 8,800 | 0 | 3,757,485 | 0 | 3,757,485 |
| **CASH BALANCE AS OF 09/30/18** | $ 1,265,214 | $ 2,233,419 | $  - | $ 109,727 | $ 8,810 | $  - | $ 3,617,170 | $  - | $ 3,617,170 |

EXHIBIT B