The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>Defendants, and,<br><br>POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; PATH OTHELLO, LLC; PATH FARMER'S MARKET, LLC; and DARGEY HOLDINGS, LLC,<br><br>Relief Defendants. | Case No. 2:15-cv-01350-JLR<br><br>[PROPOSED] ORDER APPROVING RECEIVER'S RECOMMENDED DISTRIBUTION PLAN AND AUTHORIZATION TO PROCEED WITH CLOSING TASKS<br><br>NOTED ON MOTION CALENDAR: NOVEMBER 16, 2018 |

## [PROPOSED] ORDER

This matter came before the Court on the Receiver's Motion for Approval of Receiver's (Dkt. # 649) Recommended Distribution Plan and Authorization to Proceed With Closing Tasks ("Motion"), filed by Michael A. Grassmueck, Court-appointed receiver for Path America, LLC, et al.

("Receiver"). The Receiver has completed processing of and obtained the Court's approval of the allowed claims against the Receivership Entities submitted in accordance with summary claims procedures also approved by this Court. The Receiver has liquidated or is in the process of liquidating the remaining assets of the receivership estate, a judgment against the individual defendant was entered and the receivership entity consent judgments are in process. No party or other person or entity filed any opposition to the Receiver's motion. The Court, having considered the Receiver's Motion and all related submissions filed in support of and in response thereto, and other pleadings filed in this action, hereby ORDERS as follows:

1. The Receiver's Motion is hereby GRANTED;

2. The Receiver's Distribution Plan is hereby APPROVED;

3. The Receiver is authorized to complete the remaining work of the receivership set forth in the Motion, including the filing of tax returns, preparation of the final accounting and tax returns in anticipation of closing the receivership; and

4. The Receiver is authorized to file a motion seeking authority to distribute the receivership proceeds along with the closing motions upon disposition of the Shoreline Property, recovery of the Potala Village settlement proceeds, and filing of the final tax returns.

Dated: November 19, 2018

Hon. James L. Robart
Judge, United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Dated: October 31, 2018         *s/ David R. Zaro*
                                David R. Zaro, Esq. #124334 (CA)
                                *(Pro Hac Vice Granted October 26, 2015)*