THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

8

9

10

SECURITIES AND EXCHANGE
COMMISSION,

11

Plaintiff,

12

v.

13

PATH AMERICA, LLC; PATH AMERICA
SNOCO LLC; PATH AMERICA FARMER'S
MARKET, LP; PATH AMERICA KINGCO
LLC; PATH AMERICA TOWER, LP;
PATH TOWER SEATTLE, LP;
POTALA TOWER SEATTLE, LLC; and
LOBSANG DARGEY,

14

15

16

17

Defendants, and

18

19

POTALA SHORELINE, LLC;
POTALA VILLAGE KIRKLAND, LLC;
DARGEY DEVELOPMENT, LLC;
DARGEY ENTERPRISES, LLC;
PATH OTHELLO, LLC; PATH FARMER'S
MARKET, LLC; and DARGEY HOLDINGS,
LLC,

20

21

22

23

Relief Defendants.

24

**NO. 2:15-CV-01350-JLR**

(PROPOSED) **ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT LOBSANG DARGEY
AND RELIEF DEFENDANT PATH
OTHELLO, LLC**

NOTED ON MOTION CALENDAR:
DECEMBER 14, 2018

25

26

27

ORDER GRANTING WITHDRAWAL OF COUNSEL
2:15-cv-01350-JLR

**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4850-3204-3393\1

1    THIS CAUSE came before the Court upon the motion of Peter S. Ehrlichman, Shawn

2  Larsen-Bright, Todd S. Fairchild,, and Dorsey & Whitney LLP to withdraw as counsel for

3  Defendant Lobsang Dargey and Relief Defendant Path Othello, LLC in the above-captioned
   *the motion is GRANTED (Dkt. # 658), and*

4  matter. For the reasons stated in the motion, Peter S. Ehrlichman, Shawn Larsen-Bright, Todd S.

5  Fairchild, and Dorsey & Whitney LLP shall be permitted to withdraw as counsel for Defendant

6  Lobsang Dargey and Relief Defendant Path Othello, LLC, and are hereby withdrawn.

7    IT IS SO ORDERED.

8

9    DATED this 21ST day of December, 2018.

10

11

12                     UNITED STATES DISTRICT
                       JUDGE JAMES L. ROBART
13

14

15  PRESENTED BY:

16  DORSEY & WHITNEY LLP

17

18  /s/ Shawn Larsen-Bright
    Peter S. Ehrlichman, WSBA # 6591
19  Shawn Larsen-Bright, WSBA # 37066
    Todd S. Fairchild, WSBA # 17654
20  701 Fifth Avenue, Suite 6100
    Seattle, WA 98104
21  Tel. 206-903-8800
    ehrlichman.peter@dorsey.com
22  larsen.bright.shawn@dorsey.com
    fairchild.todd@dorsey.com
23  *Attorneys for Defendant Lobsang Dargey and*
    *Relief Defendant Path Othello, LLC*
24

25

26

27
   ORDER GRANTING WITHDRAWAL OF COUNSEL -- Page 1
   2:15-cv-01350-JLR

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

I further hereby certify that on this date, I caused the foregoing document to be mailed via U.S. Mail to:

Lobsang Dargey - #48241086
Federal Prison Camp Sheridan
PO Box 6000
Sheridan OR  97378

Tami Dargey
10453 NE 28th Place
Bellevue, WA  98004

Path Othello LLC
c/o Dargey Holdings LLC Receivership
P.O. BOX 230091
Tigard, OR 97281

DATED this 29th day of November, 2018.

/s/ Molly Price
Molly Price, Legal Assistant

ORDER GRANTING WITHDRAWAL OF COUNSEL -- Page 2
2:15-cv-01350-JLR

DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820