THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMERS MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>Defendants, AND<br><br>POTALA SHORELINE, LLC; AND POTALA VILLAGE KIRKLAND, LLC,<br><br>Relief Defendants, | Case No. C-15-1350 JLR<br><br>ORDER APPROVING THE ELEVENTH QUARTERLY APPLICATION FOR COMPENSATION FOR RECEIVER'S LOCAL COUNSEL KARR TUTTLE CAMPBELL, P.S. |

THIS MATTER came on regularly for hearing on the Eleventh Quarterly Application for Compensation and Request for Disbursement of Karr Tuttle Campbell P.S. ("KTC"), as local counsel for Michael A. Grassmueck, the Court-appointed receiver in the above action (the "Fee Application"), along with the Declaration of Diana K. Carey. There being no objections, or objections, if any, having been overruled, and the Court finding that the fees and costs were

ORDER APPROVING THE ELEVENTH QUARTERLY
APPLICATION FOR COMPENSATION FOR RECEIVER'S
LOCAL COUNSEL KARR TUTTLE CAMPBELL, P.S.  - 1
#1202749 v1 / 45654-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

reasonable and necessary, that notice was appropriate, that the Fee Application is in accordance with the Order Appointing Receiver (Dkt. # 88, ¶¶ 55-59) and that the services provided by KTC were of substantial benefit to the estate, now therefore it is hereby

ORDERED that the Fee Application is approved as an interim application for fees and costs in the amount of:

| Period: | Fees: | Costs: | Total: |
|---|---|---|---|
| July through December 2018 | $2,013.00 | $56.50 | $2,069.50 |

It is further ORDERED that Receiver Michael A. Grassmueck is authorized to disburse 80% of the approved fees and costs at this time, for a total of $1,655.60.

Dated this 17 day of March 2019.

JAMES L. ROBART
United States District Judge

Presented by:

KARR TUTTLE CAMPBELL

By: _____
Diana K. Carey, WSBA #16239
Counsel for Receiver, Michael A. Grassmueck

ORDER APPROVING THE ELEVENTH QUARTERLY
APPLICATION FOR COMPENSATION FOR RECEIVER'S
LOCAL COUNSEL KARR TUTTLE CAMPBELL, P.S. - 2
#1202749 v1 / 45654-001