THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PATH AMERICA, LLC, et al.,<br><br>Defendants and Relief Defendants. | Civil Action No. C-15-1350-JLR<br><br>[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF CLAIMS |

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL
CASE NO. C-15-1350-JLR

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104
TELEPHONE: 415-705-2500

This matter came before the Court on the Motion of plaintiff Securities and Exchange Commission (the "SEC") for an Order, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, granting the voluntary dismissal of claims by the SEC as to specified Defendants and Relief Defendants. The Court has considered the Commission's Motion; any responses thereto; and the record in these proceedings before the Court.

On the basis of this record, the Court finds that the requested voluntary dismissal of those claims should be granted. IT IS THEREFORE ORDERED, that the claims against each of the following Defendants and Relief Defendants are hereby DISMISSED:

(1) <u>Defendants</u>: Path America KingCo LLC; Path America SnoCo LLC; Path America Tower, LP; Path Tower Seattle, LP; Potala Tower Seattle, LLC; and Path America Farmer's Market, LP.

(2) <u>Relief Defendants</u>: Potala Shoreline, LLC; Potala Village Kirkland, LLC; Dargey Development, LLC; Dargey Enterprises, LLC; Dargey Holdings, LLC; and Path Farmer's Market, LLC.

IT IS SO ORDERED:

Dated: 12 July, 2019

James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL
CASE NO. C-15-1350-JLR

-1-

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104
TELEPHONE: 415-705-2500