The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY,<br><br>Defendants, and,<br><br>POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; and PATH OTHELLO, LLC,<br><br>Relief Defendants. | Case No. 2:15-cv-01350-JLR<br><br>[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A. GRASSMUECK (APRIL 1, 2019 THROUGH JUNE 30, 2019) |

## [PROPOSED] ORDER

This matter came before the Court on the Quarterly Status Report of Receiver, Michael A. Grassmueck (April 1, 2019 through June 30, 2019) ("Receiver's Report"), filed on July 26, 2019 by Michael A. Grassmueck (the "Receiver") the Court-appointed receiver for Path

[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN
QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A.
GRASSMUECK (APRIL 1, 2019 THROUGH JUNE 30, 2019)

1172093.01/LA                              -1-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

1  America, LLC; Path America SnoCo, LLC; Path America Farmer's Market, LP; Path America
2  KingCo, LLC; Path America Tower, LP; Path Tower Seattle, LP; Potala Tower Seattle, LLC;
3  Potala Shoreline, LLC; Potala Village Kirkland, LLC, Dargey Development, LLC, Dargey
4  Enterprises, LLC, Dargey Holdings, LLC and Path Farmer's Market, LLC (collectively, the
5  "Receivership Entities" or "Entities"), which seeks this Court's authorization and instructions with
6  respect to the Receiver's administration of this receivership. The Court, having considered the
7  Receiver's Report, the facts contained therein, and other pleadings filed in this action, and good
8  cause appearing therefor, hereby ORDERS, ADJUDGES AND DECREES as follows:

9      1.    The Receiver's Report and the information presented therein are accepted;

10     2.    The Receiver is authorized and instructed to continue administering the
11 Receivership Entities in accordance with the terms of the appointment order; and

12     3.    The Receiver is authorized and instructed to undertake the recommendations
13 presented in the Receiver's Report.

14     IT IS SO ORDERED.

15 Dated this 19 Aug, 2019.

_____
Hon. James L. Robart
Judge, United States District Court

Presented By:

David R. Zaro, Esq. #124334 (CA)
*(Pro Hac Vice Granted Oct. 26, 2015)*
Michael R. Farrell, Esq. #173831 (CA)
*(Pro Hac Vice Granted Nov. 6, 2015)*
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F
E-mail: dzaro@allenmatkins.com
        mfarrell@allenmatkins.com
*Attorneys for Receiver*
MICHAEL A. GRASSMUECK

[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN
QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A.
GRASSMUECK (APRIL 1, 2019 THROUGH JUNE 30, 2019)

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F

1172093.01/LA     -2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Dated: July 26, 2019         *s/ Michael R. Farrell*
                             Michael R. Farrell
                             *(Pro Hac Vice Granted November 6, 2015)*

[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN QUARTERLY STATUS REPORT OF RECEIVER, MICHAEL A. GRASSMUECK (APRIL 1, 2019 THROUGH JUNE 30, 2019)

1172093.01/LA                   -3-

Allen Matkins Leck Gamble Mallory & Natsis LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
213.622.5555 P | 213.620.8816 F