UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br>   v.<br><br>PATH AMERICA, LLC, et al.,<br><br>              Defendants and<br><br>POTALA SHORELINE, LLC, et al.,<br><br>              Relief Defendants. | CASE NO. C15-1350JLR<br><br>FIFTEENTH ORDER REGARDING FEE APPLICATIONS |

    Before the court are four quarterly fee applications: (1) Receiver Michael A. Grassmueck's ("the Receiver") fourteenth interim fee application for $6,646.00 in fees and $908.96 in expenses (Dkt. # 692); (2) the fifteenth interim fee application of the Receiver's general counsel, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), for $29,936.25 in fees and $2,953.67 in costs (Dkt. # 693); (2) the fifteenth

interim fee application of the Receiver's forensic accountant, Financial Forensics, for $4,158.00 in fees (Dkt. # 694); and (3) the twelfth interim fee application of the Receiver's tax accountants, Peterson Sullivan LLP ("Peterson Sullivan"), for $7,805.25 in fees and $1,377.30 in expenses (Dkt. # 695). As described below, the court GRANTS the fee applications of the Receiver, Allen Matkins, Financial Forensics, and Peterson Sullivan (Dkt. ## 692-95).

The Receiver's counsel filed all of the foregoing motions on August 22, 2019, and properly noted them for the court's consideration on September 6, 2019. (*See id.*) Because Monday, September 2, 2019, was Labor Day, any opposition to the motions was due no later than Tuesday, September 3, 2019. *See* Local Rules W.D. Wash. LCR 7(d)(3) ("Any opposition papers shall be filed and served no later than the Monday before the noting date."); *see id.*, LCR 7(d)(5) ("If the deadline for a party's response . . . falls on a date that is a legal holiday . . . , the party's response . . . is due on the following day that is not a Saturday, Sunday, or legal holiday); *see also* Fed. R. Civ. P. 6(a)(6)(A) (defining Labor Day as a legal holiday). No party filed an opposition to any of the motions. (*See generally* Dkt.)

The court finds that (1) the fees and costs requested in each of the fee applications listed above are reasonable and necessary, (2) the notice of the fee applications was appropriate, (3) the fee applications are made in accordance with the Order Appointing Receiver (*see* OAR (Dkt. # 88) ¶¶ 55-59), and (4) the services provided were of substantial benefit to the Receivership Estate. Each of the foregoing applicants seeks a distribution of only 80% of the approved fees and costs at this time. (*See id.* ¶ 58

("Quarterly Fee Applications may be subject to a holdback in the amount of 20% of the amount of fees and expenses for each application filed with the Court."); *see also* Dkt. # 692 at 2; Dkt. # 693 at 2; Dkt. # 694 at 3; Dkt. # 695 at 4.)

Accordingly, the court GRANTS the fee applications (Dkt. ## 692-95) and APPROVES on an interim basis the following application amounts for the period of April 1, 2019, through June 30, 2019:

| Applicant: | Fees: | Costs: | Total Allowed: |
|---|---|---|---|
| The Receiver | $6,646.00 | $908.96 | $7,554.96 |
| Allen Matkins | $29,936.25 | $2,953.67 | $32,889.92 |
| Financial Forensics | $4,158.00 | $00.00 | $4,158.00 |
| Peterson Sullivan | $7,805.25 | $1,377.30 | $9,182.55 |

Finally, the court AUTHORIZES the Receiver to disburse the following percentages of the foregoing approved fees and costs at this time:

(1) $6,043.97 to the Receiver, which is 80% of the approved fees and costs;

(2) $26,311.94 to Allen Matkins, which is 80% of the approved fees and costs;

(3) $3,326.40 to Financial Forensics, which is 80% of the approved fees and costs; and

//

//

//

//

(4) $7,346.04 to Peterson Sullivan, which is 80% of the approved fees and costs.

Dated this 4th day of September, 2019.

JAMES L. ROBART
United States District Judge