The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PATH AMERICA, LLC; PATH AMERICA SNOCO LLC; PATH AMERICA FARMER'S MARKET, LP; PATH AMERICA KINGCO LLC; PATH AMERICA TOWER, LP; PATH TOWER SEATTLE, LP; POTALA TOWER SEATTLE, LLC; and LOBSANG DARGEY, <br><br> Defendants, and, <br><br> POTALA SHORELINE, LLC; POTALA VILLAGE KIRKLAND, LLC; DARGEY DEVELOPMENT, LLC; DARGEY ENTERPRISES, LLC; and PATH OTHELLO, LLC, <br><br> Relief Defendants. | Case No. 2:15-cv-01350-JLR <br><br> [PROPOSED] ORDER APPROVING RECEIVER MICHAEL A. GRASSMUECK'S MOTION FOR:  (1) APPROVAL OF RECEIVER'S CLOSING DECLARATION AND ACCOUNTING; (2) AUTHORITY TO PAY ADMINISTRATIVE FEES AND REMIT FUNDS TO THE UNITED STATES DISTRICT COURT; AND (3) DISCHARGE OF RECEIVER <br><br> NOTED ON MOTION CALENDAR <br> January 8, 2021 |

## [PROPOSED] ORDER

This matter came before the Court on the request of Michael A. Grassmueck (the "Receiver"), the court-appointed Receiver for Path America LLC; Path America SnoCo LLC; Path America Farmer's Market, LP; Path America KingCo, LLC; Path America Tower, LP; Path Tower Seattle, LP; Potala Tower Seattle, LLC; Potala Shoreline, LLC; Potala Village Kirkland, LLC;

ORDER APPROVING RECEIVER'S CLOSING DECLARATION + ACCOUNTING; AUTHORITY TO PAY ADMIN FEES, ETC. | CASE NO. 2:15-cv-1350-JLR

-1-

Dargey Development, LLC; Dargey Enterprises, LLC; Path Farmer's Market, LLC; and Dargey Holdings, LLC (collectively, "Receivership Entities"), for: (1) Approval of Receiver's Closing Declaration and Accounting; (2) Authority to Pay Administrative Fees and Remit Funds to the United States District Court; and (3) Discharge of Receiver ("Motion" (Dkt. # 712).). The Court, after having considered the Motion, the Closing Declaration of Receiver Michael A Grassmueck in Support of Motion for : (1) Approval of Receiver's Final Accounting; (2) Authority to Pay Administrative Expenses and Remit Funds to the District Court; and (3) Discharge of Receiver,("Closing Declaration"), filed concurrently in support thereof, any objections thereto, and other pleadings filed in this action, and finding that the fees and costs were reasonable and necessary, that notice was appropriate, and that the services provided by the Receiver were of substantial benefit to the estate, hereby ORDERS, ADJUDGES AND DECREES as follows:

1. The Motion (Dkt. # 712) is granted.

2. The Receiver's Closing Declaration and accounting are approved.

3. The fees and costs requested by the Receiver and Allen Matkins are approved and allowed. The Receiver is authorized to pay from the receivership estate assets, the fees and costs requested by the Receiver and Allen Matkins.

4. The Receiver is to remit the balance of funds in the receivership estate to the United States District Court, to be applied to the restitution debt of Lobsang Dargey in Case No. 2:17-CR-00001, via check payable to "United States District Court Clerk", with a reference to "U.S. v. Dargey, Case No. 2:17-cr-00001" on the memo line on the face of the check. The check shall be mailed or delivered to: U.S. District Court Clerk, Attn. Finance Clerk, 700 Stewart Street, Lobby Level, Seattle, Washington 98101.

5. The Receiver is hereby discharged and released from his duties and obligations as the federal equity receiver in the above referenced matter. As such, the Receiver is released from any and all claims and liabilities associated with the receivership, the distribution of proceeds, the receivership entities and the individual defendants named in this action.

6. Jurisdiction over all disputes, claims and causes of action arising out of or relating to the Receiver or the receivership case is reserved in this Court.

7. The receivership is hereby closed.

IT IS SO ORDERED.

Dated this 14th day of January, 2021.

_____
Hon. James L. Robart
Judge, United States District Court

Presented By:

 *s/ David R. Zaro*
David R. Zaro, Esq. #124334 (CA)
*(Pro Hac Vice Granted Oct 26, 2015)*
Allen Matkins Leck Gamble
  Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-2543
213.622.5555  P | 213.620.8816  F
Email:      dzaro@allenmatkins.com
            mfarrell@allenmatkins.com
Attorneys for Receiver
MICHAEL A. GRASSMUECK

ORDER APPROVING RECEIVER'S CLOSING
DECLARATION + ACCOUNTING; AUTHORITY TO PAY
ADMIN FEES, ETC. | CASE NO. 2:15-cv-1350-JLR

-3-